**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LG ELECTRONICS, INC., )<br>)<br>    Plaintiff/Counterclaim Defendant, )<br>)<br>    v. )<br>)<br>HITACHI, LTD., )<br>HITACHI AMERICA, LTD., )<br>HITACHI DATA SYSTEMS CORPORATION, )<br>and HITACHI COMPUTER PRODUCTS )<br>(AMERICA), INC., )<br>)<br>    Defendants/Counterclaim )<br>        Plaintiffs. )<br>) | Case No. C 07-06511 BZ<br>The Honorable Bernard Zimmerman<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE CLAUDIA WILKEN**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to United States District Judge Claudia Wilken who, according to the transferor court, "is already familiar with the issues and would waste no time in learning the technology, or 'getting a feel' for the case and the parties." (*See* Declaration of James B. Medek in Support of Defendants' Request for Reassignment United States District Court Judge Claudia Wilken and attached exhibits, including the order of Judge Ron Clark of the United States District Court for the Eastern District of Texas, transferring the case to the Northern District of California and ordering that the Clerk of this Court "be notified that this case is related to cases in Judge Wilken's court.").

Dated: January 25, 2008                             Respectfully submitted,

/s/ R. Roy Wang
R. Roy Wang
State Bar No. 239065
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
E-mail: rwang@kirkland.com


William A Streff, Jr., P.C.
William E. Devitt, P.C.
Mark L. Varboncouer
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

*Attorneys for Hitachi, Ltd., Hitachi America, Ltd., Hitachi Data Systems Corporation, and Hitachi Computer Products (America), Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that **DEFENDANTS' REQUEST FOR REASSIGNMENT UNITED STATES DISTRICT JUDGE CLAUDIA WILKEN** and accompanying documents were filed electronically in compliance with Civil L.R. 5-4 and G.O. 45 on January 25, 2008. As such, these documents were served on all counsel who are deemed to have consented to electronic service. G.O. 45.

/s/ R. Roy Wang
R. Roy Wang