DAVID T. PRITIKIN (*Pro Hac Vice* Admission Pending)
dpritikin@sidley.com
PETER H. KANG (SBN 158101)
pkang@sidley.com
THOMAS N. TARNAY (*Pro Hac Vice* Admission Pending)
ttarnay@sidley.com
MARC R. ASCOLESE (SBN 251397)
mascolese@sidley.com

SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
Telephone:   415-772-1200
Facsimile:    415-772-7400

Attorneys for Plaintiff
LG Electronics, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LG ELECTRONICS, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> HITACHI, LTD., HITACHI AMERICA, LTD., HITACHI DATA SYSTEMS CORPORATION, and HITACHI COMPUTER PRODUCTS (AMERICA), INC., <br><br> Defendants. | Case No: 3:07 CV 06511 PJH <br><br> **PLAINTIFF LG ELECTRONICS INC.'S OPPOSITION TO DEFENDANTS' "REQUEST FOR REASSIGNMENT"** |

PLAINTIFF LG ELECTRONICS INC.'S OPPOSITION TO DEFENDANTS' "REQUEST FOR REASSIGNMENT"
CASE NO. 3:07 CV 06511 PJH

Instead of filing a normal declination to proceed before a Magistrate Judge, Defendants Hitachi, Ltd., et al., included with their declination an improper "request," without basis in any Local Rule or General Order, for this case to be transferred to Judge Wilken.  In their request, Defendants provided no reason why the Court or the Clerk's office should deviate from the normal procedure after declination, to randomly reassign this matter to a United States District Judge.

By Notice on January 28, 2008, Magistrate Judge Zimmerman acknowledged Defendants' declination of consent to the jurisdiction of a Magistrate Judge, indicating that this case was to be randomly reassigned to a United States District Judge.  Accordingly, Plaintiff LG Electronics submits that Defendants' request for reassignment to Judge Wilken is now moot, and should not be considered by this Court.

However, should this Court decide to consider Defendants' request, Plaintiff respectfully requests notification thereof, and an opportunity to respond to Defendants' request on the merits.

Dated: January 29, 2008                         SIDLEY AUSTIN LLP

                                                By:   /s/   Peter H. Kang
                                                            Peter H. Kang

                                                Attorneys for Plaintiff
                                                LG Electronics, Inc.

-1-

PLAINTIFF LG ELECTRONICS INC.'S OPPOSITION TO DEFENDANTS' "REQUEST FOR REASSIGNMENT"
CASE NO. 3:07 CV 06511 PJH

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Sidley Austin LLP, 555 California Street, San Francisco, California 94104.

On January 29, 2008, I served the following document(s) described as

**PLAINTIFF LG ELECTRONICS INC.'S OPPOSITION TO DEFENDANTS' "REQUEST FOR REASSIGNMENT"**

on all interested parties in this action as follows (the above documents were also served to registered ECF recipients via electronic service):

| | |
|---|---|
| **Claude Edward Welch**<br>Law Offices of Claude E. Welch<br>P.O. Box 1574<br>Lufkin, TX 75902<br>936-639-3311<br>Fax: 936-639-3049 | **Eric Hugh Findlay**<br>Ramey & Flock<br>100 East Ferguson, Suite 500<br>Tyler, TX 75702<br>903-597-3301<br>Fax: 903-597-2413 |

☒   (U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope for collection and mailing at Sidley Austin LLP, San Francisco, California. I am readily familiar with the Firm's business practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid.

☐   (FACSIMILE) I caused the foregoing document(s) to be served by facsimile transmission from facsimile machine number (415) 772-7400 to the interested party at the facsimile telephone numbers shown. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2008, at San Francisco, California.

_____
Joan Nielson