United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LG ELECTRONICS, INC.,

    Plaintiff,

    v.

HITACHI, LTD., et al.,

    Defendants.
_____/

No. C 07-6511 PJH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

    The above-entitled action alleges infringement of U.S. Patent Nos. 4,939,641 ("the '641 patent"), 5,077,733 ("the '733 patent"), and 5,379,379 ("the '379 patent). These three patents are among a group of patents owned by LG Electronics, Inc. ("LGE"), which LGE has also asserted in several actions pending before the Honorable Claudia Wilken. These cases include LG Electronics, Inc. v. Asustek Computer, C-01-0326 CW; LG Electronics, Inc. v. Advance Creative, C-01-1070 CW; LG Electronics, Inc. v. Q-Lity Computer, Inc., C-01-2187 CW; and LG Electronics, Inc. v. Bizcom Elec., Inc., C-01-1375 CW.

    Pursuant to Civil Local Rule 3-12(c), the undersigned requests Judge Wilken to determine whether the above-entitled action should be related to the cases pending before her.

**IT IS SO ORDERED.**

Dated: February 1, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge