1  Perry R. Clark (SB No. 197101)
   KIRKLAND & ELLIS LLP
2  555 California Street
3  San Francisco, California 94104
   Telephone: (415) 439-1400
4  Facsimile: (415) 439-1500
   E mail: pclark@kirkland.com
5

6  Attorney for Defendants Hitachi, Ltd., Hitachi
   America, Ltd., Hitachi Data Systems
7  Corporation, and Hitachi Computer Products
   (America), Inc.
8

9  **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

11

12 | **LG ELECTRONICS, INC.,** | ) |
    | | ) |
13 | Plaintiff, | ) |
    | | ) |
14 | v. | ) **Case No.: C 01-02187 CW** |
    | | ) **The Honorable Claudia Wilken** |
15 | **Q-LITY COMPUTERS INC.,** | ) |
    | **QUANTA COMPUTER INC.,** | ) |
16 | and **QUANTA COMPUTER USA, INC.** | ) |
17 | | ) |
    | Defendants. | ) |
18 | | ) |
    | **LG ELECTRONICS, INC.,** | ) |
19 | | ) |
    | Plaintiff/Counterclaim Defendant, | ) |
20 | | ) |
21 | v. | ) **Case No.: C 07-06511 PJH** |
    | | ) **The Honorable Phyllis J. Hamilton** |
22 | **HITACHI, LTD.,** | ) |
    | **HITACHI AMERICA, LTD.,** | ) |
23 | **HITACHI DATA SYSTEMS CORPORATION,** | ) **JURY TRIAL DEMANDED** |
    | and **HITACHI COMPUTER PRODUCTS** | ) |
24 | **(AMERICA), INC.** | ) |
25 | | ) |
    | Defendants/Counterclaim | ) |
26 | Plaintiffs. | ) |

27

28

DEFENDANTS' MEMORANDUM IN SUPPORT OF RELATING CASES
Case Nos. C 07-06511 PJH and C 01-02187 CW

**DEFENDANTS' MEMORANDUM IN SUPPORT OF RELATING CASES IN RESPONSE TO JUDGE HAMILTON'S REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil L.R. 3-12 and 7-11, Defendants Hitachi, Ltd., Hitachi America, Ltd., Hitachi Data Systems Corporation, and Hitachi Computer Products (America), Inc. respectfully submit this Memorandum in Support of Relating Cases in Response to Judge Hamilton's Referral for Purpose of Determining Relationship and request that this Court (i) find that the above-captioned cases are related and (ii) reassign the later-filed case (*LG Elec's, Inc. v. Hitachi, Ltd.*, C 07-06511 PJH) to Judge Claudia Wilken. According to Civil L.R. 3-12, "[a]n action is related to another when: (1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Both requirements are satisfied in the present case, and the relatedness of the cases was the main reason that the later-filed case was transferred to this Court by the Eastern District of Texas.

In the present case, the first requirement of Civil L.R. 3-12 is met by virtue of the fact that both the earlier-filed and the later-filed cases involve ***exactly***—not just ***substantially***—the same plaintiff and patents. *See McGee v. Ross Stores, Inc.*, No. C 06-7496, 2007 WL 2900507 (N.D. Cal. Oct. 1, 2007); *Fin. Fusion, Inc. v. Ablaise Ltd.*, No. C 06-2451 PVT, 2006 WL 3734292, at *3 (N.D. Cal. Dec. 18, 2006). In both cases, plaintiff LG Electronics, Inc. ("LGE") has accused the defendants of infringing its patents. Similarly, the same property is at issue, as LGE has asserted U.S. Patent Nos. 4,939,641; 5,077,733; and 5,379,379 in both cases. *See LG Elec's, Inc. v. Q-Lity Computer Inc.*, C 01-02187 CW (N.D. Cal. filed April 16, 2001).[1]

The second requirement of Civil L.R. 3-12 is also met in the present case, since assigning the later-filed case to a second judge would result in an unduly burdensome duplication of labor and

---

[1] *See also LG Elec's, Inc. v. Everex Sys., Inc.*, C 01-01552 CW (N.D. Cal. filed February 6, 2001); *LG Elec's, Inc. v. First Int'l Computer Inc.*, C 01-01594 CW (N.D. Cal. filed April 24, 2001). These cases—also involving the same patents—were consolidated with *LG Elec's, Inc. v. Q-Lity Computer Inc.*, but have since been dismissed.

expense or conflicting results. The technology at issue—circuit board-level operations in personal computers and computer equipment such as servers and storage devices—is the same in both cases. Indeed, *Financial Fusion* noted that "even if the accused devices are not identical, the claim construction process will contain, at a minimum, sufficient overlap to create duplication of effort" and further held that a difference in asserted claims or disputed claim terms does not negate the duplication of effort. *Fin. Fusion*, 2006 WL 3734292, at *3.

