1  Perry R. Clark (SB No. 197101)
   KIRKLAND & ELLIS LLP
2  555 California Street
3  San Francisco, California 94104
   Telephone: (415) 439-1400
4  Facsimile: (415) 439-1500
   E mail: pclark@kirkland.com
5

6  Attorney for Defendants Hitachi, Ltd., Hitachi
   America, Ltd., Hitachi Data Systems
7  Corporation, and Hitachi Computer Products
   (America), Inc.
8

9                **UNITED STATES DISTRICT COURT**

10           **NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

11

12 | **LG ELECTRONICS, INC.,** | ) |
   |                           | ) |
13 |      **Plaintiff,**        | ) |
   |                           | ) |
14 |       v.                  | ) | **Case No.: C 01-02187 CW**
   |                           | ) | **The Honorable Claudia Wilken**
15 | **Q-LITY COMPUTERS INC.,**  | ) |
   | **QUANTA COMPUTER INC.,**   | ) |
16 | **and QUANTA COMPUTER USA, INC.** | ) |
   |                           | ) |
17 |      **Defendants.**        | ) |
   |                           | ) |
18 | **LG ELECTRONICS, INC.,**   | ) |
   |                           | ) |
19 |  **Plaintiff/Counterclaim Defendant,** | ) |
   |                           | ) |
20 |                           | ) |
21 |       v.                  | ) | **Case No.: C 07-06511 PJH**
   |                           | ) | **The Honorable Phyllis J. Hamilton**
22 | **HITACHI, LTD.,**          | ) |
   | **HITACHI AMERICA, LTD.,**  | ) |
23 | **HITACHI DATA SYSTEMS CORPORATION,** | ) | **JURY TRIAL DEMANDED**
   | **and HITACHI COMPUTER PRODUCTS** | ) |
24 | **(AMERICA), INC.**         | ) |
   |                           | ) |
25 |  **Defendants/Counterclaim** | ) |
26 |  **Plaintiffs.**            | ) |

27

28

DECLARATION OF MARK VARBONCOUER REGARDING FAILURE TO OBTAIN STIPULATION
Case Nos. C 07-06511 PJH and C 01-02187 CW

# DECLARATION OF MARK VARBONCOUER REGARDING FAILURE TO OBTAIN STIPULATION TO PROPOSED ORDER

I, Mark Varboncouer, state and declare as follows:

1. I am a partner with the law firm of Kirkland & Ellis LLP, counsel for Defendants Hitachi, Ltd.; Hitachi America, Ltd.; Hitachi Data Systems Corporation; and Hitachi Computer Products (America), Inc. in the above-referenced litigation (Case No. C 07-06511 PJH).  I am over the age of 18 and am qualified to make this declaration.  I have personal knowledge of all the facts listed herein.

2. On January 31, 2008, I contacted Thomas N. Tarnay, counsel for Plaintiff LG Electronics Inc via telephone.

3. In that conversation, I informed Mr. Tarnay that we intended to file an Administrative Motion to Consider Whether Cases Should be Related to reassign the case to Judge Claudia Wilken, and asked if he would oppose such a motion.

4. Mr. Tarnay indicated that he would oppose our motion and effort to reassign the case to Judge Claudia Wilken, and as such the Proposed Order is presented without stipulation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  February 4, 2008                             /s/ Mark Varboncouer

                                                                      Mark Varboncouer