1  Perry R. Clark (SB# 197101)
   KIRKLAND & ELLIS LLP
2  555 California Street
3  San Francisco, California 94104
   Telephone: (415) 439-1400
4  Facsimile: (415) 439-1500
   E mail: pclark@kirkland.com
5
   Attorney for Defendants Hitachi, Ltd., Hitachi
6  America, Ltd., Hitachi Data Systems
7  Corporation, and Hitachi Computer Products
   (America), Inc.
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| **LG ELECTRONICS, INC.,** | |
| **Plaintiff,** | |
| v. | **Case No.: C 01-02187 CW** |
| | **The Honorable Claudia Wilken** |
| **Q-LITY COMPUTERS INC.,** | |
| **QUANTA COMPUTER INC.,** | |
| **and QUANTA COMPUTER USA, INC.** | |
| **Defendants.** | |
| **LG ELECTRONICS, INC.,** | |
| **Plaintiff/Counterclaim Defendant,** | |
| v. | **Case No.: C 07-06511 PJH** |
| | **The Honorable Phyllis J. Hamilton** |
| **HITACHI, LTD.,** | |
| **HITACHI AMERICA, LTD.,** | |
| **HITACHI DATA SYSTEMS CORPORATION,** | **JURY TRIAL DEMANDED** |
| **and HITACHI COMPUTER PRODUCTS** | |
| **(AMERICA), INC.** | |
| **Defendants/Counterclaim Plaintiffs.** | |

[PROPOSED] ORDER RELATING CASES IN RESPONSE TO JUDGE HAMILTON'S REFERRAL
Case Nos. C 07-6511 PJH and C 01-02187 CW

# [PROPOSED] ORDER RELATING CASES IN RESPONSE TO JUDGE HAMILTON'S REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP

Before the Court is Judge Phyllis J. Hamilton's REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP.

After careful consideration of the papers submitted by the parties, the arguments submitted by counsel, and all matters presented to the Court, as the Judge assigned to the earliest-filed case, IT IS HEREBY ORDERED THAT:

(1) The above-captioned cases are related pursuant to Civil L.R. 3-12.

(2) Pursuant to Civil L.R. 3-12(f)(3), the Clerk of the Court is Ordered to reassign this action to the undersigned for all further proceedings. Counsel are instructed that all future filings are to bear the initials CW immediately after the case number. All matters presently scheduled for hearing in the reassigned case are vacated and must be renoticed for hearing before the undersigned.

IT IS SO ORDERED.

DATED:_____

CLAUDIA WILKEN
United States District Judge