1   DAVID T. PRITIKIN (*Pro Hac Vice* Admission Pending)
    dpritikin@sidley.com
2   PETER H. KANG (SBN 158101)
    pkang@sidley.com
3   THOMAS N. TARNAY (*Pro Hac Vice* Admission Pending)
    ttarnay@sidley.com
4   MARC R. ASCOLESE (SBN 251397)
    mascolese@sidley.com

5

6   SIDLEY AUSTIN LLP
    555 California Street, Suite 2000
    San Francisco, CA  94104-1715
7   Telephone:    415-772-1200
    Facsimile:    415-772-7400

8

    Attorneys for Plaintiff
9   LG Electronics, Inc.

10              **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12

13  LG ELECTRONICS, INC.,                          ) Case No:    4:01 CV 0326 CW
                                                    )             4:01 CV 1070 CW
14          Plaintiff/Counterclaim Defendant,       )             4:01 CV 1375 CW
                                                    )             4:01 CV 2187 CW
15      v.                                          )
                                                    )
16  ASUSTEK COMPUTER, INC., ET AL.                  ) Proposed
    _____/           ) Related
17                                                  ) Case No:    3:07 CV 6511 PJH
    ADVANCE CREATIVE COMPUTER CORP.,                )
18  ET AL.                                          )
    _____/           )
19                                                  ) **DECLARATION OF MARC R.**
    BIZCOM ELECTRONICS, INC., COMPAL                ) **ASCOLESE IN SUPPORT OF**
20  ELECTRONICS, INC., and SCEPTRE                  ) **PLAINTIFF LG ELECTRONICS INC.'S**
    TECHNOLOGIES, INC.                              ) **RESPONSE IN OPPOSITION TO**
21  _____/           ) **RELATING CASES**
                                                    )
22  Q-LITY COMPUTER, INC., QUANTA                   )
    COMPUTER, INC., and QUANTA COMPUTER )
23  USA, INC.                                       )
    _____/           )
24                                                  )
    HITACHI, LTD., HITACHI AMERICA, LTD.,           )
25  HITACHI DATA SYSTEMS CORPORATION,               )
    and HITACHI COMPUTER PRODUCTS                   )
26  (AMERICA), INC.,                                )
                                                    )
27          Defendants and Counterclaimants.        )
                                                    )
    _____)
28

---

I, Marc R. Ascolese, state and declare as follows:

1.     I am a member in good standing of the bar of the State of California.  I have been admitted to practice before this Court.  I am an associate with the law firm of Sidley Austin LLP, counsel for Plaintiff LG Electronics, Inc.  I am over the age of 18 and am qualified to make this declaration.  The following declaration is based on my personal knowledge.  If called upon to testify, I could testify competently as to the matters set forth herein.

2.     I am submitting this declaration in support of Plaintiff LG Electronics Inc.'s Response In Opposition To Relating Cases.

3.     Attached as Exhibit A is a true and correct copy of Hitachi Data Systems – Storage Systems webpage, obtained by Evelyn Chen, an associate at my firm, from Hitachi Data Systems' website at URL:  http://www.hds.com/products/storage-systems/ on November 5, 2007.

4.     Attached as Exhibit B is a true and correct copy of the TagmaStore Adaptable Modular Storage product webpage, obtained by Evelyn Chen, an associate at my firm, from Hitachi Data Systems' website at URL:  http://www.hds.com/products/storage-systems/adaptable-modular-storage.html on November 5, 2007.

5.     Attached as Exhibit C is a true and correct copy of the Content Archive Platform product webpage, obtained by Evelyn Chen, an associate at my firm, from Hitachi Data Systems' website at URL:  http://www.hds.com/products/storage-systems/content-archive-platform/index.html on November 5, 2007.

6.     Attached as Exhibit D is a true and correct copy of Network Attached Storage Products  webpage, obtained by Evelyn Chen, an associate at my firm, from Hitachi Data Systems' website at URL:  http://www.hds.com/products/storage-systems/network-attached-storage/index.html on November 5, 2007.

7.     Attached as Exhibit E is a true and correct copy of the Network Storage Controller product webpage, obtained by Evelyn Chen, an associate at my firm, from Hitachi Data Systems' website at URL: http://www.hds.com/products/storage-systems/network-storage-controller.html on November 5, 2007.

DECLARATION OF MARC R. ASCOLESE IN SUPPORT OF LGE'S OPPOSITION TO RELATING CASES
CASE NOS. 4:01 CV 2187 CW AND 3:07 CV 6511 PJH

8.     Attached as Exhibit F is a true and correct copy of the Simple Modular Storage 100 product webpage, obtained by Evelyn Chen, an associate at my firm, from Hitachi Data Systems' website at URL:  http://www.hds.com/products/storage-systems/simple-modular-storage.html on November 5, 2007.

9.     Attached as Exhibit G is a true and correct copy of the Universal Storage Platform V product webpage, obtained by Evelyn Chen, an associate at my firm, from Hitachi Data Systems' website at URL:  http://www.hds.com/products/storage-systems/universal-storage-platform-v.html on November 5, 2007.

10.     Attached as Exhibit H is a true and correct copy of the Universal Storage Platform VM product webpage, obtained by Evelyn Chen, an associate at my firm, from Hitachi Data Systems' website at URL:  http://www.hds.com/products/storage-systems/universal-storage-platform-vm.html on November 5, 2007.

11.     Attached as Exhibit I is a true and correct copy of the TagmaStore Universal Storage Platform product webpage, obtained by Evelyn Chen, an associate at my firm, from Hitachi Data Systems' website at URL:  http://www.hds.com/products/storage-systems/universal-storage-platform.html on November 5, 2007.

12.     Attached as Exhibit J is a true and correct copy of the TagmaStore Workgroup Modular Storage 100 product webpage, obtained by Evelyn Chen, an associate at my firm, from Hitachi Data Systems' website at URL:  http://www.hds.com/products/storage-systems/workgroup-modular-storage.html on November 5, 2007.

13.     Attached as Exhibit K is a true and correct copy of Hitachi's Server Systems Group webpage, obtained by Evelyn Chen, an associate at my firm, from Hitachi's website at URL: http://www.hitachi.us/Apps/hitachicom/content.jsp?page=index.html&path=jsp/hitachi/forbus/ssg/ on November 5, 2007.

14.     Attached as Exhibit L is a true and correct copy of the BladeSymphony 1000 product webpage, obtained by Evelyn Chen, an associate at my firm, from Hitachi's website at URL: http://www.hitachi.us/Apps/hitachicom/content.jsp?page=products/bladesymphony/technical_overvi

DECLARATION OF MARC R. ASCOLESE IN SUPPORT OF LGE'S OPPOSITION TO RELATING CASES
CASE NOS. 4:01 CV 2187 CW AND 3:07 CV 6511 PJH

1  ew/index.html&level=2&section=products&parent=bladesymphony&nav=left&path=jsp/hitachi/for

2  bus/ssg/&nId=iD on November 5, 2007.

3       15.    Attached as Exhibit M is a true and correct copy of the BladeSymphony 320 product

4  webpage, obtained by Evelyn Chen, an associate at my firm, from Hitachi's website at URL:

5  http://www.hitachi.us/Apps/hitachicom/content.jsp?page=products/bldesymphony_320/technical_ov

6  erview/index.html&level=2&section=products&parent=bldesymphony_320&nav=left&path=jsp/hit

7  achi/forbus/ssg/&nId=iD on November 5, 2007.

8       16.    Attached as Exhibit N is a true and correct copy of the brochure "Intel® Itanium® 2

9  Server Modules for Hitachi BladeSymphony® 1000," describing Itanium 2 processors used in

10  accused server products, and obtained by me from the Hitachi America, Ltd., website at URL:

11  http://www.hitachi.us/supportingdocs/forbus/ssg/pdfs/BladeSymphony_1000_Itanium_DS_I07a.pdf

12  on November 25, 2007.

13       17.    Attached as Exhibit O is a true and correct copy of the press release "New Dual-Core

14  Intel® Itanium® 2 Processor Doubles Performance, Reduces Power Consumption," announcing the

15  2006 release of the Itanium 2 processors described in Exhibit O, and obtained by me from the Intel

16  Corp., website at URL:  http://www.intel.com/pressroom/archive/releases/20060718comp.htm on

17  November 25, 2007.

18       18.    Attached as Exhibit P is a true and correct copy of the brochure "BladeSymphony®

19  1000 Intel® Xeon® Server Modules," describing Xeon processors used in accused server products,

20  and obtained by me from the Hitachi America, Ltd., website at URL:

21  http://www.hitachi.us/supportingdocs/forbus/ssg/pdfs/Hitachi_BDS1000_Xeon_final.pdf on

22  November 25, 2007.

23       19.    Attached as Exhibit Q is a true and correct copy of the brochure "BladeSymphony®

24  320 - Pushing Consolidation to the Edge," describing Xeon processors used in accused server

25  products, and obtained by me from the Hitachi America, Ltd., website at URL:

26  http://www.hitachi.us/supportingdocs/forbus/ssg/pdfs/BladeSymphony_320_Brochure_Datasheet_E

27  07.pdf on November 25, 2007.

28

DECLARATION OF MARC R. ASCOLESE IN SUPPORT OF LGE'S OPPOSITION TO RELATING CASES
CASE NOS. 4:01 CV 2187 CW AND 3:07 CV 6511 PJH

20.     Attached as Exhibit R is a true and correct copy of the press release "Intel Unleashes New Server Processors That Deliver World-Class Performance And Power Efficiency," announcing the 2006 release of Xeon processors described in Exhibits P and Q, and obtained by me from the Intel Corp., website at URL:  http://www.intel.com/pressroom/archive/releases/20060626comp.htm on November 25, 2007.

21.     Attached as Exhibit S is a true and correct copy of the press release "Intel Ignites Quad-Core Era," announcing the 2006 release of Xeon processors described in Exhibits P and Q, and obtained by me from the Intel Corp., website at URL: http://www.intel.com/pressroom/archive/releases/20061114comp.htm on November 25, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 6, 2008                    /s/   Marc R. Ascolese_____

Marc R. Ascolese

DECLARATION OF MARC R. ASCOLESE IN SUPPORT OF LGE'S OPPOSITION TO RELATING CASES
CASE NOS. 4:01 CV 2187 CW AND 3:07 CV 6511 PJH

# EXHIBIT A

Hitachi, Ltd.     Global Sites

NORTH AMERICA

## Hitachi Data Systems

**HITACHI**
**Inspire the Next**

Corporate     Products     Solutions     Services     Customers     Partners

A+   A+

Search hds.com

Search hds.com     › GO

Home > Products > Storage Systems

Products Home

Storage Systems

Storage Networking

Storage Software

# Storage Systems

**Consolidate and simplify your storage infrastructure. Optimize performance, improve availability, and reduce costs.**

In today's data-rich economy, an organization's success depends on the uninterrupted and ever-increasing flow of information. HDS carries a complete portfolio of storage arrays, and NAS subsystems for you to optimally consolidate your storage infrastructure and provide best in class availability and performance to meet your business needs.

**Quick Links**

Contact Sales

Resource Library

Send to a Friend

Bookmark This Page

Search in Page

**View Storage Systems By**

Storage Systems A-Z

| | |
|---|---|
| Adaptable Modular Storage (AMS) | Universal Storage Platform V (USP V) |
| Content Archive Platform | Universal Storage Platform VM (USP VM) |
| Network Attached Storage (NAS) | Universal Storage Platform (USP) |
| Network Storage Controller (NSC) | Workgroup Modular Storage (WMS) |
| Simple Modular Storage (SMS) | |

page top

Contact | Legal | Terms of Use | Site Map | PartnerXchange Login | WebFeeds

© 2007 Hitachi Data Systems, All rights reserved.

# EXHIBIT B

# ❂ Hitachi Data Systems



Corporate |

   Products |

Solutions |

Services |

Customers |

Partners |

Search hds.com

A+

A+



❯ Products Home

❯ Storage Systems

❯ Storage Networking

❯ Storage Software

Home > Products > Storage Systems > Adaptable Modular Storage

## Products : TagmaStore Adaptable Modular Storage

**TagmaStore Adaptable Modular Storage**



Hitachi TagmaStore® Adaptable Modular Storage models AMS1000, AMS500, and AMS200 deliver the best price/performance, availability and best-in-class scalability in the modular storage market space! Leveraging many high-end features such as cache partitioning and RAID-6, the AMS200 and AMS500 are ideal for any small and midsized businesses requiring high-availability and high-performance solutions in a small footprint. The AMS1000, is ideal for midsized and larger businesses.

