UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LG Electronics, Inc.

Plaintiff(s),

v.

Hitachi, Ltd., Hitachi America, Ltd., Hitachi Data Systems Corporation, and Hitachi Computer Products (America), Ltd.

Defendant(s).

CASE NO. CV 07-06511 PJH

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

James B. Medek , an active member in good standing of the bar of Supreme Court of Illinois whose business address and telephone number (particular court to which applicant is admitted) is Kirkland & Ellis LLP
200 East Randolph Drive, Suite 5400
Chicago, Illinois 60601
312-861-2000
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Hitachi, Ltd., et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

United States District    Judge