| Clerk's Use Only | |
|---|---|
| Initial for fee pd.: | |

Mark Varboncouer
Kirkland & Ellis LLP
200 East Randolph Drive, Suite 5400
Chicago, Illinois 60601
312-861-2000

FILED
08 FEB -6 PM 4:22

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LG Electronics, Inc.

                Plaintiff(s),

               v.

Hitachi, Ltd., Hitachi America, Ltd.,
Hitachi Data Systems Corporation, and
Hitachi Computer Products (America), Ltd.

                Defendant(s).

CASE NO. CV 07-06511 PJH

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Mark Varboncouer, an active member in good standing of the bar of The Supreme Court of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants Hitachi, Ltd., et al. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Perry R. Clark, Kirkland & Ellis LLP, 555 California Street, San Francisco, California 94104, (415) 439-1400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 30, 2008

Mark Varboncouer

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611015523
Cashier ID: nudot
Transaction Date: 02/06/2008
Payer Name: Kirkland and Ellis LLP
--------------------------------
PRO HAC VICE
 For: Mark Varboncouer
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
--------------------------------
CHECK
 Check/Money Order Num: 10041111
 Amt Tendered:   $210.00
--------------------------------
Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

C-07-6511-PJH


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```

Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LG Electronics, Inc.

|  |  |
|---|---|
| Plaintiff(s),<br>v.<br><br>Hitachi, Ltd., Hitachi America, Ltd., Hitachi Data Systems Corporation, and Hitachi Computer Products (America), Ltd.<br><br>Defendant(s).  / | CASE NO. CV 07-06511 PJH<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Mark Varboncouer , an active member in good standing of the bar of

Supreme Court of Illinois whose business address and telephone number
(particular court to which applicant is admitted)

is  Kirkland & Ellis LLP
    200 East Randolph Drive, Suite 5400
    Chicago, Illinois 60601
    312-861-2000
, having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac*

*vice* basis, representing  Hitachi, Ltd., et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

United States District    Judge