```
 1  Perry R. Clark (SB# 197101)
    KIRKLAND & ELLIS LLP
 2  555 California Street
    San Francisco, California 94104
 3  Telephone: (415) 439-1400
    Facsimile: (415) 439-1500
 4  E mail: pclark@kirkland.com
 5
    Attorney for Defendants Hitachi, Ltd., Hitachi
 6  America, Ltd., Hitachi Data Systems
    Corporation, and Hitachi Computer Products
 7  (America), Inc.
 8
```

FILED
FEB 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| LG ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> Q-LITY COMPUTERS INC., <br> QUANTA COMPUTER INC., <br> and QUANTA COMPUTER USA, INC. <br><br> Defendants. | Case No.: C 01-02187 CW <br> The Honorable Claudia Wilken |
| LG ELECTRONICS, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> HITACHI, LTD., <br> HITACHI AMERICA, LTD., <br> HITACHI DATA SYSTEMS CORPORATION, <br> and HITACHI COMPUTER PRODUCTS <br> (AMERICA), INC. <br><br> Defendants/Counterclaim <br> Plaintiffs. | Case No.: C 07-06511 PJH <br> The Honorable Phyllis J. Hamilton <br><br> JURY TRIAL DEMANDED |

[PROPOSED] ORDER RELATING CASES IN RESPONSE TO JUDGE HAMILTON'S REFERRAL
Case Nos. C 07-6511 PJH and C 01-02187 CW

# [PROPOSED] ORDER RELATING CASES IN RESPONSE TO JUDGE HAMILTON'S REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP

Before the Court is Judge Phyllis J. Hamilton's REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP.

After careful consideration of the papers submitted by the parties, the arguments submitted by counsel, and all matters presented to the Court, as the Judge assigned to the earliest-filed case, IT IS HEREBY ORDERED THAT:

(1) The above-captioned cases are related pursuant to Civil L.R. 3-12.

(2) Pursuant to Civil L.R. 3-12(f)(3), the Clerk of the Court is Ordered to reassign this action to the undersigned for all further proceedings. Counsel are instructed that all future filings are to bear the initials CW immediately after the case number. All matters presently scheduled for hearing in the reassigned case are vacated and must be renoticed for hearing before the undersigned.

IT IS SO ORDERED.

DATED: FEB 12 2008

CLAUDIA WILKEN
United States District Judge