Thomas N. Tarnay
SIDLEY AUSTIN LLP
717 North Harwood
Dallas, Texas 75201
214-981-3300

FILED
08 FEB -8 PM 5:27

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

LG Electronics, Inc.,

            Plaintiff(s),

v.

Hitachi, Ltd., Hitachi America, Ltd., Hitachi Data Systems Corporation, and Hitachi Computer Products (America), Inc.

            Defendant(s).

CASE NO. 3:07 CV 6511 CW

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Thomas N. Tarnay, an active member in good standing of the bar of The Supreme Court of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing LG Electronics, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Peter H. Kang, SIDLEY AUSTIN LLP, 555 California Street, Suite 2000, San Francisco, CA 94104-1715, 415-772-1200.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2-8-08

Thomas N. Tarnay

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611015722
Cashier ID: nudot
Transaction Date: 02/12/2008
Payer Name: Sidley Austin LLP

PRO HAC VICE
 For: Thomas N. Tarnay
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00

CHECK
 Check/Money Order Num: 184901
 Amt Tendered:  $210.00

Total Due:        $210.00
Total Tendered:   $210.00
Change Amt:       $0.00

C-07-6511-PJH

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```