UNITED STATES DISTRICT COURT

Northern District of California

LG Electronics, Inc.,

CASE NO. 3:07 CV 6511 PJH CW

Plaintiff(s),

v.

Hitachi, Ltd., Hitachi America, Ltd., Hitachi Data Systems Corporation, and Hitachi Computer Products (America), Inc

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Thomas N. Tarnay                                                    , an active member in good standing of the bar of

The Supreme Court of Texas                                          whose business address and telephone number

(particular court to which applicant is admitted)

is

SIDLEY AUSTIN LLP, 717 North Harwood, Dallas, Texas 75201, 214-981-3300

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing LG Electronics, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/15/08

United States District Judge
Magistrate