**RECEIVED**
FEB 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**
FEB 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

LG Electronics, Inc.,

　　　　　　　　　　　　　　　　CASE NO. 4:07 CV 6511 CW

　　　　　　　　　　　　　　　　(~~Proposed~~)
　　　　　　Plaintiff(s),　　　　ORDER GRANTING APPLICATION
　v.　　　　　　　　　　　　　　 FOR ADMISSION OF ATTORNEY
　　　　　　　　　　　　　　　　*PRO HAC VICE*
Hitachi, Ltd., Hitachi America, Ltd.,
Hitachi Data Systems Corporation, and
Hitachi Computer Products (America), Inc

　　　　　Defendant(s).
_____/

David T. Pritikin , an active member in good standing of the bar of

The Supreme Court of Illinois whose business address and telephone number

(particular court to which applicant is admitted)

is

SIDLEY AUSTIN LLP, One South Dearborn, Chicago, Illinois 60603, 312-853-7000.

,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing LG Electronics, Inc.

　　　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/19/08

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States ~~District~~ Judge
　　　　　　　　　　　　　　　　　　　　　　　　Magistrate