**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| LG Electronics, Inc.,<br><br>　　　　　　Plaintiff(s),<br><br>　　v.<br><br>Hitachi, Ltd.,<br><br>　　　　　　Defendant(s). | 07-06511 CW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

　　　The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

　　　Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---
**Notice Re: Noncompliance With Court Order**
07-06511 CW                                           -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: March 26, 2008

            RICHARD W. WIEKING
            Clerk
            by:    Timothy J. Smagacz

            *Timothy Smagacz*
            _____
            ADR Administrative Assistant
            415-522-4205
            Tim_Smagacz@cand.uscourts.gov

PROOF OF SERVICE

Case Name:     LG Electronics, Inc. v. Hitachi, Ltd.

Case Number:   07-06511 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On March 26, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Lawrence Louis Germer
> Germer Gertz
> 550 Fannin Street, Suite 400
> Beaumont, TX 77701
>
> Thomas N Tarnay
> Sidley Austin LLP
> 717 North Harwood, Suite 3400
> Dallas, TX 75201
> ttarnay@sidley.com
>
> Charles W. Goehringer Jr.
> Germer Gertz, L.L.P.
> 550 Fannin Street, Suite 400
> Beaumont, TX 77701
>
> Clayton Edward Dark Jr.
> Attorney at Law
> P.O. Box 2207
> Lufklin, TX 75902-2207

Peter H. Kang
Sidley Austin LLP
555 California Street
Suite 2000
San Francisco, CA 94104
pkang@sidley.com

Marc Robert Ascolese
Sidley Austin, LLP
555 California St.
Suite 2000
San Francisco, CA 94104
mascolese@sidley.com

David T. Pritikin
Sidley Austin  LLP
One South Dearborn Street
Chicago, IL 60603
dpritikin@sidley.com

William A. Streff Jr.
Kirkland & Ellis LLP
200 East Randolph Drive, 54th Floor
Chicago, IL 60601
wstreff@kirkland.com

Paul R. Steadman
Kirkland & Ellis LLP
200 East Randolph Drive, 54th Floor
Chicago, IL 60601-6636
psteadman@kirkland.com

William Edward Devitt
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
wdevitt@kirkland.com

Claude Edward Welch
Law Offices of Claude E. Welch
P.O. Box 1574
Lufkin, TX 75902

Eric Hugh Findlay

Ramey & Flock
100 East Ferguson, Suite 500
Tyler, TX 75702

Mark Lee Varboncouer
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
mvarboncouer@kirkland.com

Matthew Hertko
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601
mhertko@kirkland.com

Michael Ryan Pohlman
200 E Randolph
Chicago, IL 60601
rpohlman@kirkland.com

James Brian Medek
Chicago
200 E. Randolph Drive
Suite 5300
Kirkland & Ellis LLP
Chicago, IL 60601
jmedek@kirkland.com

Ruoyu Roy Wang
Kirkland & Ellis
555 California Street
San Francisco, CA 94104
rwang@kirkland.com

Perry Clark
Kirkland & Ellis, LLP
555 California Street
Suite 2700
San Francisco, CA 94104
pclark@kirkland.com

Hitachi, Ltd.
,

Hitachi Data Systems Corporation
,

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 26, 2008 in San Francisco, California.

                RICHARD W. WIEKING
                Clerk
                by:    Timothy J. Smagacz

                */s/ Timothy Smagacz*
                _____
                ADR Administrative Assistant
                415-522-4205
                Tim_Smagacz@cand.uscourts.gov