Perry R. Clark (SB No. 197101), pclark@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500

William A. Streff, Jr., P.C. (IL SB No. 2753979), wstreff@kirkland.com
William E. Devitt, P.C. (Admitted *Pro Hac Vice*), wdevitt@kirkland.com
Mark Varboncouer (Admitted *Pro Hac Vice*), mvarboncouer@kirkland.com
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

*Attorneys for Hitachi, Ltd., Hitachi America, Ltd., Hitachi Data Systems Corporation, and Hitachi Computer Products (America), Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **LG ELECTRONICS, INC.,** ) | |
| ) | |
| **Plaintiff/Counterclaim Defendant,** ) | |
| ) | |
| v. ) | **Case No.: C 07-06511 CW** |
| ) | **The Honorable Claudia Wilken** |
| **HITACHI, LTD.,** ) | |
| **HITACHI AMERICA, LTD.,** ) | **DEFENDANTS' DISCLOSURE** |
| **HITACHI DATA SYSTEMS CORPORATION,** ) | **STATEMENT PURSUANT TO FED.** |
| **and HITACHI COMPUTER PRODUCTS** ) | **R. CIV. P. 7.1** |
| **(AMERICA), INC.,** ) | |
| ) | |
| **Defendants/Counterclaim Plaintiffs.** ) | |
| ) | |

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for Defendants hereby certifies that:

1. For Hitachi, Ltd., there is no parent corporation. NATS CUMCO is the nominee name of the depositary bank, Citibank, N.A., for the aggregate of the Company's American Depositary Receipt holders, and in this role owns 10% or more of Hitachi, Ltd. stock.

2. Hitachi America, Ltd. is a wholly-owned subsidiary of Hitachi, Ltd., and there is no other corporation that owns 10% or more of Hitachi America, Ltd.'s stock.

3. Hitachi Data Systems Corporation is a wholly-owned subsidiary of Hitachi Data Systems Holding Corporation, and there is no other corporation that owns 10% or more of Hitachi Data Systems Corporation's stock. Hitachi Data Systems Holding Corporation is a wholly-owned subsidiary of Hitachi Information & Telecommunication Systems Global Holding Corporation, and there is no other corporation that owns 10% or more of Hitachi Data Systems Holding Corporation stock. Hitachi Information & Telecommunication Systems Global Holding Corporation is a wholly-owned subsidiary of Hitachi, Ltd., and there is no other corporation that owns 10% or more of Hitachi Information & Telecommunication Systems Global Holding Corporation stock.

4. Hitachi Computer Products (America), Inc. is a wholly-owned subsidiary of Hitachi America, Ltd., and there is no other corporation that owns 10% or more of Hitachi Computer Products (America), Inc.'s stock..

Dated: April 8, 2008

Respectfully submitted,
/s/ Perry R. Clark
Perry R. Clark
State Bar No. 197101
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone:  (415) 439-1400
Facsimile:  (415) 439-1500
E mail:  pclark@kirkland.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

William A Streff, Jr., P.C. (IL SB No. 2753979)
William E. Devitt, P.C. (*pro hac vice*)
Mark L. Varboncouer (*pro hac vice*)
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, IL  60601
Telephone:  (312) 861 2000
Facsimile:  (312) 861 2200
*Attorneys for Hitachi, Ltd., Hitachi America, Ltd., Hitachi Data Systems Corporation, and Hitachi Computer Products (America), Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that **DEFENDANTS' DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** and related documents were filed electronically, and pursuant to Civil L.R. 5-5 and 5-6 were served on the following by electronic and U.S. Mail on April 8, 2008:

David T. Pritikin (Dpritkin@sidley.com)
Peter H. Kang (pkang@sidley.com)
Thomas N. Tarnay (ttarnay@sidley.com)
Marc R. Ascolese (mascolese@sidley.com
**SIDLEY AUSTIN LLP**
555 California St., Suite 2000
San Francisco, CA 94104-1715
Telephone: (415)-773-1200
Facsimile: (415) 772-7400

Terry D. Garnett (terrygarnett@paulhastings.com)
Vincent K. Yip (vinventyip@paulhastings.com)
Peter J. Weid (peterwied@paulhastings.com)
**PAUL, HASITNGS, JANOFSKY & WALKER LLP**
515 South Flower St.
25th Floor
Los Angeles, CA 90071

Daniel Johnson Jr. (djjohnson@morganlewis.com)
Rita E. Tautkus (rtautkus@morganlewis.com)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

*/s/ Perry Clark*

**PERRY R. CLARK**

DEFENDANTS' DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1
Case No. C 07-06511 CW