UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LG ELECTRONICS, INC., <br>        Plaintiff(s), | Case No. 4:07 CV 6511 CW |
| v. <br> HITACHI, LTD., HITACHI AMERICA, LTD., <br> HITACHI DATA SYSTEMS CORPORATION, <br> and HITACHI COMPUTER PRODUCTS <br> (AMERICA), INC., <br>        Defendant(s). | ADR CERTIFICATION BY <br> PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.


Dated:   April 8, 2008                                    /s/  Dae-Sul Shim
                                                          [Party]
                                                          LG ELECTRONICS, INC.


Dated:   April 8, 2008                                    /s/  Peter H. Kang
                                                          [Counsel]
                                                          SIDLEY AUSTIN LLP
                                                          Peter H. Kang
                                                          Attorneys for Plaintiff
                                                          LG Electronics, Inc.


SF1 1493580v.1

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing ADR Certification by Parties and Counsel. In compliance with General Order 45.X.B., I hereby attest that the other signatory has concurred in this filing.

| | |
|---|---|
| Dated: April 8, 2008 | SIDLEY AUSTIN LLP |
| | By: /s/ Peter H. Kang |
| | Peter H. Kang |
| | SIDLEY AUSTIN LLP |
| | 555 California Street, Suite 2000 |
| | San Francisco, CA  94104-1715 |
| | Telephone:  415-772-1200 |
| | Facsimile:  415-772-7400 |
| | |
| | Attorneys for Plaintiff LG Electronics, Inc. |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the ADR Certification by Parties and Counsel was filed electronically, and pursuant to Civil L.R. 5-5 and 5-6, was served on all interested parties in this action (the above documents were served to registered ECF recipients via electronic service) on April 8, 2008.

| | |
|---|---|
| Dated: April 8, 2008 | SIDLEY AUSTIN LLP |
| | By: /s/ Peter H. Kang |
| | Peter H. Kang |
| | SIDLEY AUSTIN LLP |
| | 555 California Street, Suite 2000 |
| | San Francisco, CA 94104-1715 |
| | Telephone: 415-772-1200 |
| | Facsimile: 415-772-7400 |
| | |
| | Attorneys for Plaintiff LG Electronics, Inc. |

SF1 1493580v.1