1  Perry R. Clark (SB No. 197101), pclark@kirkland.com
   KIRKLAND & ELLIS LLP
2  555 California Street
   San Francisco, California 94104
3  Telephone:    (415) 439-1400
   Facsimile:    (415) 439-1500
4

5  William A. Streff, Jr., P.C. (IL SB No. 2753979), wstreff@kirkland.com
   William E. Devitt, P.C. (Admitted *Pro Hac Vice*), wdevitt@kirkland.com
6  Mark Varboncouer (Admitted *Pro Hac Vice*), mvarboncouer@kirkland.com
   KIRKLAND & ELLIS LLP
7  200 East Randolph Drive
   Chicago, Illinois  60601
8  Telephone:    (312) 861-2000
   Facsimile:    (312) 861-2200
9

10 *Attorneys for Hitachi, Ltd., Hitachi America, Ltd., Hitachi Data
   Systems Corporation, and Hitachi Computer Products (America), Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **LG ELECTRONICS, INC.,** )<br>)<br>    **Plaintiff/Counterclaim Defendant,**  )<br>)<br>        v.  )<br>)<br>**HITACHI, LTD.,**  )<br>**HITACHI AMERICA, LTD.,**  )<br>**HITACHI DATA SYSTEMS CORPORATION,**  )<br>**and HITACHI COMPUTER PRODUCTS**  )<br>**(AMERICA), INC.,**  )<br>)<br>    **Defendants/Counterclaim Plaintiffs.**  )<br>) | **Case No.: C 07-06511 CW**<br>**The Honorable Claudia Wilken**<br><br>**INTERESTED ENTITIES OR**<br>**PERSONS PURSUANT TO CIVIL**<br>**L.R. 3-16** |

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16
Case No. C 07-06511 CW

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6  **Hitachi Data Systems Holding Corporation** (wholly-owned subsidiary of Hitachi
7  Information & Telecommunication Systems Global Holding Corporation that owns 100% of
8  defendant Hitachi Data Systems Corporation).

9  **Hitachi Information & Telecommunication Systems Global Holding Corporation**
10 (wholly-owned subsidiary of defendant Hitachi Ltd. that owns 100% of Hitachi Data Systems
11 Holding Corporation).

13 Dated: April 9, 2008

Respectfully submitted,
/s/ Perry R. Clark
Perry R. Clark
State Bar No. 197101
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
E mail: pclark@kirkland.com

William A Streff, Jr., P.C. (IL SB No. 2753979)
William E. Devitt, P.C. (*pro hac vice*)
Mark L. Varboncouer (*pro hac vice*)
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, IL 60601
Telephone: (312) 861 2000
Facsimile: (312) 861 2200

*Attorneys for Hitachi, Ltd., Hitachi America, Ltd., Hitachi Data Systems Corporation, and Hitachi Computer Products (America), Inc.*

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16
Case No. C 07-06511 CW
-2-

# CERTIFICATE OF SERVICE

The undersigned certifies that **INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16** and related documents were filed electronically, and pursuant to Civil L.R. 5-5 and 5-6 were served on the following by electronic and U.S. Mail on April 9, 2008:

David T. Pritikin(Dpritkin@sidley.com)
Peter H. Kang(pkang@sidley.com)
Thomas N. Tarnay (ttarnay@sidley.com)
Marc R. Ascolese(mascolese@sidley.com
**SIDLEY AUSTIN LLP**
555 California St., Suite 2000
San Francisco, CA 94104-1715
Telephone:  (415)-773-1200
Facsimile:  (415) 772-7400


Terry D. Garnett(terrygarnett@paulhastings.com)
Vincent K. Yip(vinventyip@paulhastings.com)
Peter J. Weid (peterwied@paulhastings.com)
**PAUL, HASITNGS, JANOFSKY & WALKER LLP**
515 South Flower St.
25th Floor
Los Angeles, CA 90071


Daniel Johnson Jr.(djjohnson@morganlewis.com)
Rita E. Tautkus (rtautkus@morganlewis.com)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001


*/s/ Perry Clark*

**PERRY R. CLARK**

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16
Case No. C 07-06511 CW