This District has held transfer is appropriate when "litigating the two cases before different Judges would be burdensome and would result in unnecessary duplication of effort" and would involve "the possibility of inconsistent rulings on identical factual and legal issues." *McGee*, 2007 WL 2900507, at *2. This is especially true in the specific context of two patent infringement suits involving the same patents, since "[h]aving two different judges govern discovery disputes and ***construe claims in the same patents*** would be an unduly burdensome duplication of labor and raise the danger of conflicting results." *Fin. Fusion,* 2006 WL 3734292, at *3 (emphasis added).

Moreover, the "pendency of an intimately related case in proposed transferee district remains a strong reason for transfer even if it is improbable that cases would be consolidated due to more advanced status of the pending case." *Wireless Consumers Alliance, Inc. v. T-Mobile USA, Inc.*, No. C 03-3711 MHP, 2003 WL 22387598, at *4 n.3 (N.D. Cal. Oct. 14, 2003) ("Gatton is no longer pending in the Central District, and a trial consolidation is no longer possible. Nonetheless, it may still be proper to transfer this case because to do so would avoid the risk of conflicting rulings . . . . It would also save judicial resources and serve the interest of justice.").

The Eastern District of Texas recently transferred the later-filed case to this Court. In granting the Defendants' Motion to Transfer, Judge Ron Clark of the Eastern District of Texas specifically requested that "[t]he Clerk of [the Northern District of California] should be notified that ***this case is related*** to cases in Judge Wilken's court." Ex. A[2] at 10 (emphasis added). Judge Clark specifically referenced Judge Wilken's substantial investment of judicial resources into the patents-

---

[2] In accordance with Civil L.R. 7-5(a), Defendants file herewith the supporting Declaration of James B. Medek. References herein to Exhibits A and B are to the exhibits attached to that declaration.

1  at-issue, and he noted that "Judge Wilken is already familiar with the issues and would waste no
2  time in learning the technology, or 'getting a feel' for the case and the parties."  *Id*. at 1, 10.  In fact,
3  the driving force behind Judge Clark's decision to transfer the later-filed case to this Court was the
4  conservation of judicial resources.  The interests of justice and judicial economy likewise support a
5  finding that the above-referenced cases are related and, therefore, that the later-filed action should be
6  reassigned to Judge Wilken.

7        For the foregoing reasons and all the reasons set forth in Judge Clark's Order Granting
8  Defendants' Motion to Transfer (and the *sua sponte* correction thereto), Defendants respectfully
9  request that this Court find the above-referenced cases to be related and that the later-filed case—*LG*
10 *Elec's, Inc. v. Hitachi, Ltd.*, C 07-06511 PJH—be reassigned to Judge Wilken.

13 Dated:  February 4, 2008

Respectfully submitted,
/s/ Perry R. Clark
Perry R. Clark
State Bar No. 197101
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone:  (415) 439-1400
Facsimile:  (415) 439-1500
E mail:  pclark@kirkland.com

*Attorney for Hitachi, Ltd., Hitachi America, Ltd., Hitachi Data Systems Corporation, and Hitachi Computer Products (America), Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that **DEFENDANTS' MEMORANDUM IN SUPPORT OF RELATING CASES IN RESPONSE TO JUDGE HAMILTON'S REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** and related documents were filed electronically, and pursuant to Civil L.R. 5-5 and 5-6 were served on the following by electronic and U.S. Mail on February 4, 2008:

    David T. Pritikin (dpritkin@sidley.com
    Peter H. Kang (pkang@sidley.com)
    Thomas N. Tarnay (ttarnay@sidley.com)
    Marc R. Ascolese (mascolese@sidley.com)
    Sidley Austin LLP
    555 California Street, Suite 2000
    San Francisco, CA  94104-1715
    Telephone:  415-772-1200
    Facsimile:  415-772-7400

    Terry D. Garnett (terrygarnett@paulhastings.com)
    Vincent K. Yip (vincentyip@paulhastings.com
    Peter J. Weid (peterwied@paulhastings.com
    Paul, Hastings, Janofsky & Walker LLP
    515 South Flower Street
    Twenty-Fifth Floor
    Los Angeles, CA 90071
    Telephone:  213-683-6000
    Facsimile:  213-627-0705

    Daniel Johnson Jr. (djjohnson@morganlewis.com)
    Rita E. Tautkus (rtautkus@morganlewis.com)
    Morgan, Lewis & Bockius LLP
    One Market, Spear Street Tower
    San Francisco, CA 94105
    Telephone:  415-442-1000
    Facsimile:  415-442-1001

                                                      /s/ Perry R. Clark

                                                        Perry R. Clark