### Related Resources

❧ Microsoft Environments / Configurations

**Overview Brochures**

❧ AMS and WMS Overview

❧ Adaptable Modular Storage AMS1000 Datasheet

❧ Adaptable Modular Storage AMS200 Datasheet

❧ Adaptable Modular Storage AMS500 Datasheet

❧ AMS500, AMS200, and WMS100



with NAS Option Overview
Brochure

AMS500, AMS200, and WMS100
with NAS Option Datasheet

AMS with Brocade SilkWorm 4100
Switches

Local Replication Solutions for
Hitachi Modular Storage Systems

Plug-and-play SAN Kit for
Adaptable Modular Storage
Models

## Features

### Flexibility

- Scales from under 1TB to over 200TB SATA and Fibre Channel Intermix (raw capacity)
- Upgradeable, data-in-place growth from AMS200 to AMS500 to AMS1000
- Supports Plug-and-play SAN Kits compatible with Microsoft Simple SAN
- Dual-protocol support Fibre Channel, iSCSI, or NAS (AMS1000 only)

### Availability

- No single point-of-failure, all dual-controller models fully redundant
- Major components hot-swappable
- Supports in-system volume backups and snapshots
- Remote site replication (AMS500 and AMS1000)
- Supports RAID-6 dual parity for highest reliability
- RAID-5, RAID-1 and RAID-1+ also supported
- Hi-Track® "call home" service/remote maintenance tool

### High Performance

- Cache partitioning to optimize application performance
- Allows up to 1024 virtual ports with Host Storage Domains and 4096 LUNs for concurrent support of large heterogeneous open systems environments
- Supports 4Gbit/sec host Fibre Channel connections (standard on AMS500 and AMS1000, optional on AMS200)

**Technical Information**

Specifications

Adaptable Modular Storage and
Workgroup Modular Storage
Architecture Guide

**White Papers**

Designing Storage Tiers--
Application Optimized Storage
Solutions

Enterprise-class Solutions for the
Midrange White Paper

Meeting the Needs of Mid-Sized
Organizations (By IDC)

Optimizing Cache for Individual
Workloads

Simplifying Storage for Mid-Sized
Enterprises (by IDC)

Using the Cache Partition Manager
Feature with AMS1000

**Analyst Reports**

Analysis of the AMS 1000
Announcement (by EVG)

Hitachi Data Systems Application-
Optimized Storage Build-Out (by
DMG)

HDS Extends Mid-range Storage
and Functionality (by Ovum)

## Easy to Manage

- Includes easy-to-use utilities for configuration and management
- Integrates seamlessly with Hitachi storage systems, managed with a single set of tools using HiCommand Suite software
- Virtually all Hitachi software products run identically on Hitachi modular models and on Hitachi enterprise storage system

## Benefits

### Application Storage Optimize™ solutions

- Ideal for:
  - Storage consolidation, storage area network (SAN) or network attached storage (NAS)
  - Microsoft environments
  - ERP/CRM
  - Databases

### Tiered Storage in a Single Rack

- Fibre Channel and SATA intermix
- Serves as backend storage for Hitachi TagmaStore® Network Storage Controller or Universal Storage Platform
- Logical Volume Migration (available late 2006)
  - Reduced total cost of ownership, grows with your business, easy to manage
  - Ensures business continuity

**TagmaStore Adaptable Modular Storage and Network Storage Controller Specifications**

Hitachi Data Systems Introduces Successor to 9585V (by ESG)

Attacking the NAS Market With Compelling Business Value (by IT Centrix)

HDS Shakes the Midrange (by DMG)

The New AMS1000 Should It Be On Your Shortlist? (by Clipper Group)

WMS and AMS Focused on Midrange (by ESG)

**Success Stories**

Bishop Burton College

BRE Bank SA

CASDEN Banque Populaire

Folksam (PDF, 2.5MB)

Intellidyn Corporation

Jefferson Union High School District

Pacific Hydro

Pieper and Associates

Shanghai Jiao Tong University

**Product Images**

SMB AMS / WMS Photos (ZIP, 1.7MB)

AMS1000 Product Photo (Medium Resolution) (JPG, 2.9MB)

AMS200 and WMS100 High Res Image (JPG, 1.5MB)

AMS200 and WMS100 Low Res Image (JPG)

AMS500 (High Resolution) (JPG, 2.5MB)

AMS500 (Low resolution) (JPG)

AMS1000 Visio Stencils (VSS, 4.8MB)

AMS200 Visio Stencils (VSS,

1.4MB)

AMS500 Visio Stencils (VSS, 2.4MB)

AMS200 and WMS100 with NAS Option Visio Stencil (VSS, 1.6MB)

AMS500 with NAS Option Visio Stencil (VSS, 3.1MB)

WMS100, AMS200, and AMS500 Deskside Models (JPG, 1.2MB)

## Quick Links

Contact Sales

Resource Library

Send to a Friend

Bookmark This Page

Search in Page

Contact
Legal
Terms of Use
Site Map
PartnerXchange Login
WebFeat

© 2007 Hitachi Data Systems, All rights reserved.

Green Storage | Universal Storage Platform V | Services Oriented Storage Solutions (SOSS)

# EXHIBIT C

⊛ Hitachi Data Systems

HITACHI
Inspire the Next

Corporate |

   Products |

Solutions |

Services |

Customers |

Partners |

Search hds.com

A+

A+



❯ Products Home

❯ Storage Systems

❯ Storage Networking

❯ Storage Software

Home > Products > Storage Systems > Content Archive Platform

## Products : Content Archive Platform

**Content Archive Platform**



The *New York Times* recently reported that the amount of digital information that was created, captured, and replicated in 2006 was estimated at 161 exabytes, or about 3 million times the information in all the books ever written. This information explosion is indelibly tied to the more than 10 thousand government regulations, which either require or encourage businesses to preserve many types of digital content for long periods of time. In some industries the regulations require that the content be preserved in an unaltered and easily authenticated form. In fact, the risks of not doing this can be severe.

**Brochures**

🔖 Active Archive Overview Solutions Brief

🔖 Hitachi Content Archive Platform Overview Brochure

🔖 Hitachi Content Archive Platform Data Sheet

**Business Briefs**

🔖 Content Archive Platform Solutions Brief

**White Papers**

The Hitachi Content Archive Platform is a robust "active archive that enables effective long-term, fixed-content data preservation for organizations of all sizes. Designed to seamlessly integrate into an existing enterprise storage infrastructure, the high-performance, high-availability, highly scalable archiving solution satisfies an organization's regulatory compliance requirement by ensuring the secure, long-term preservation and fast search and retrieval of valuable business records.

A first in SAN-based digital archival solutions, the Hitachi Content Archive Platform uses world-class Hitachi storage systems to provide scalability, availability, and performance -- satisfying the growing demand for long-term fixed-content storage management. With built-in authentication, protection, and retention capabilities, the platform ensures that archived content will be continually accessible for years to come.

| Features |
| --- |

The Hitachi Content Archive Platform provides:

- A WORM file system and time-base retention at the object level
- Authenticated content preservation with a user choice of digital signature or hash algorithms
- Embedded full-text index, search, and retrieval for content discovery
- Automated object-level remote replication
- Custom metadata support
- Content privacy (encryption of data at rest utilizing patent-pending "secret sharing" technology)
- Standards-based interfaces, including NFS, CIFS/SMB, HTTP, https, WebDAV, SMTP, NDMP
- Duplicate data elimination
- Support for Hitachi Universal Storage Platform™ V, Hitachi Universal Storage Platform, Hitachi Network Storage Controller™, Hitachi Adaptable Modular Storage, and Hitachi Workgroup Modular Storage
- Support for Hitachi Device Manager software and Hitachi Tiered Storage Manager software for reporting of Content Archive Platform metrics
- Highly scalable with up to 32 billion objects (such as files or emails), and up to 20 petabytes of total data archiving
- High-availability with no single point of failure based on SAIN architecture (reliable SAN storage with an

Active Archiving: Hitachi Content Archive Platform (by IDC)

**Analyst Reports**

- Content Archive Platform (by ESG)
- Active Archiving for Risk Mitigation and Business Reward (by DMG)
- Hitachi's New Generation Active Archive Platform (by ITCentrix)
- The Rise of Active Archiving (by DMG)
- HDS Makes It's Next Market Move with Content Archiving (by IDC)

**Product Images**

- Content Archive Platform with door (low resolution) (JPG)
- Content Archive Platform with door (high resolution) (TIF, 6.4MB)
- Content Archive Platform without door (low resolution) (JPG)
- Content Archive Platform without door (high resolution) (TIF, 6.4MB)
- Content Archive Platform with Door Visio Stencils (VSS, 2.7MB)
- Content Archive Platform without Door Visio Stencils (VSS, 2.5MB)





array of independent nodes)

**Quick Links**

🎵 Contact Sales

🎵 Resource Library

 Send to a Friend

Bookmark This Page

Search in Page

## Benefits

🎵 **Meet regulatory and governance requirements.** Ensure compliance with requirements for content preservation and retention.

🎵 **Protect your business.** Reduce risk of fines and penalties for not meeting regulatory compliance or providing timely responses to audit and legal discovery requests.

🎵 **Save time and money.** Reduce cost and complexity via a single active archive repository; expedite content retrieval; place archived data on lower-cost storage tiers; reduce duplicate copies of the same data.

🎵 **Protect and secure content.** Provide a high-availability environment; authenticate file integrity and access; enforce retention rules.

🎵 **Simplify searches.** Ease access and retrieval of archived content whenever needed.

🎵 **Grow with your business.** Scale horizontally to support multiple applications and content types; scale vertically to support continued data growth.

## HCAP and Solution Partners

We work with the best companies in the technology marketplace today to create solutions tailored for your demanding business needs - no matter what geographic region your company may reside in.

View Solution Partners

## Analyst Coverage

"As the importance of corporate content increases, and with the exponential growth of data, organizations need a solution that can provide a scalable, reliable and available content archive environment for many different content sources while addressing the complex regulatory, service-level, and integration issues faced by enterprise firms. With these new features, Hitachi Data Systems strengthens its position in the content archive market. The added functionality bridges the gap between technical requirements and business objectives and enables firms to more effectively secure, manage, retain, protect and copy information to meet regulatory compliance, electronic discovery and business requirements." Read more...

**Quote**

"The Hitachi Content Archive Platform provides one of the best content archive solutions out there on multiple levels including intelligence, scalability, performance and ease of management, Version 2.0 of the Hitachi Content Archive Platform is feature-rich providing a compelling offering in their arsenal giving them real potential to be a leader in this space. … HDS is one of the kings of structured data storage with solutions such as the Universal Storage Platform V and are poised to be a leader in the next wave."

--Tony Asaro, senior analyst, Enterprise Strategy Group



- Contact
- Legal
- Terms of Use
- Site Map
- PartnerXchange Login
- WebFeeds
- © 2007 Hitachi Data Systems, All rights reserved.

Storage Virtualization | Storage Management | Tiered Storage | Data Protection

# EXHIBIT D



**HITACHI**
**Inspire the Next**

◉ Hitachi Data Systems

Corporate |

Products |

Solutions |

Services |

Customers |

Partners |

A+

A+





❯ Products Home

❯ Storage Systems

❯ Storage Networking

❯ Storage Software

Home > Products > Storage Systems > Network Attached Storage

## Products : Network Attached Storage (NAS)

**Network Attached Storage**

**Our Vision**

Hitachi Data Systems offers you the best of NAS and the best of SAN without sacrificing either performance or ease of use.

**Why Hitachi NAS?**

Today's Hitachi NAS solutions provide performance, scalability, reliability, and value to meet each customer's changing needs.

**White Papers**

🔥 Hitachi NAS Products with Symantic AntiVirus Scan Engine Implementation

**Analyst Reports**

🔥 Attacking the NAS Market With Compelling Business Value (by IT Centrix)

🔥 HDS and BlueArc - A Partnership That is "High" (by ESG)

🔥 HDS to the Power of Blue (by Illuminata)

🔥

## Offerings

We offer a broad portfolio for enterprise-sized, mid-sized, and small-to-mid-sized organizations:

- **Hitachi High-performance NAS Platform, powered by BlueArc**: NAS solution for enterprise-class consolidation and high-performance applications

- **NAS Blades for Hitachi Universal Storage Platform and Network Storage Controller**: NAS and SAN consolidation for data center customers

- **Hitachi Workgroup Modular Storage and Adaptable Modular Storage with NAS Option**: Standalone NAS offerings at affordable price

### Features

- Simplified management and infrastructure
- Seamlessly scale up or scale out
- Resource optimization
- Accelerated productivity
- Improved data protection
- Reduced costs

### Quote

"Hitachi Data Systems' impressive track record, emphasis on advanced software functionality, and new management are all indicators that the company will be a force in the NAS market. IT executives, specifically those responsible for data centers, should examine the Hitachi Data Systems NAS offerings, and include them in storage evaluations."

- ITCentrix, Hitachi Data Systems: Attacking The NAS Market With Compelling Business Value (Feb 2006)

Hitachi Enters the high-performance NAS Market (by Ovum)

### Related Products

- High Performance NAS Platform
- NAS Blade for TagmaStore Universal Storage Platform and Network Storage Controller
- TagmaStore Adaptable Modular Storage with NAS Option and Workgroup Modular Storage with NAS Option

### Quick Links

- Contact Sales
- Resource Library

Send to a Friend
Bookmark This Page
Search in Page

- Contact
- Legal

Case 4:07-cv-06511-CW     Document 15     Filed 02/06/2008     Page 22 of 87

- Terms of Use
- Site Map
- PartnerXchange Login
- WebFeeds

- © 2007 Hitachi Data Systems, All rights reserved.

Storage Virtualization | Storage Management | Tiered Storage | Data Protection

# EXHIBIT E



**Hitachi Data Systems**

**HITACHI**
Inspire the Next

Corporate |

Products |

Solutions |

Services |

Customers |

Partners |

A+

A+

Search hds.com

Products Home

Storage Systems

Storage Networking

Storage Software

Home > Products > Storage Systems > Network Storage Controller

# Products : TagmaStore Network Storage Controller

**TagmaStore Network Storage Controller**



The Hitachi TagmaStore® Network Storage Controller, model NSC55, blends enterprise-class functionality with a modular, small footprint package to meet the business needs of entry-level enterprises and fast-growing midsize organizations, while supporting distributed or departmental applications in large enterprises

The NSC55, powered by the Hitachi Universal Star Network™ crossbar switch architecture, delivers the innovative controller-based virtualization, logical partitioning, and universal replication introduced with the category-creating Hitachi TagmaStore Universal Storage

**Technical Information**

Specifications

**Overview Brochures**

Network Storage Controller NSC55 Product Brochure

Network Storage Controller NSC55 Datasheet

NAS Blade for Universal Storage Platform & Network Storage Controller

ShadowImage Replication for Universal Storage Platform and

Case 4:07-cv-06511-CW    Document 15    Filed 02/06/2008    Page 25 of 87

Platform for open systems and mainframe environments. Now smaller organizations can enjoy the same benefits as large enterprises in deploying and managing their storage infrastructure in ways never possible before.

The NSC55 supports advanced storage management and data replication features previously not available in modular storage. You can aggregate heterogeneous storage devices into a virtual pool, manage it through a single console using a common set of tools, simplify your storage environments, maximize the use of existing resources, and reduce Total Cost of Ownership.

The NSC55 is the foundation for Application Optimized Storage™ solutions for mainframe and open systems environments, storage area management, business continuity, data protection, storage consolidation and simplification, and tiered storage for data lifecycle management and compliance applications.

## Features

- Up to 16PB of total storage capacity under management, including up to 72TB of internal storage

- Virtualization of internal and externally-attached storage from EMC, Hitachi, IBM, Sun, and HP

- Up to 8 logical partitions, dedicating cache, ports and internal and externally-attached capacity to ensure application QoS

- Heterogeneous multiplatform connectivity: Fibre Channel, IBM® ESCON® and FICON®, NAS and iSCSI (future option)

- Transparent, nondisruptive movement of data between storage tiers with HiCommand® Tiered Storage Manager

- Universal replication across heterogeneous platforms

- Active workload balancing and tuning

- Single-pane-of-glass management with HiCommand® Suite software

- Powered by the third generation Universal Star Network™ crossbar switch architecture

- Hi-Track® "call home" service/remote maintenance tool

## Benefits

- Replication, migration, and single-pane management across heterogeneous storage systems

### Network Storage Controller

- TrueCopy for Universal Storage Platform and Network Storage Controller

### White Papers

- Configuring Externally Attached SATA Storage
- Designing Storage Tiers-- Application Optimized Storage Solutions
- Business Continuity, the Universal Storage Platform, and Network Storage Controller
- Enterprise-class Solutions for the Midrange White Paper
- Fibre Channel Security Protocols and Hitachi Storage
- Meeting the Needs of Mid-Sized Organizations (by IDC)
- New Options for Managing Tiers of Storage in the Enterprise (by IDC)
- Simplifying Storage for Mid-Sized Enterprises (by IDC)
- Storage Virtualization: Analysis of Hitachi's Approach (by IDC)
- Taking Modular Storage to New Heights

### Success Stories

- Advanced Info Service
- Alberta Justice
- Atos Origin
- City of Winipeg
- National Healthcare Group
- PT. Indonesian Satellite Corporation Tbk
- Ressources Mutuelles Group

### Analyst Reports

- Central role in tiered storage with HiCommand Tiered Storage Manager, matching application multiple performance and archiving requirements to internal and externally attached storage attributes
- Application-specific quality of service and security within logical partitions
- Heterogeneous data replication
- Archiving mainframe data to virtualized SATA-based storage systems
- Nearline disk-to-disk backup and tape replacement
- Archival and long-term tamperproof data retention to meet regulatory compliance
- Consolidation of open systems, mainframe, and NAS data

**Hitachi Universal Storage Platform V and Network Storage Controller Specifications**

> **Quote**

"Our extensive analysis clearly shows the NSC provides impressive efficiencies. Relative to competitive best-of-breed midrange storage products, the NSC can reduce total cost of ownership by as much as 32-percent over a three-year period."

- Dave Vallent, CEO, ITCentrix

A Storage Strategy is Not Optional (by EVG)

Enterprise-class Storage Virtualization (by ESG)

HDS Extends Its Virtual Reach (by DMG)

HDS Shakes the Midrange (by DMG)

Diskless NSC55 Addresses Storage Virtualization (by Ovum)

Hitachi NSC: Changing the Midrange Game (by ESG)

Hitachi's Storage Mgmt Vision Expands Reach (by ITCentrix)

Storage Virtualization: Spin Free (by Evaluator Group)

TagmaStore Goes Diskless (by DMG)

The Storage Virtualization Landscape (by ESG)

**Product Images**

NSC55 (High Resolution)

NSC55 (Low resolution)

NSC55 (Double) Visio Stencils

NSC55 (Single) Visio Stencils

**Quick Links**

Contact Sales

Resource Library

Send to a Friend

Bookmark This Page

Search in Page

- Contact
- Legal

Terms of Use

Site Map

PartnerXchange Login

WebFeeds

© 2007 Hitachi Data Systems, All rights reserved.

Storage Virtualization | Storage Management | Tiered Storage | Data Protection

# EXHIBIT F



# Hitachi Data Systems

Corporate |

Products |

Solutions |

Services |

Customers |

Partners |

A+

A+

Products Home

Storage Systems

Storage Networking

Storage Software

Home > Products > Storage Systems > Hitachi Simple Modular Storage 100

## Products : Hitachi Simple Modular Storage 100

**Hitachi Simple Modular Storage 100**



Hitachi Simple Modular Storage 100, a simple and reliable solution for SMBs, offers enterprise-class storage features with complete data protection solutions. Simple Modular Storage 100 is ideal for businesses looking for storage systems that are easy to manage, easy to grow, and easy to integrate with applications such as Microsoft® Windows and others common to the SMB marketplace.

**Overview Brochures**



Hitachi Simple Modular Storage 100 Datasheet

**Analyst Reports**

Hitachi Simple Modular Storage Truly Simple

Enterprise Functcion Meet Consumer Simplicity

Hitachi Makes Storage Simple

The solution can be installed in minutes. No storage expertise is required. The platform enables simple installation and includes configuration wizards, easy to use graphical user interface (GUI) storage management software and powerful—yet simple—snapshot copy software deployment. Optional remote copy software is also available.

With Simple Modular Storage 100, Hitachi Data Systems delivers market leading availability, performance and uncompromised reputation for reliability. Advanced self-healing features, coupled with a RAID-6 (dual parity) configuration, protect your most important information assets. Simple Modular Storage 100 is engineered to run nondisruptively for several years without onsite maintenance.

It is also ideal for workgroup or departmental storage needs. Unlike the competition, this cost effective platform offers enterprise-class features designed for simplicity, ease of management, and storage growth.

Simple Modular Storage 100: High-availability storage has never been so affordable .





**Quick Links**

- ✒ Contact Sales
- ✒ Resource Library

Send to a Friend
Bookmark This Page
Search in Page

| Features |
| --- |
| ✒ High Availability: |
| Simple Modular Storage offers storage with no single point of failure using RAID-6 configuration for non-disruptive operation. RAID-6 configuration ensures data will not be lost even in the unlikely event that two drives can fail at the same time. |
| ✒ Simple Maintenance and Recovery: |
| Should a disk drive fail, Hitachi Simple Modular Storage will continue to operate as if nothing happened. The easy-to-use Hitachi Storage Navigator Modular 2 will notify you that a drive has malfunctioned and direct you to contact the support center, which will send a replacement. |
| ✒ Built-in Data Protection: |
| Data protection tasks are simplified with a point-and-click, graphical user interface or GUI-based Hitachi Copy-on-Write Snapshot software. This software quickly replicates volume changes via point-in-time snapshots without impacting host server performance. |
| ✒ Hitachi ShadowImage® Replication: |

Optional software is available to create multiple copies of any accessible data within a Simple Modular Storage model. Hitachi TrueCopy® Extended Distance software is also available, as an option, for asynchronous remote replication between Simple Modular Storage devices at separate locations.

- Simple Upgrades:

  Upgrading to higher capacity or performance is straightforward with a simple and secure auto-migration feature.

- Unsurpassed Interoperability:

  - HP-UX, IBM® AIX®, Microsoft Windows 2003, Microsoft Vista, Microsoft XP, Novell Netware, Red Hat Linux, Red Flag Linux, Suse Linux, Sun Solaris, and VMware platforms support.

  - 146GB SAS, 300GB SAS, 500GB SATA II, or 750GB SATA II Hard Disk Drive (HDD)

- Green, Eco-friendly:

  Cost-efficient, power-efficient, and fully compliant with Reduction of Hazardous Substances (RoHS) regulations, which limit the use of hazardous materials in electronic equipment.

---

**Benefits**

- Eliminate storage complexity and reduce management costs while avoiding interruption and downtime.

- Deploy enterprise-class storage features that are cost effective, simple to install, and easy to manage, back up, and restore.

- Consolidate data into a single management environment instead of being distributed across multiple servers.

- Customer-installable—in less than one hour using a simple graphical user interface management tool. No training or storage expertise required.

- Integrates easily with the Microsoft environments and technologies you already know.

---

**Press and Analyst Coverage**

"Targeting the small and medium-sized businesses (SMBs) and distributed enterprises, Hitachi introduced the Simple Modular Storage 100 (SMS 100). This low-cost, entry-level storage system is a solution that is easy to use, manage and simple to install, and provides non-disruptive operations for up to five years or more, with virtually no maintenance or service required. In addition, a unique user-friendly auto-migration capability is available for upgrades, eliminating future data migration service requirements."—*Ovum* Full Report

"Simple Modular Storage's design fuses enterprise-class data storage software and hardware with the ease-of-use of consumer electronics such as plasma TVs and DVD players. In building Simple Modular Storage, Hitachi draws on its experience in both fields."—*Illuminata* Full Report

"There are two very important aspects of HDS' strategy that make this more than just another storage system targeted towards the SMB market. First, they provide transparent data migration from internal and DAS storage to the HDS SMS. Storage vendors want you to implement a storage network, and enabling you to move from a non-networked environment should be a no-brainer consideration. However, very few actually provide you the tools to make this happen simply. Big points to HDS for supporting DAS-to-SAN migration."—*Enterprise Strategy Group* Full Report

- Contact
- Legal
- Terms of Use
- Site Map
- PartnerXchange Login
- WebFeeds

- © 2007 Hitachi Data Systems, All rights reserved.

Mainframe Storage | SAN | NAS | SMB Storage | Enterprise Storage

# EXHIBIT G



# Hitachi Data Systems

Corporate |
Products |
Solutions |
Services |
Customers |
Partners |

A+

A+

Products Home

Storage Systems

Storage Networking

Storage Software

Home > Products > Storage Systems > Universal Storage Platform

## Products : Hitachi Universal Storage Platform V

**Hitachi Universal Storage Platform V**



Reaching previously unattainable levels of consolidation, the Hitachi Universal Storage Platform™ V (USP V) has redefined the storage industry. It represents the world's first implementation of a large scale, enterprise-class virtualization layer combined with thin provisioning software. That means the virtualization of internal and external heterogeneous storage into one pool has finally been achieved. Customers can obtain the consolidation benefits of external storage virtualization with the efficiencies, power, and cooling advantages of thin provisioning in one integrated solution.

**Technical Information**

- Specifications

**Related Resources**

- Microsoft Environments / Configurations

**Overview Brochures**

- Hitachi Universal Storage Platform V
- Hitachi Universal Storage Platform V Datasheet

Everyone from mid-sized growing companies to the largest global organizations can now benefit from the industry's highest performing and most scalable storage solution. It is backed by a set of storage and data services that include thin provisioning with Hitachi Dynamic Provisioning™ software, application-centric storage management, and logical partitioning, as well as simplified, unified data replication across heterogeneous storage systems.

An integral component of the Services Oriented Storage Solutions (SOSS) architecture from Hitachi Data Systems, the Hitachi USP V provides the foundation for matching application requirements to different classes of storage. The Hitachi USP V packages and delivers critical services such as:

- Thin provisioning
- I/O load balancing
- Volume management across heterogeneous storage systems
- Nondisruptive data migration
- Security services (immutability, logging, auditing, data shredding)
- Business continuity services
- Content management services (search, indexing)
- Data de-duplication
- Data classification
- File management services

SOSS enables IT organizations to present business clients with a menu of storage attributes (such as performance, availability, cost, and security) and charge for those services based on the client's selection. SOSS can lower costs, extend lifetime value, and simplify management activities. The Hitachi USP V enables you to deploy applications within a new framework, fully leverage—and add value to—current investments, and more closely align IT with business objectives.

### Features

Superior performance: More than 4 million I/Os per second (IOPS), 106 GB/sec aggregate internal bandwidth

Superior scalability: 247PB of total storage capacity including up to 332TB of Fibre Channel internal storage

### Product Images

- USP V Visio Stencils (ZIP, 1.10 MB)

### Quick Links

- Contact Sales
- Resource Library

Send to a Friend
Bookmark This Page
Search in Page

or 864TB of SATA internal storage

- Superior connectivity: up to 224 Fibre Channel (FC), 112 ESCON, or 112 FICON ports
- Powered by the fourth-generation Universal Star Network™ V crossbar switch architecture
- Virtualization of internally and externally attached storage
- Thin provisioning software
- Logical partitioning of internally and externally attached storage resources
- Intelligent tiering of data between Fibre Channel and high capacity serial ATA (SATA) hard drives
- Universal replication across heterogeneous platforms
- Active workload balancing and tuning
- Multi-protocol consolidation with FC, FICON®, ESCON®, and network-attached storage (NAS)
- Single-pane-of-glass management with Hitachi Storage Management Suite software

## Benefits

- Simplify operations with one set of tools for heterogeneous data management and replication
- Lower total cost of ownership (TCO), simplify the application storage provisioning process, eliminate application interruptions, and reduce power and cooling requirements with Hitachi Dynamic Provisioning software
- Protect your investment and extend the life of existing storage assets
- Move, copy, and migrate data nondisruptively between heterogeneous tiered storage
- Avoid resource contention and ensure application quality of service (QoS) with Virtual Storage Machines™
- Meet governmental compliance regulations and legal requirements to protect your most critical data
- Hitachi SOSS enable you to align storage resources with constantly changing business and application requirements

**Hitachi Universal Storage Platform V and Network Storage Controller Specifications**

## Press and Analyst Coverage

"Hitachi engineers have achieved an incredible technological advancement by enabling the Universal Storage Platform V (USP V) to support thin provisioning (Hitachi Dynamic Provisioning [HDP]) of external storage." - *Josh Krischer & Associates.*
Read More...

"Reaching previously unattainable levels of consolidation, the Hitachi USP V has redefined the storage industry. It represents the world's first implementation of a large-scale, enterprise-class virtualization layer combined with thin-provisioning software." - *Ovum.* Read More...

"The USP V marks the introduction of enterprise-class virtualization combined with thin provisioning—an industry first." - *Enterprise Strategy Group.* Read More...

"In terms of scalability to the petabyte range combined with operational consolidation and depth of storage-based services deliverable to a wide range of applications and operating environments, the USP V has no present equal." - *Illuminata.* Read More...

"Competitive solutions consume 60-percent more budget dollars than the new Hitachi Universal Storage Platform V, demonstrating that Hitachi is actually increasing its total cost of ownership (TCO) advantage relative to the competition." - *ITCentrix.* Read More...

"USP-V makes an even bigger statement about consolidating and managing from a single point of control for both mainframe and open-systems disk. That's a threat to EMC and IBM." - *eWEEK.* Read More...

Few would argue with Hu Yoshida, Hitachi VP and CTO, who said today that the new universal controller "will blow the socks off the industry". It will certainly be interesting to see how major competitors like EMC and IBM will respond. Hoshida's slightly O.T.T. claim was that the USP V "has no limits as its only limitation". (I do see what he means.) - *ITDirector.* Read More...

"HDS is leapfrogging other large storage vendors by paying close attention to augmenting virtualization for enterprises dependent upon high-end storage arrays, instead of investing research and development dollars into products small-to-medium size businesses". - *Computerworld.* Read More...

"But USP goes beyond just "speeds and feeds," when viewed in the context of big corporations having to deal with a "staggering" 50% to 60% annual increase of data, John Webster, analyst for Illuminata, said. "When you're dealing with growth in that range, you really need to figure out a way to consolidate the management of that growth. Otherwise, you really get behind the eight ball". - *InformationWeek.* Read More...



View All...

- Contact
- Legal
- Terms of Use
- Site Map
- PartnerXchange Login
- WebFeed
- © 2007 Hitachi Data Systems, All rights reserved.

Storage Virtualization | Storage Management | Tiered Storage | Data Protection

# EXHIBIT H



Corporate
Products
Solutions
Services
Customers
Partners

A+

A+

Products Home

Storage Systems

Storage Networking

Storage Software

 Home > Products > Storage Systems > Universal Storage Platform VM

# Products : Hitachi Universal Storage Platform VM

## Hitachi Universal Storage Platform VM

Hitachi Universal Storage Platform™ VM (USP VM) blends enterprise-class functionality with a smaller footprint to meet the business needs of entry-level enterprises and fast-growing midsize organizations, while supporting distributed or departmental applications in large enterprises.

Now, smaller organizations can enjoy the same benefits as large enterprises in deploying and managing their storage infrastructure in a way never possible before. The USP VM, powered by the Hitachi Universal Star Network™ crossbar switch architecture, delivers the innovative controller-based virtualization, logical partitioning, and universal replication for open systems

**Overview Brochures**

 Hitachi Universal Storage Platform VM Datasheet

**Quick Links**

Contact Sales

Resource Library

Send to a Friend

Bookmark This Page

and mainframe environments.

The industry's highest-reliability and availability storage solution is backed by a set of storage and data services that include thin provisioning with Hitachi Dynamic Provisioning™ software, application-centric storage management, and logical partitioning, as well as simplified, unified data replication across heterogeneous storage systems.

An integral component of the Services Oriented Storage Solutions (SOSS) architecture from Hitachi Data Systems, the Hitachi USP VM provides the foundation for matching application requirements to different classes of storage. The Hitachi USP V packages and delivers critical services such as:

- Thin provisioning
- I/O load balancing
- Nondisruptive data migration
- Volume management across heterogeneous storage arrays
- Security services (immutability, logging, auditing, and data shredding)
- Business continuity services

SOSS enable IT organizations to present business clients with a menu of storage attributes (such as performance, availability, cost, and security) and charge for those services based on the client's selection. SOSS can lower costs, extend lifetime value and simplify management activities. The Hitachi USP VM lets you deploy applications within a new framework, fully leverage—and add value to—current investments, and more closely align IT to your business objectives.

---

**Features**

- Up to 96PB of total storage capacity under management, including up to 72TB of Fibre Channel (FC) internal storage
- Up to 8 logical partitions, dedicating cache, ports, and internally and externally attached capacity to ensure application quality of service (QoS)
- Heterogeneous multiplatform connectivity: FC, IBM® ESCON® and FICON®, network-attached storage (NAS) and iSCSI (future option)

---

- Virtualization of internally and externally attached storage from EMC, Hitachi, IBM, Sun, and HP

- Hitachi Dynamic Provisioning Software for thin provisioning of internal and virtualized external storage

- Transparent, nondisruptive movement of data between storage tiers with HiCommand® Tiered Storage Manager

- Universal replication across heterogeneous platforms

- Active workload balancing and tuning

- Single-pane-of-glass management with Hitachi Storage Management Suite software

- Powered by the fourth generation Universal Star Network™ crossbar switch architecture

### Benefits

- Simplify operations with one set of tools for heterogeneous data management and replication

- Reduce total cost of ownership (TCO), simplify administration, eliminate application interruptions, and reduce power and cooling requirements with Hitachi Dynamic Provisioning™ software

- Protect your investment and extend the life of existing storage assets

- Move, copy, and migrate data nondisruptively between heterogeneous tiered storage

- Avoid resource contention and ensure application QoS with Virtual Storage Machines

- Meet governmental compliance regulations and legal requirements to protect your most critical data

- Archiving mainframe data to virtualized serial ATA (SATA)-based storage systems

- Enables you to align storage resources with constantly changing business and application requirements

### Hitachi Universal Storage Platform V and Hitachi Universal Storage Platform VM

- Capacity

- Controller

- Physical Dimensions

- Operating System Support

- External Storage Support

- Hitachi Universal Star Network™



- Contact
- Legal
- Terms of Use
- Site Map
- PartnerXchange Login
- WebFeeds

- © 2007 Hitachi Data Systems, All rights reserved.

Mainframe Storage | SAN | NAS | SMB Storage | Enterprise Storage

# EXHIBIT I

# ◉ Hitachi Data Systems

HITACHI
Inspire the Next

Corporate |

Products |

Solutions |

Services |

Customers |

Partners |

A+

A+

Search hds.com

Home > Products > Storage Systems > Universal Storage Platform

❯ Products Home

❯ Storage Systems

❯ Storage Networking

❯ Storage Software

## Products : TagmaStore Universal Storage Platform

### TagmaStore Universal Storage Platform





With capabilities well beyond any other storage system, the Hitachi TagmaStore® Universal Storage Platform established a new industry category, reaching previously unattainable levels of consolidation and bringing to reality the virtualization of internal and external heterogeneous storage into one pool.

This platform provides a comprehensive set of storage and data services including large-scale virtualization of internal and external heterogeneous storage for application-centric storage area management and simplified and unified data replication. As an

**Related Resources**

❯ Microsoft Environments / Configurations

**Overview Brochures**

❯ NAS Blade for Universal Storage Platform & Network Storage Controller

❯ Universal Storage Platform Product Overview

❯ Universal Storage Platform Implementation Service

❯ Universal Storage Platform and

IBM TPF Systems

integral component of Application Optimized Storage™ Solutions, the Universal Storage Platform is the architectural foundation for matching application requirements to different classes of storage.

The Universal Storage Platform will enable you to deploy applications within a new framework, fully leverage-and add value to-current investments, and more closely align IT and business initiatives.

## Features

- Superior performance: 2.5 million I/Os per second, 81GB/sec aggregate internal bandwidth
- Superior scalability: 32PB of total storage capacity including up to 332TB of internal storage
- Superior connectivity: up to 192 Fibre Channel, 96 ESCON, or 96 FICON ports
- Powered by the third-generation Universal Star Network™ crossbar switch architecture
- Virtualization of internal and externally attached storage
- Logical partitioning of internal and externally attached storage resources
- Universal replication across heterogeneous platforms
- Active workload balancing and tuning
- Multi-protocol consolidation with Fibre Channel (FC), FICON®, ESCON®, iSCSI, and NAS
- Single-pane-of-glass management with Hitachi HiCommand® Suite software

## Benefits

- Simplify operations with one set of tools for heterogeneous data management and replication
- Application Optimized Storage enables you to align business and application requirements with the appropriate storage resources
- Protect your investment and extend the life of existing storage assets
- Move, copy, and migrate data nondisruptively between heterogeneous tiered storage
- Avoid resource contention and ensure application quality of service with virtual private storage machines
- Meet governmental compliance regulations and legal requirements to protect your most critical data

### Business Briefs

- Universal Storage Platform Business Brief
- Business Continuity Solutions Brief

### Technical Information

- Specifications
- Architecture Guide

### White Papers

- Business Continuity and Universal Storage Platform
- Designing Storage Tiers-- Application Optimized Storage Solutions
- Fibre Channel Security Protocols and Hitachi Storage
- Storage Virtualization: Analysis of Hitachi's Approach (by IDC)
- Tiered Storage Economics
- Universal Storage Platform with IBM FICON
- Universal Replicator Advanced Technology
- University of Utah Storage Economics Study
- Universal Storage Platform: Virtualization without Limits

### Analyst Reports

- A Storage Strategy is Not Optional (by EVG)
- Hitachi Demonstrates Momentum With Latest USP Enhancements (by Clipper)
- Hitachi Enhances the Universal

| Quote

"HDS's positioning of the Universal Storage Platform is a clear effort to aggressively pursue the tiered storage and data life cycle management opportunities in large enterprises."

- Richard L. Villars, Vice President, Storage Systems, IDC

Storage Platform (by Ovum)

Hitachi USP: A New Release, Milestone, and Market Validation (by ESG)

Storage Virtualization: Spin Free (by Evaluator Group)

TagmaStore USP Gets More Energy (by DMG)

TagmaStore USP Report Card and TCO Analysis (by ITCentrix)

**Success Stories**

Atos Origin

Austrian Federal Computing Centre (BRZ)

B-Source SA

eBay

Gmarket

Group Health Cooperative

Folksam

IlSan Hospital

Large Financial Institution

LG Electronics, Inc. - Changwon Factory

Pacific Bancorp

PT. Indonesian Satellite Corporation Tbk

SingHealth

The Good Guys Discount Warehouses

University of Utah Health Sciences Center

| **Quick Links**

Contact Sales

Resource Library

 Send to a Friend

 Bookmark This Page

Search in Page



- Contact
- Legal
- Terms of Use
- Site Map
- PartnerXchange Login
- WebFeeds

© 2007 Hitachi Data Systems, All rights reserved.

Mainframe Storage | SAN | NAS | SMB Storage | Enterprise Storage

# EXHIBIT J



**Hitachi Data Systems**

HITACHI
Inspire the Next

Corporate |
   Products |
Solutions |
Services |
Customers |
Partners |

Search hds.com

A+

A+

  

› Products Home
› Storage Systems
› Storage Networking
› Storage Software

Home > Products > Storage Systems > Workgroup Modular Storage

## Products : TagmaStore Workgroup Modular Storage

**TagmaStore Workgroup Modular Storage**



As an entry point to our new midrange systems line, the SATA-based Hitachi TagmaStore® Workgroup Modular Storage model WMS100 offers high capacity, easy-to-install data storage ideal for small and midsized business (SMBs). The WMS100 provides the foundation for Application Optimized Storage™ solutions, matching requirements for the cost-effective scalability and performance in a small footprint while maintaining the reliability edge provided by renowned Hitachi engineering. Example: Businesses deploying a first SAN are able to move from inefficient and costly server-internal or server-attached storage to a centralized, easy-to-manage configuration. Or those with fast-growing Microsoft Exchange or

**Related Resources**

› Microsoft Environments / Configurations

**Overview Brochures**

› AMS and WMS Overview
› WMS100 Datasheet
› AMS500, AMS200, and WMS100 with NAS Option Overview Brochure
› AMS500, AMS200, and WMS100 with NAS Option Datasheet
› Local Replication Solutions for



database applications can quickly catch up and keep pace.

For larger companies, the WMS100 complements the Hitachi TagmaStore Adaptable Modular Storage, Universal Storage Platform, and Network Storage Controller in tiered storage deployments that require common management tools, nearline backup, and data movement for data lifecycle management applications.

---

### Features

- Scales to more than 50TB SATA raw capacity

- In-system snapshots, backup, and hot-swappable components to avoid downtime and data loss

- RAID-6 dual parity striping improves availability and ensures reliable RAID group rebuild

- Cache partitioning to optimize application performance

- 512 virtual ports with Host Storage Domains and 512 LUNs for concurrent support of heterogeneous open systems environments

- Easy-to-use utilities for configuration and management

- Integrates seamlessly with Hitachi storage systems, managed with a single set of tools using HiCommand® Suite software

- Virtually all Hitachi software products run identically on Hitachi modular models as on Hitachi enterprise storage systems

- Supports Fibre Channel, iSCSI, and NAS options

- Hi-Track® "call home" service/remote maintenance tool

---

### Benefits

- First SAN deployment with SAN starter solutions

- Plug-and-play SAN Kits compatible with Microsoft Simple SAN

- Microsoft Exchange

- ERP and CRM systems with an SMB workload (as many as 200 concurrent users)

- Database applications with moderate workload characteristics

- Collaborative file-access applications requiring NAS

### Technical Information

- Specifications
- Adaptable Modular Storage and Workgroup Modular Storage Architecture Guide

### White Papers

- Designing Storage Tiers-- Application Optimized Storage Solutions
- Enterprise-class Solutions for the Midrange White Paper
- Meeting the Needs of Mid-Sized Organizations (By IDC)
- Optimizing Cache with Cache Partition Manager
- Simplifying Storage for Mid-Sized Enterprises (by IDC)

### Analyst Reports

- HDS Shakes the Midrange (by DMG)
- Attacking the NAS Market With Compelling Business Value (by IT Centrix)
- WMS and AMS Focused on Midrange (by ESG)

### Success Stories

- National Healthcare Group
- University Hospital Center of Nancy, France

### Product Images

- SMB AMS / WMS Photos (ZIP,

- Nearline disk-to-disk backup and tape replacement

- Archival and long-term tamperproof data retention to meet regulatory compliance

- Tiered storage deployment with Universal Storage Platform or Network Storage Controller

**TagmaStore Workgroup Modular Storage and Network Storage Controller Specifications**

1.7MB)

AMS200 and WMS100 High Res Image

AMS200 and WMS100 Low Res Image

AMS200 and WMS100 with NAS Option Visio Stencil

WMS100 Visio Stencils

WMS100, AMS200, and AMS500 Deskside Models

**Quick Links**

Contact Sales

Resource Library

Send to a Friend

Bookmark This Page

Search in Page

Contact

Legal

Terms of Use

Site Map

PartnerXchange Login

WebFeeds

© 2007 Hitachi Data Systems, All rights reserved.

Storage Virtualization | Storage Management | Tiered Storage | Data Protection

# EXHIBIT K

⋯⋗ hitachi.com                                                ⋗ Global Network        NORTH AMERICA

| hitachi.us | products & services | support & downloads | news releases |

## Hitachi in North America
### Server Systems Group

HITACHI
Inspire the Next

Search by Google

Home  > Server Systems Group

› Home
› Products
› Support and Services
› About Us
› Press Releases
› Resource Library
› Events and Trade Shows
› Contact Us

**BladeSymphony®**
**Consolidate with confidence.**



Packed with power, blade servers can be a great option for consolidation. But not just any blade servers. Go with the blade server family that can really cut it. Cut cost, complexity, risk, and compromises - in your enterprise data center or your branch offices - with BladeSymphony.




- **Cut Costs and Risks**
- **Consolidate Your Infrastructure**
- **Optimize your Workload**
- **Expand with Ease**

## Two powerful systems -- backed by one powerhouse company.

**BladeSymphony 1000 with Virtage** is the first true enterprise-class blade server. Use this 10U system to consolidate mission-critical applications at the database tier, the application tier, the network edge - or all three. And take advantage of the industry's first embedded virtualization solution, Virtage. Virtage is built right in, so it just works right out of the box. It's faster and more reliable than other virtualization solutions. And it won't slow your applications down like emulation software can.

**Blade Symphony 320** is pushing consolidation to the edge. It is the ideal consolidation platform for the edge tier or the application tier of the enterprise data center. This 6U system packs up to 560 cores into a standard 42U rack - a space savings of 60% compared to rack servers. Consolidation just doesn't get any simpler - or more efficient.



Cutting Edge: Blade Computing Insights    Featuring Gartner research    **Gartner.**

Read Newsletter ➡

**You can trust a global powerhouse.**
And both BladeSymphony models are made and supported by Hitachi, an $80-billion global powerhouse with diverse businesses ranging from computing systems and electronic devices to telecommunications and financial services. So you can consolidate - with confidence.

Learn More 

Contact Us

Submit An Inquiry



LEARN HOW TO SELL BLADE SYMPHONY TO YOUR CTO!

Click here to learn more now ☞

| Terms of Use |  Privacy Policy |

© Hitachi America, Ltd. 1995, 2007. All rights reserved.

# EXHIBIT L



# BladeSymphony® 1000 with Virtage

## This is not your father's blade server.

BladeSymphony 1000 gets you beyond the limitations of rack servers and previous-generation blade systems. It is a power-packed, highly efficient, 10U system that has enterprise-class everything:

**Enterprise-class performance**

- Combine Dual-Core Itanium 2 and/or Intel Dual-Core or Quad-Core Xeon blades in the same chassis for high performance on mixed 64-bit/32-bit workloads

- Integrated Gigabit Ethernet switch; high-throughput I/O modules

**Enterprise-class scalability**

- Scale up, scale out within the same chassis; add power supplies and increase I/O bandwidth as your needs grow

**Enterprise-class reliability and availability**

- Hot-swap components; embedded virtualization; fully redundant chassis; N+1 and fully redundant power supplies; mainframe-class memory management for extremely high reliability and availability

**Enterprise-class flexibility**

- Support for Itanium/Xeon, Windows/Linux, PCI-X/PCI Express

- Modular design for unmatched configuration flexibility

- Ideal solution for consolidation, Internet commerce, high-bandwidth streaming, OLTP, and more

  - at the edge, the application tier, the database tier - or all three



## Finally a blade server that can cut it.

## Cuts Risk

**Of unplanned downtime**

- Hot-swap components

- N+1 and fully redundant power supplies

- N+M failover protection

- Fully redundant chassis

**Of inadequate performance/scalability**

- Dual-core Intel Xeon and/or Itanium processors

- High-speed, highly expandable I/O

- Scale up to 2 x 16-way on Intel Itanium 2 processor-based server modules

- Scale out to 8 x 2-way Intel Xeon processor-based server modules

- Stack multiple chassis in a standard 42U rack

**Of technology obsolescence**

- Support for Windows and Linux

- Support for dual-core Itanium and dual-core or quad-core Xeon processor-based server modules

- Support for PCI-X and PCI Express boards

## Cuts Costs

- Lower acquisition costs than rack-mount servers
- Scales up on demand in fine-grained increments, helping you avoid or delay additional hardware purchases
- Reduces the expense of configuring, administering and managing large numbers of systems
- Enables you to fine-tune your capacity planning

## Cuts complexity

- Elegantly integrates network, power, and server resources
- Simplifies administration and management
- Enables you to fine-tune your capacity planning
- Makes it easy to manage racks and systems remotely
- Allows more resources to be controlled by fewer admins in less time

## Cuts compromises

- Use it at the edge of your network, at the application tier, or at the database tier - or all three
- Supports Intel Itanium and Xeon processors in the same chassis at the same time - on Windows and/or Linux
- Supports PCI-X and PCI Express with high expandability

Contact Us 

| Terms of Use |  Privacy Policy |

© Hitachi America, Ltd. 1995, 2007. All rights reserved.

# EXHIBIT M

hitachi.com    › Global Network    NORTH AMERICA

| hitachi.us | products & services | support & downloads | news releases |

## Hitachi in North America
### Server Systems Group

**HITACHI**
Inspire the Next

Search by Google

Home  >  Server Systems Group  >  Products  >  BladeSymphony 320

reliable server technology
**BladeSymphony**

Watch Our Live Webcast    Download Product Info    View Movie Key Features

Take a Tour Of Highlights

| Products | Support &Services | About Us | Press Releases | Events &TradeShows | Contact HITACHI |

› Home

› Products

  BladeSymphony 1000 with Virtage

  BladeSymphony 320

    »» Technical Overview

› Support and Services

› About Us

› Press Releases

› Resource Library

› Events and Trade Shows

› Contact Us

# BladeSymphony 320 Technical Overview

## Redefines "Fully Loaded"

BladeSymphony 320 packs more power into a smaller space than any comparable solution: up to 70 two-way, quad-core servers in a single standard 42U rack - that's up to 560 cores.

BladeSymphony 320 is the only blade system with a 110-volt power option, so it plugs right in to standard power outlets with no special equipment or adapters. It is also the lightest 6U system on the market.

And BladeSymphony 320 keeps you up and running 24/7 with built-in reliability, availability, and serviceability (RAS) features. From hot-swap components and multi-configurable power supplies to Hitachi's unique N+M cold stand-by feature for automated system failover.



fast
efficient
simple

- **110-volt power option for no-hassles deployment**
- **Less cabling, less complexity, less work for administrators**
- **Packs up to 560 cores into a standard 42U rack**
- **Up to 60% space savings compared to rack-mount servers**

**High performance**

The system also includes two on-board, hot-swappable Serial-Attached SCSI (SAS) and SATA drives, providing high performance and application flexibility; four Gigabit Ethernet ports per blade for high network throughput; and up to 16 GB of fully buffered memory.

**Built-in components**

A wide range of optional capabilities and components are available, such as a LAN pass-through option, Fiber Channel ports and switch modules for connecting to a SAN, and remote IP KVM. These components are all built in, so there's less cabling, less complexity, and less work required of administrators. And all of the modules are made by Hitachi, so there are no space-consuming external devices to purchase and configure, no compatibility issues to deal with, and no worries about integrating with the management system.

So whether you're looking to consolidate workloads in your enterprise data center or at your branch and remote offices, BladeSymphony 320 gives you something you never expected: unoccupied data center floor tiles. We're pushing consolidation right to the edge.

For more information, click here to download the 320 brochure 

| Terms of Use |  Privacy Policy |

© Hitachi America, Ltd. 1995, 2007. All rights reserved.

# EXHIBIT N

# Intel® Itanium® 2 Server Modules for Hitachi BladeSymphony® 1000

## HITACHI
## Inspire the Next

Hitachi BladeSymphony **Datasheet**



## Performance and efficiency on a whole new scale.

BladeSymphony® is the first true enterprise-class blade server. It combines Hitachi's "Virtage" embedded virtualization technology, a choice of dual-core Intel® Xeon® and/or Itanium® 2 server modules, integrated management capabilities, and powerful, reliable, scalable system resources—so you can run mission-critical applications with confidence.

The new dual-core Intel Itanium 2 64-bit processor delivers superior processing power for enterprise-class workloads. It gives you access to continued advancements in mainframe-class reliability with Intel Cache Safe Technology and Enhanced Machine Check Architecture.

The BladeSymphony 1000 system takes maximum advantage of the built-in performance and reliability characteristics of the dual-core Itanium 2 processor (Montecito). With a 19" rack-compatible chassis, BladeSymphony supports up to eight blades. The eight blade slots accommodate a total of up to 16 Itanium 2 CPU sockets, or 32 cores, with 16 cores per SMP, running Microsoft® Windows® or Linux®. You can interconnect Itanium 2 server modules via a high-speed backplane to form a high-performance SMP server of up to 16-way, so you get the performance you need for your most compute-intensive applications.

As you incrementally add server modules, you can harness Hitachi's Virtage embedded virtualization solution, leveraging Intel Virtualization Technology (VT), to create multiple virtual machines and securely run multiple operating systems on a single SMP configuration. This capability, combined with BladeSymphony's large I/O bandwidth, large addressable memory space, and mainframe-class memory management features, makes BladeSymphony with Itanium 2 server modules an excellent platform for consolidation, migration away from proprietary UNIX platforms, and workload optimization.

Each Itanium 2 blade supports up to 16 physical memory slots for a maximum of 32 GB per blade. At 16-ways, memory configurations total up to 128 GB. On each blade there are also two on-board Gigabit Ethernet NIC ports, which connect to internal Gigabit Ethernet switches in the chassis. Each blade also has access to a maximum of four physical PCI slots in the back of the chassis. Therefore in a 16-way environment the OS has access to eight on-board NICs and up to 16 physical PCI slots. There are other PCI configurations optionally available.

And the dual-core Itanium 2 processor provides premier performance at far lower cost than proprietary offerings, so Hitachi is able to offer Itanium 2-based server modules at extremely competitive prices. More than 8,000 applications are supported and industry-leading hardware vendors and solution providers worldwide offer Itanium-based solutions, ensuring the broadest range of options and ongoing support.

### BladeSymphony Key Features

- Support for up to eight dual-socket Itanium 2 server modules (each socket can support a dual-core CPU)

- SMP blade interconnect for unsurpassed scalability (low-latency, point-to-point architecture)

- Virtage embedded virtualization for high-performance, reliable, flexible resource allocation

- Large I/O bandwidth for unrestrictive communication

- Large memory space and memory management features, CC-Numa

- Can be configured for 2-way, 4-way, 8-way and 16-way operation

- Multi-OS support (Windows, Red Hat Linux , SuSe Linux)

### Intel Dual-Core Itanium 2 Key Features

- Two complete 64-bit processing cores on one chip

- Up to 24MB on-die L3 cache

- Hyper-Threading Technology (HT Technology)

- Up to 30 percent lower power usage than previous generation single-core Itanium 2-based processors

- Intel Cache Safe Technology and Enhanced Machine Check Architecture for reliable operation

- Intel Virtualization Technology (VT)

## BladeSymphony

# Intel Itanium 2 Server Module Specifications

| CPU | CPU (Frequency/Cache) | | Dual Core Intel Itanium 2 Montecito Processor (1.6GHz/L3 24MB, 1.6GHz/L3 18MB, 1.4GHz/L3 12MB) |
|---|---|---|---|
| | # of CPU | | Min. 1/Max. 2 sockets Chipset |
| | Chipset | | Hitachi Node Controller |
| Front Side Bus Frequency (FSB) | | | 400MHz |
| SMP Configuration | | | Max. 16way (8 sockets SMP) |
| Memory | DIMM | | 512MB/1GB/2GB DDR2-400MHz |
| | Error Correction | | ECC |
| | Availability | | Online Spare / Chip kill / Scrubbing |
| | # of slots | | 16 |
| | Capacity | | Min. 2GB (512MB×4 slots) / Max. 32GB (2GB×16 slots) |
| Onboard LAN | LAN | Interface | 1000Base-T/100Base-TX/10Base-T |
| | | WOL | Port 1, 2 support |
| | | Power Management | APM |
| | Mgmt LAN | Interface | 100Base-TX/10Base-T |
| Interface | | Connector | USB1.1x 2 Serial x 1 |
| | | LED | Condition, Power, Error, LAN1, LAN2 |
| | | Switch | Power, Reset, NMI |
| | | Backplane | LAN(1000Base-T/100Base-TX/10Base-T)[SERDES]×2,  PCI Express×4×2 Hitachi proprietary SMP node link x 3,  Management LAN (100Base-TX/10Base-T)×1 (*1) |
| Support OS | Windows Server 2003 Enterprise Edition for Itanium based Systems SP1 | | |
| | Red Hat Enterprise Linux AS 4.0 | | |
| | SuSE Linux Enterprise Server 10 | | |
| Additional Features | Local PXE boot | | |
| | Console Redirection over LAN | | |
| | WOL right after AC power on (Controlled by BMC) | | |
| | IOA Type3 Hitachi FC & Ether Combo Board | | |

❀Hɪᴛᴀᴄʜɪ Aᴍᴇʀɪᴄᴀ, Lᴛᴅ.
Sᴇʀᴠᴇʀ Sʏsᴛᴇᴍs Gʀᴏᴜᴘ

2000 Sierra Point Parkway
Brisbane, CA 94005-1836
ph. 1.866.HITACHI
email: ServerSales@hal.hitachi.com
web: www.BladeSymphony.com



**HITACHI**
Inspire the Next

©2007 Hitachi America, Ltd. All rights reserved. Descriptions and specifications contained in this document are subject to change without notice and may differ from country to country. Hitachi is a registered trademark of Hitachi, Ltd. and/or its affiliates. BladeSymphony is a registered trademark of Hitachi, Ltd. in the United States. Intel, Itanium and Xeon are trademarks or registered trademarks of Intel Corporation or its subsidiaries in the United States and other countries. Linux is a registered trademark or trademark of Linus Torvalds in the United States and other countries. "Red Hat," Red Hat Linux are trademarks or registered trademarks of Red Hat, Inc. in the US and other countries. UNIX is a registered trademark in the United States and other countries, exclusively licensed through X/Open Company, Ltd. Windows is the registered trademark of Microsoft Corporation in the United States and other countries. Other trademarks, service marks, company names may be trademarks or registered trademarks of their respective owners. 4/07

# EXHIBIT O



Intel.com | Worldwide | About Intel | Press Room | Contact Us    [ Search ]

Products | Technology & Research | Resource Centers | Support & Downloads | Where to Buy

**Press Room**

**News Resources**

Press Releases
  by Date
  by Category
Press Kits
Video / Audio
  Broadcast Content
Intel Blogs
Contact Intel PR

**Corporate Information**

About Intel
Biographies

**Search News Resources**

[ Search ]

Advanced Search ›

Home › Press Room › News Releases ›

## Intel News Release

# New Dual-Core Intel® Itanium® 2 Processor Doubles Performance, Reduces Power Consumption

**Aggressive Growth in Itanium Hardware and Software Solutions Deliver Mission Critical Computing Freedom**

**Related links**

More in this category
Corporate Information

Contact Corporate Press Relations

SANTA CLARA, Calif., July 18, 2006 – Intel Corporation today unveiled five new products in the Dual-Core Intel® Itanium® 2 Processor 9000 series. Previously codenamed "Montecito," the new processors are designed for the most sophisticated high-end computing platforms in the world. They double the performance and lower energy requirements, improving performance per watt by 2.5 times compared to existing, single-core versions. All server-maker members of the Itanium Solutions Alliance (ISA) will launch new Dual-Core Intel Itanium 2 Processor 9000 series-based products.

The flagship 9050 model features two complete processing cores and nearly triples the cache or memory reservoir versus Intel's previous generation. It also can execute four instructions or threads per processor enhanced by Intel's Hyper-Threading Technology (HT Technology).

The new Dual-Core Itanium 2 processors represent the world's most intricate product design to date with more than 1.7 billion transistors. This allows Intel designers to deliver new features to the Itanium processor family that create robust virtualization capabilities, enhanced cache reliability and other mainframe-like capabilities.

Unlike products from the remaining RISC vendors, the Dual-Core Intel Itanium 2 Processor 9000 series offers end-user freedom through a broad choice of software with more than 8,000 applications in production. Itanium processor-based servers and high-performance computing (HPC) systems are unique in the industry. They provide mission critical support for Windows*, Linux*, UNIX* and other operating systems as well as new migration tools off of proprietary servers and mainframes - delivering unbeatable flexibility and a confident adoption path for IT managers to migrate to a standards-based architecture.

The Dual-Core Intel® Itanium® 2 processor 9000 series delivers performance at a system scale unmatched by competing RISC architectures. It set world record results in several key server benchmarks including a score of

4230 SPEC_int_rate_base_2000[1], nearly triple the previous record.

"Intel remains focused on removing the proprietary shackles that remain in the high-end of the server market segment, and with Dual-Core Itanium 2 processors we are delivering unprecedented IT freedom with a product that excels in performance, reliability and improved energy efficiency," said Pat Gelsinger, senior vice president and general manager, Intel's Digital Enterprise Group. "The broad system and software support for Itanium 2 processors enables CIOs to move away from aging and expensive legacy systems and instead direct those funds toward standard-based computing and business innovation.

"In virtually all areas, momentum for Itanium-based systems is growing. More applications were added during the first half this year than were available in 2003 and more than 70 percent of the top Global 100 companies are choosing Itanium technology. In addition, the Itanium Solutions Alliance has committed $10 billion of hardware support through 2010 to the architecture."

Dual-core Itanium® 2-based systems target the most compute intensive areas, such as business analytics, large data warehouses and HPC areas. This is increasingly important as companies continue to strive for real-time decision making based on increasingly large amounts of data; and scientists, engineers and researchers seek to solve medical, climatic and other challenges through the use of computing power. The Itanium 2 processor's Explicitly Parallel Instruction Computing (EPIC) architecture design provides high levels of parallelism and computational capabilities, driving greater efficiency into analytics applications and business intelligence software.

"Microsoft Windows Server 2003* and Microsoft SQL Server 2005* on the new dual-core, multi-threaded Itanium 2 processor will provide exceptional performance, scalability and reliability to enterprise customers with database workloads and line of business applications," said Bob Muglia, senior vice president of the Server and Tools Business at Microsoft. "Microsoft is resolute in its support of the Itanium architecture, today and in the future."

**Intel® Virtualization Technology (Intel® VT)**

Intel® Virtualization Technology (Intel® VT) is built into Itanium® 2 processors to enhance support for OEM and industry virtual machine monitors (VMMs). The built-in scalability, performance and industry leading reliability capabilities of Itanium 2-based servers provide an outstanding platform for consolidating proprietary solutions onto industry standards-based servers. Virtualization can help lower the total cost of ownership by assisting with the migration and consolidation of different software applications from proprietary platforms to industry standard hardware and operating

systems.

Supporting the Dual-Core Intel Itanium 2 processor 9000 series are two rack-optimized Intel server systems: SR870BH2 and SR870BN4. These server systems provide the optimum performance, reliability and expandability that scalable business solutions and mission-critical applications demand and are available today to OEMs and systems integrators for enterprise and high-performance computing.

### Pricing and availability

Intel dual- and single-core Itanium 2 processors are shipping today with systems coming available in late August and growing throughout the year.

#### Price List

| | |
|---|---|
| Dual-Core Itanium® 2 processor 9050 1.6GHz 24M 533/400 MHz | $3692 |
| Dual-Core Itanium 2 processor 9040 1.6GHz 18M 533/400 MHz | $1980 |
| Dual-Core Itanium 2 processor 9030 1.6GHz 8M 533/400 MHz | $1552 |
| Dual-Core Itanium 2 processor 9020 1.42GHz 12M 533/400 MHz | $910 |
| Dual-Core Itanium 2 processor 9015 1.4GHz 12M 400 MHz | $749 |
| Itanium 2 processor (single core) 9010 1.6GHz 6M 533/400 MHz | $696 |

### About Intel

Intel, the world leader in silicon innovation, develops technologies, products and initiatives to continually advance how people work and live. Additional information about Intel is available at www.intel.com/pressroom and blogs.intel.com.

Intel and Itanium 2 are trademarks or registered trademarks of Intel Corporation or its subsidiaries in the United States and other countries.

\* Other names and brands may be claimed as the property of others.

1: result published on www.spec.org

Performance tests and ratings are measured using specific computer systems and/or components and reflect the approximate performance of Intel products as measured by those tests. Any difference in system hardware or software design or configuration may affect actual performance. Buyers should consult other sources of information to evaluate the performance of systems or components they are considering purchasing. For more information on performance tests and on the performance of Intel products, visit www.intel.com/performance/resources/limits.htm or call (U.S.) 1-800-628-8686 or 1-916-356-3104.

Configuration details: Performance Claim: Based on SPEC publication (SPECint_rate_base_2000

Source www.spec.org: Itanium® 2 processor results of 4230 on SGI Altix

SGI system using 512 Itanium 2 processors (256 chips, 512 256 Cores), 1.6GHz with 24MB L3 cache, 512GB memory, SGI ProPACK 4 SP3 OS, published on 18th July'2006. IBM Corporation has published highest result of 1063 on IBM eServer p5 595 (1900 MHz, 64 CPU), 64 cores, 32 chips, 2 cores/chip (SMT on), 256 GB memory and on OS AIX 5L V5.3, published in Oct'2004. Sun Microsystems has published a result of 1213 on Sun Fire E25K (72 processor), 144 cores, 72 chips, 2 cores/chip, UltraSPARC IV+, 1.5Ghz, 288 GB memory, on Solaris 10 and result published in Dec'2005.

**Back to Top** ^

Site Map  |  RSS Feeds  |  Jobs at Intel  |  Investor Relations                    *Legal Information  |  Privacy Policy  |  ©Intel Corporation

# EXHIBIT P

# BladeSymphony® 1000
# Intel® Xeon® Server Modules

**HITACHI**
**Inspire the Next**

**Datasheet**



## High Performance with Headroom for Growth

BladeSymphony 1000 is the first true enterprise-class blade server. It combines a choice of Dual-Core or Quad-Core Intel Xeon and/or Dual-Core Itanium 2 server modules, integrated management capabilities, and powerful, reliable, scalable system resources—so you can run mission-critical applications with confidence.

By populating the BladeSymphony chassis with server modules running Intel Dual-Core or Quad-Core Xeon processors, you get a powerful blend of industry-leading performance, blazing data throughput, and energy efficiency—to help you tackle virtually any workload— from applications and Web services to multi-threaded, mission-critical processing tasks.

### Packed with Power

BladeSymphony 1000 uses the built-in performance and reliability of Intel Xeon processors to maximum advantage. With its 19" rack-compatible chassis, the eight-slot BladeSymphony 1000 accommodates a total of up to 16 Dual-Core or Quad-Core Xeon processors (up to 64 cores per system).

The Dual-Core Intel Xeon 5100 Series is the most widely deployed 64-bit processor platform in the world, delivering exceptionally fast data throughput with Intel I/O Acceleration Technology, up to 4MB of L2 cache memory that can be allocated entirely to one core, and support for both 32-bit and 64-bit applications.

The Quad-Core Intel Xeon 5300 Series is the world's first quad-core processor for mainstream servers, delivering breakthrough performance, energy efficiency, and the ability to run applications with a smaller footprint.

### More Options, Higher Reliability

Each BladeSymphony Xeon processor-based server module can support up to four PCI slots, accommodates standard PCI-X and PCI Express modules, and gives you the option of adding Fibre Channel HBA, additional Ethernet ports, and even a SCSI interface for more storage. Four on-board 2.5" hot-swappable SAS drives support hardware-based RAID configurations. Two on-board Gigabit Ethernet ports are also provided, along with IP KVM for remote blade access and virtual media support. You can run either the Windows or Linux operating system.

The BladeSymphony 1000 combines the power of Intel Xeon processors with outstanding reliability features. On-board HDDs, power, fan management modules and others are fully redundant and components are hot-swappable. The system leverages Hitachi's main-frame-class memory management; there are redundant switch and management modules; power supply modules are N+1 and fully redundant; and the N+M cold stand-by feature provides fast failure recovery.

### BladeSymphony 1000 Key Features

- Support for up to eight Dual-Core or Quad-Core Xeon processor-based server modules
- Fully buffered memory support (FBDIMMs)
- Four on-board 2.5" hot-swappable SAS drives supporting up to RAID 5 configurations
- Support for up to four PCI slots per blade for high I/O bandwidth
- IP KVM support for remote operations
- Virtual media for remote media installation
- Two switched on-board Gigabit Ethernet ports
- Multi-OS Support (Windows, Red Hat Linux)

### Intel Xeon 5100/5300 Series Key Features

- Dual-core/quad-core processing for significant performance headroom, especially for multi-threaded applications
- 1066 and 1333-MHz system bus with Intel I/O Acceleration Technology (I/OAT) for blazing data throughput
- Up to 2 x 4MB L2 cache memory: entire L2 cache can be allocated to one core
- Support for both 32-bit and 64-bit applications and larger data sets for smooth migration to 64-bit workloads

**BladeSymphony**



Server modules running Intel Dual-Core or Quad-Core Xeon processors deliver a powerful blend of performance, data throughput, and energy efficiency.



BladeSymphony® 1000 supports up to eight Intel Dual-Core or Quad-Core Xeon processor-based server modules per chassis for enterprise-class performance.

## Specifications

BladeSymphony 1000 Server Module (Intel® Xeon® Processor Model)

| Processor | | Dual Core Intel® Xeon® Processor | | | Quad Core Intel® Xeon® Processor | |
|---|---|---|---|---|---|---|
| | | 5110 Series | 5140 Series | 5160 Series | E5345 Series | X5355 Series |
| | Processor Frequency | 1.60GHz | 2.33GHz | 3GHz | 2.33GHz | 2.66GHz |
| | # of Processors | Max. 2 (Max. 4 cores) | | | Max. 2 (8 cores) | |
| | Cache Memory | L2:4MB | | | L2: 2 x 4MB | |
| System Bus (FSB) Frequency | | 1,066MHz | 1,333MHz | | | |
| Main Memory | | ECC DDR2-667 FB-DIMM Chipkill / Memory Mirroring | | | | |
| | Capacity | Max. 32GB | | | | |
| | Memory Slots | 8 | | | | |
| Internal HDD | | 2.5" 73GB (10,000min-1) SAS HDD, Max. 4 | | | | |
| Internal Expansion Slot | | 1 (Dedicated for RAID card of Internal SAS HDD) | | | | |
| Network Interface | | 1 Gbit Ethernet (SERDES) x 2 ports | | | | |
| Power Consumption (Max) | | 255W | 306W | 337W | 400W | 470W |
| Support OS | | Microsoft® Windows Server™ 2003 R2, Standard Edition<br>Microsoft® Windows Server™ 2003 R2, Enterprise Edition<br>Microsoft® Windows Server™ 2003 R2, Standard x64 Edition<br>Microsoft® Windows Server™ 2003 R2, Enterprise x64 Edition<br>Red Hat Enterprise Linux ES4<br>Red Hat Enterprise Linux AS 4 | | | | |

◉ Hɪᴛᴀᴄʜɪ Aᴍᴇʀɪᴄᴀ, Lᴛᴅ.
Sᴇʀᴠᴇʀ Sʏsᴛᴇᴍs Gʀᴏᴜᴘ

2000 Sierra Point Parkway
Brisbane, CA 94005-1836
ph. 1.866.HITACHI
email: ServerSales@hal.hitachi.com
web: www.BladeSymphony.com



Inspire the Next

©2007 Hitachi America, Ltd. All rights reserved. Descriptions and specifications contained in this document are subject to change without notice and may differ from country to country. Hitachi is a registered trademark of Hitachi, Ltd. and/or its affiliates. BladeSymphony is a registered trademark of Hitachi, Ltd. in the United States. Intel, Intel Xeon, and Itanium are registered trademarks of Intel Corporation or its subsidiaries in the United States and/or other countries. Linux is a registered trademark of Linus Torvalds in the United States and other countries. Windows is a registered trademark of Microsoft Corporation in the United States and/or other countries. Other trademarks, service marks, company names may be trademarks or registered trademarks of their respective owners. 04/07

# EXHIBIT Q



BladeSymphony® 320
# Pushing Consolidation to the Edge

**Product Brochure**

HITACHI
Inspire the Next

BladeSymphony 320



# Introducing BladeSymphony® 320

**Simple, reliable compute power for the enterprise, the branch, or the remote office.**

Consolidation just doesn't get any simpler. Or more efficient. The Hitachi BladeSymphony 320 blade server delivers a combination of compute density and enterprise-class reliability that far exceeds the capabilities of rack-mount servers and other blade servers—with a level of simplicity that is absolutely unprecedented. It's the ideal platform for consolidating applications at the edge and application tier of the enterprise data center.

### 110-Volt Option for Simple Deployment and Lower Cost

The 6U BladeSymphony 320 is far simpler to deploy and manage than rack-mount servers or other blade solutions. It is the only blade system with a 110-volt power option, so it plugs right in to standard power outlets with no special equipment or adapters. It is also the lightest 6U system on the market. That means you can make changes to your configurations quickly and easily without breaking your budget or your back.

And you'll save on power costs with BladeSymphony 320. With its electrically efficient 6U form factor it draws significantly less power than any rack-mount server delivering comparable performance; and a fully loaded BladeSymphony 320 draws far less power than fully loaded competitive blade systems.

### Redefines "Power Packed"

BladeSymphony 320 packs more power into a smaller space than any comparable solution: up to 10 two-socket, quad-core servers in a single 6U chassis—with 60% space savings compared to rack-mount server solutions. For large configurations the system can pack 70 two-socket, quad-core servers in a single standard 42U rack—that's up to 560 cores in a single rack.

And you can run your most demanding applications with confidence because BladeSymphony 320 has built-in reliability, availability, and serviceability (RAS) features that keep you up and running at high performance 24/7. From hot-swap components and multi-configurable power supplies to Hitachi's unique N+M cold stand-by feature for automated system failover.

The system also includes two on-board, hot-swappable Serial-Attached SCSI (SAS) drives, providing high performance and application flexibility; four Gigabit Ethernet ports per blade for high network through-put; and up to 16 GB of fully buffered memory.

### Integrated Components, Centralized Management

BladeSymphony 320 is also easier to administer than alternative systems, saving you time and money. In fact, a BladeSymphony 320 server can be installed and brought up in a few minutes rather than the few hours it would take for a rack-mount server.

A wide range of optional capabilities and components are available, such as a LAN pass-through option, Fibre Channel ports and switch modules for connecting to a SAN, and remote IP KVM. These compo-

nents are all built in, so there's less cabling, less complexity, and less work required of administrators. And all of the core modules are made by Hitachi, so there are no space-consuming external devices to purchase and configure, no compatibility issues to deal with, and no worries about integrating with the management system.

BladeSymphony's® optional management software suite provides centralized management and control of all server, network, and storage resources, including the ability to setup and configure servers, monitor server resources, integrate with enterprise management software via SNMP,

provide automatic failure notification, and manage server assets. So there are no hassles integrating diverse resources into your management system. And you can use it to manage multiple 6U chassis, so you can scale up without moving to a new management platform.

And BladeSymphony 320 includes an L3 redundant Gigabit Ethernet Switch, delivering the gigabit networking required in today's enterprise data centers. The switch provides 10/100/1000 Mbps ports for connecting BladeSymphony server modules to other networked resources within the corporate networking structure and delivers high throughput.

**Uncover a Hidden Asset:
Your Floor Tiles**

When you're looking to consolidate compute-intensive workloads in your enterprise data center, BladeSymphony 320 gives you something you never expected: unoccupied data center floor tiles.

Now you can consolidate on a platform that exceeds your expectations for performance, reliability, scalability, and manageability. You can deploy new Web services, OLTP and Internet commerce applications, media-rich, compute-intensive workloads, or database-tier applications. You can cut your risk of technology obsolescence by taking advantage of industry standards such as Intel®, Windows®, and Linux®.

### Specifications
BladeSymphony 320

| | | | | | | |
|---|---|---|---|---|---|---|
| **Chassis** | Server Module | Intel® Xeon® Processor Server Module: Max. 10 | | | | |
| | Size | 6U (Rack Mountable) | | | | |
| | Server Blade Modules | Up to 10 server blade modules | | | | |
| | Dimensions (WxDxH) | 17.3in (440mm)  x 30.7in (780mm) x 10.3in  (262mm) | | | | |
| | Weight (Max.) | Approx. 216lbs / 98kg | | | | |
| | Power Supplies | 110V or 220V Hot Swappable, N+1 or Fully Redundant configurable power supplies | | | | |
| | I/O Modules | 1Gbps Ethernet Switch Module, 1Gbps LAN Pass-through Module, Fibre Channel Switch Module | | | | |
| **Server Blade** | Processor | Dual Core Intel® Xeon® Processor 5110 | Dual Core Intel® Xeon® Processor 5140 | Dual Core Intel® Xeon® Processor 5160 | Quad Core Intel® Xeon® Processor E5310 | Quad Core Intel® Xeon® Processor E5345 |
| | Processor Frequency | 1.60GHz | 2.33GHz | 3GHz | 1.60GHz | 2.33GHz |
| | Number of Processors | Min. 1 (2 cores) / Max. 2 (4 cores) | | | Min. 1 (4 cores) / Max. 2 (8 cores) | |
| | Cache | L2: 4MB | | | L2 : 2 x 4MB | |
| | Front Side Bus (FSB) Frequency | 1,066MHz | 1,333MHz | | 1,066MHz | 1,333MHz |
| | Memory | ECC DDR2-667 FB-DIMM | | | | |
| | Capacity | Max. 16GB | | | | |
| | Internal Hard Disk | Up to 146GB: Two 2.5" 73GB(10,000min-1) SAS HDD / Up to 160GB: Two 2.5" 80GB(7,200min-1) SATA HDD | | | | |
| | Internal Expansion Slot | Optional Fibre Channel Mezzanine Card | | | | |
| | Network Interface | Up to 4 Gigabit Ethernet (SERDES)  ports | | | | |
| | Operating Systems | Microsoft® Windows Server™ 2003 R2, Standard Edition<br>Microsoft® Windows Server™ 2003 R2, Enterprise Edition<br>Microsoft® Windows Server™ 2003 R2, Standard x64 Edition<br>Microsoft® Windows Server™ 2003 R2, Enterprise x64 Edition<br>Red Hat Enterprise Linux ES 4 | | | | |



Equally important, you can reap the rewards of lower acquisition, administration, and licensing costs. You can avoid additional capital expenditures because you can scale up on demand in fine-grained increments. You can reduce the expense of configuring, administering and managing large numbers of discrete systems. You can fine-tune your capacity planning and put off unnecessary hardware purchases. And you can protect your previous investments while keeping your options wide open.



So if you're looking for a simple, manageable, cost-efficient way to deploy compute power when and where you need it—or if you're just looking for some extra space in your data center—you've found it. BladeSymphony® 320 from Hitachi. We're pushing consolidation right to the edge.



⊛ HITACHI AMERICA, LTD
SERVER SYSTEMS GROUP

2000 Sierra Point Parkway
Brisbane, CA 94005-1836
ph. 1.866.HITACHI
email: ServerSales@hal.hitachi.com
web: www.BladeSymphony.com

## HITACHI
### Inspire the Next



### From Hitachi, the Ideal Partner for Growth

Hitachi is one of the world's largest, most diverse technology companies. When you purchase BladeSymphony servers, you benefit directly from Hitachi's rich heritage as a server market leader—a legacy of expertise in computers ranging from mainframes and supercomputers to PC servers. You also position your organization to take full advantage of the breadth and depth of Hitachi's multiple product lines, including industry-leading storage systems; award-winning consulting services; strategic alliances with third-party technology vendors worldwide; and Hitachi's unmatched reputation for responsive, comprehensive service and support.

Simply put, you can rest assured that your IT investment will be secure and that your organization will be well positioned to capitalize on new technologies as they emerge.

## BladeSymphony 320 at a Glance

### Far simpler to deploy and manage

- Only blade server on the market with a 110-volt power option for no-hassles deployment at the branch, the remote office, or the enterprise data center

- Less cabling, less complexity, less work for administrators

### Better platform for consolidation

- Packs up to 560 cores into a standard 42U rack (up to 10 two-socket, Intel Dual-Core or Quad-Core server modules per 6U chassis)

- Up to 60% space savings compared to rack-mount servers

### More reliable for enterprise-class workloads

- Hot-swap components, redundant switch and management modules, N+M cold stand-by feature, N+1 and fully redundant power supplies and hot-swappable fan modules

### More cost efficient

- Lower power draw than rack servers or fully loaded competitive blade systems for lower power costs

- Integrated, interoperable, manageable SAN and network components for lower administration costs

- Support for industry standards: Intel, Windows, Linux

- Higher server utilization rates delay new capital expenditures

- Net result: exceptionally low TCO

### Better investment protection

- 6U chassis can support a mix of dual-core or quad-core blades

- Chassis is designed to support next-generation processors



©2007 Hitachi America, Ltd. All rights reserved. Descriptions and specifications contained in this document are subject to change without notice and may differ from country to country. Hitachi is a registered trademark of Hitachi, Ltd. and/or its affiliates. BladeSymphony is a registered trademark of Hitachi, Ltd. in the United States. Intel, Intel Xeon, and Itanium are registered trademarks of Intel Corporation or its subsidiaries in the United States and/or other countries. Linux is a registered trademark of Linus Torvalds in the United States and other countries. Windows is a registered trademark of Microsoft Corporation in the United States and/or other countries. All other trademarks, service marks, company names or logos are properties of Hitachi, Ltd., Hitachi America, Ltd. or their respective owners. 06/07

# EXHIBIT R



Intel.com   Worldwide    About Intel | Press Room | Contact Us     [Search]

**Products** | **Technology & Research** | **Resource Centers** | **Support & Downloads** | **Where to Buy**

**Press Room**

**News Resources**

Press Releases
   by Date
   by Category
Press Kits
Video / Audio
   Broadcast Content
Intel Blogs
Contact Intel PR

**Corporate Information**

About Intel
Biographies

**Search News Resources**

[      ] [Search]

Advanced Search ›

Home › Press Room › News Releases ›

## Intel News Release

## Intel Unleashes New Server Processors That Deliver World-Class Performance And Power Efficiency

**Unprecedented Support: 200 Different Systems Already Planned, More Expected**

**Related links**

More in this category

Corporate Information

Contact Corporate Press Relations

SANTA CLARA, Calif., June 26, 2006 – Intel Corporation today introduced its dual-core Intel® Xeon® Processor 5100 series, previously codenamed "Woodcrest," for the high-volume server, workstation, communications, storage and embedded market segments. These processors are based on the revolutionary, new Intel® Core™ Microarchitecture coupled with the world's most advanced manufacturing capability, offering undeniable leadership in server performance, power efficiency and value.[1] More than 200 server and workstation models are planned from more than 150 manufacturers with initial orders starting today.

"Simply put, the Core microarchitecture is a technical marvel that is driving a new era of power efficiency without compromising on what can only be described as eye-popping dual-core 64-bit performance," said Pat Gelsinger, senior vice president and general manager of Intel's Digital Enterprise Group.

The new dual-core server processors are the first to take advantage of Intel's Core microarchitecture, a power-sensitive blueprint design that also includes several innovations to dramatically improve performance.

The Dual-Core Intel Xeon Processor 5100 series delivers up to 135 percent performance improvements[2] and up to 40 percent reduction[3] in energy consumption over previous Intel server products. It also outshines competitive offerings in dozens of real-world applications and industry standard benchmarks.[1] This unparalleled blend of power and efficiency enables equipment manufacturers to optimally balance processing capabilities within power and space constraints of smaller-sized systems that are typical of communications, storage and embedded applications.

Based on Intel's world-class manufacturing capability and leading 65-nanometer manufacturing process that further shrinks transistors and power consumption, yet also boosts speed, the 5100 series is "drop-in compatible" as part of Intel's "Bensley Platform" and available across a variety of server product segments.

The Bensley platform delivers the latest server technologies, including faster and more reliable memory technology called FB-DIMMs, Intel® Virtualization Technology (Intel® VT) , Intel® Active Server Manager (Intel® AMT) and Intel® I/O Acceleration Technology (Intel® I/OAT) .

FB-DIMMs are available today worldwide from all the major memory manufacturers and priced competitively to comparable registered DIMMs. Intel and the memory industry are collaborating on several programs to accelerate adoption of this key technology.

Intel will ship the 5100 series at frequencies up to 3.0 gigahertz speed and faster 1333 megahertz front side bus and 4 megabytes of shared L2 cache or memory reservoir between both cores. The 3 GHz version will ship with a thermal design point (TDP) of 80 watts with all others rated at just 65W. An even lower voltage version will ship in the third quarter at 2.33 GHz and a TDP of just 40 watts. Woodcrest includes extreme power management techniques which drives substantially lower actual or measured at the wall power than the maximum or TDP power. At the system level, Bensley systems demonstrate unquestioned energy efficient performance leadership.

**First Processors Using Intel Core Microarchitecture**

The microarchitecture will power these new processors and also be the foundation for Intel's upcoming mobile and desktop products branded as Intel® Core™ 2 Duo processors.

Some of the many new innovations for this multicore-optimized architecture include Intel® Wide Dynamic Execution that delivers more instructions per cycle. Every execution core is wider, allowing each core to complete up to four full instructions simultaneously using an efficient 14-stage pipeline for improved and more efficient data transferring, and thus performance.

The processors also include Intel® Advanced Smart Cache that allows one of two processing units – or cores – to use the entire memory reservoir if necessary while the other is idle and Intel® Smart Memory Access that can "hide" memory latency and bottlenecks.

Combined, these Intel-based servers can reduce real estate-associated costs and space, cooling requirements and electrical demand in server data centers for IT managers while increasing responsiveness, productivity and server uptime.

Intel expects this server family to be the fastest-ramping product in the company's history, and has set pricing for the Intel® Xeon® processor 5100 family from $209 to $851 in 1,000-unit quantities, depending on features. Intel will also provide extended lifecycle support of 5 to 7 years for its communications, storage and embedded customers.

## About Intel

Intel, the world leader in silicon innovation, develops technologies, products and initiatives to continually advance how people work and live. Additional information about Intel is available at www.intel.com/pressroom and blogs.intel.com.

Intel is a trademark or registered trademark of Intel Corporation or its subsidiaries in the United States and other countries.

* Other names and brands may be claimed as the property of others.

[1] Based on x86 architecture dual processor server systems. See www.intelstartyourengines.com for benchmarks and more information.

[2] 135 percent Performance Claim based on published results on SPECjbb2005 benchmark as of June 26, 2006. Configuration details: Dual-Core Intel Xeon Processor 2.80 GHz based platform details: Fujitsu Siemens Computers PRIMERGY RX300 S2 server platform: Two Dual-Core Intel® Xeon® processors 2.80 GHz with 2x2MB L2 cache 800 MHz system bus, 4 GB DDR2, Microsoft Windows Server* 2003. Java HotSpot (TM) Server VM (build 1.5.0_06-b05). Referenced as published at 41986 bops and 41986 bops/jvm. For more information see www.spec.org/jbb2005/results/

Dual-Core Intel Xeon Processor 5160 based platform details: Fujitsu Siemens BX620 S3 Server platform with two Dual-Core Intel Xeon Processor 5160, 3.00 GHz with 4M L2 Cache, 1333 MHz system bus, 8GB (8x1GB) FB-DIMM memory, Windows 2003 Enterprise Edition. BEA JRockit(R) 5.0 P26.4.0. Referenced as published at 100407 bops and 100407 bops/jvm. For more information see www.spec.org/jbb2005/results/

[3] 40 percent reduction based on Processor TDP comparison between previous generation Dual-Core Intel Xeon Processor 2.80GHz and new Dual-Core Intel Xeon Processor 5160.

Back to Top ^

# EXHIBIT S



Intel.com 🌐 Worldwide | About Intel | Press Room | Contact Us                    Search

Products | Technology & Research | Resource Centers | Support & Downloads | Where to Buy

**Press Room**

News Resources

Press Releases
  by Date
  by Category
Press Kits
Video / Audio
  Broadcast Content
Intel Blogs
Contact Intel PR

**Corporate Information**
About Intel
Biographies

**Search News Resources**

[　　　　　] Search

Advanced Search ›

Home › Press Room › News Releases ›

## Intel News Release

### Intel Ignites Quad-Core Era
**World's Best Microprocessor Gets Even Better**

SANTA CLARA, Calif., Nov. 14, 2006 – Intel Corporation today kicked off the computer industry's multi-core PC era by delivering four computing "brains" inside a single microprocessor with the introduction of the Quad-Core Intel® Xeon® 5300 and Intel Core™2 Extreme quad-core processor families. These products deliver immense speed and responsiveness for general purpose servers and workstations and for digital media creation, high-end gaming and other market segments that crave absolute performance.

Intel began the transition to multi-core technology 4 years ago with Hyper-Threading Technology (HT Technology), followed by the introduction of the industry's first dual-core PC processors in April last year. Intel recently refreshed its entire product line by introducing over 40 new processors, including those based on the revolutionary Intel® Core™ microarchitecture, a more powerful yet energy-efficient design.

"Today's announcement ushers in another new era in computing," said Paul Otellini, Intel's president and CEO. "The capabilities of quad-core microprocessors will bring new possibilities for science, entertainment and business. I'm incredibly proud of what Intel's employees have achieved with these new products."

Intel has made this next step in the computer's ongoing evolution as fast and easy as possible through continued investment in silicon process and manufacturing technology, innovative and tailored product design, and a myriad of software developer tools and programs.

**Quad-Core Intel Xeon processor 5300 series**

Extending the leadership established by the Dual-Core Intel Xeon 5100 series processors, the new Quad-Core Intel Xeon processor 5300 series sets new world records** on key industry standard benchmarks:

- A Dell PowerEdge 2950 server running BEA JRockit JVM delivered a record breaking SPECjbb2005 result of 210,065** BOPS, as much as 61 percent better than the next result.
- Using the SPECint_rate_base2000 benchmark, which measures integer throughput, Fujitsu-

**Related links**

More in this category

Corporate Information

Contact Corporate Press Relations

Siemens PRIMERGY TX300 S3 set a new world record with a score of 200**, up to 63 percent better than the previous record.
- A HP ProLiant ML370 G5 server running TPC-C benchmark, which measures database performance, shattered the previous record by as much as 42 percent with a score of 240,737** tpmC at $1.85/tpmC.
- An IBM System x3650 server running the LS-DYNA 3-vehicle-collision workload, a leading high-performance computing benchmark, set a new record for a single-node performance**.

In addition, OEMs have published record-breaking** results on SAP-SD 2-Tier**, SPECWeb 2005**, SPECfp _rate_base2000**, Fluent** and SPECapc 3dsmax Rendering** benchmarks. The chips deliver up to 2.5 times the performance of the fastest competing processor** for the ultimate in powerful, dense and energy-efficient general purpose servers.

Quad-core Intel Xeon Processor 5300 series servers provide more headroom for server virtualization than any other two-processor, standard, high-volume server platform. The new processors deliver up to 50 percent faster** performance within the same thermal envelope and at the same cost as the previous generation Dual-Core Intel Xeon processor 5100 series launched less than 5 months ago.

Four Intel Xeon processors are launching today at clock speeds ranging from 1.60GHz to 2.66GHz, with front side bus (FSB) speeds ranging from 1066MHz to 1333MHz, and thermal design power (TDP) of either 80 watts or a performance-optimized 120 watt option. In the first quarter next year, Intel will launch two more quad-core Xeon processors – a low-voltage version for ultra-dense deployments with a TDP of only 50 watts and a processor designed for single-socket workstations and servers.

**Intel Core 2 Extreme quad-core processor QX6700**

The world's best desktop processor for multimedia applications, the Intel Core 2 Extreme quad-core processor QX6700 is up to 80 percent faster** than the company's current Intel Core 2 Extreme Processor X6800.

This is the world's first quad-core desktop processor available for unmatched, highly threaded performance. Ideal for today's games with incredible performance for tomorrow's highly threaded games; the Intel Core 2 Extreme quad-core processor QX6700 is available at 2.66GHz with a 1066MHz FSB. The processor runs on Intel's existing 975X Express chipset family.

The company plans to offer a mainstream quad-core processor starting in the first quarter next year under the Intel Core 2 Quad processor brand name. The processor will be an ideal choice for processor-intensive,

highly threaded programs such as entertainment, gaming and multimedia activities.

**Pricing and Availability**

| | |
|---|---|
| Quad-Core Intel Xeon processor X5355 2.66GHz 1333MHz 8MB 120W | $1172 |
| Quad-Core Intel Xeon processor E5345 2.33GHz 1333MHz 8MB 80W | $851 |
| Quad-Core Intel Xeon processor E5320 1.86GHz 1066MHz 8MB 80W | $690 |
| Quad-Core Intel Xeon processor E5310 1.60GHz 1066MHz 8MB 80W | $455 |
| Intel Core 2 Extreme quad-core processor QX6700 2.66GHz 1066MHz 8MB 130W | $999 |

Additional information and resources in the Quad-Core Media Kit

**About Intel**
Intel, the world leader in silicon innovation, develops technologies, products and initiatives to continually advance how people work and live. Additional information about Intel is available at www.intel.com/pressroom and blogs.intel.com.

Intel, Intel Core, Xeon and the Intel logo are trademarks or registered trademarks of Intel Corporation or its subsidiaries in the United States and other countries.

* Other names and brands may be claimed as the property of others.

Disclaimer:

Performance tests and ratings are measured using specific computer systems and/or components and reflect the approximate performance of Intel products as measured by those tests. Any difference in system hardware or software design or configuration may affect actual performance. Buyers should consult other sources of information to evaluate the performance of systems or components they are considering purchasing. For more information on performance tests and on the performance of Intel products, visit http://www.intel.com/performance/resources/limits.htm or call (U.S.) 1-800-628-8686 or 1-916-356-3104.

** For detailed system information and performance claims in this press release, please also visit http://www.intel.com/pressroom/archive/releases/20061114-disclaimer-comp.htm

Back to Top ^