**Counsel Listed on Signature Page**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | | |
|---|---|---|
| LG ELECTRONICS, INC., | ) | Case No:     4:07 CV 6511 CW |
| Plaintiff/Counterclaim Defendant, | ) | |
| v. | ) | **REPORT OF PARTIES REGARDING CANDIDATE FOR COURT-APPOINTED EXPERT PURSUANT TO CASE MANAGEMENT ORDER OF APRIL 18, 2008** |
| HITACHI, LTD., HITACHI AMERICA, LTD., HITACHI DATA SYSTEMS CORPORATION, and HITACHI COMPUTER PRODUCTS (AMERICA), INC., | ) | |
| Defendants and Counterclaimants. | ) | |

**INTRODUCTION**

In its April 18, 2008 Case Management Order [Docket No. 45], the Court ordered: "[p]arties to meet and confer by 6/15/08 re using Dr. Berger [sic] as court-appointed expert and prepare an agreement and submit proposed order to the Court similar to the order in related case 01-2187; If parties cannot agree by 6/15, then each party shall submit a separate proposal re who should be court-appointed expert."

As of the filing of this Report, Dr. Burger has not submitted his report in the 01-2187 (LGE/Quanta) case. Dr. Burger and the parties in the LGE/Quanta case are presently trying to determine a date by which Dr. Burger can complete his report, but as yet no new deadline has been set.

Plaintiff LG Electronics Inc. ("LGE") and Defendants Hitachi, Ltd., Hitachi America, Ltd. ("HAL"), Hitachi Data Systems Corporation ("HDS"), and Hitachi Computer Products (America), Inc. ("HCPA") (collectively "Defendants") report as follows:

**LGE'S STATEMENT**

The June 15, 2008 deadline was set by the Court, at least in part, to give the parties ample time to review Dr. Burger's report before making their decisions. Transcript of CMC at 23:18 - 24:25, April 15, 2008. LGE believes that, in light of Dr. Burger's schedule, it is premature to require the parties to agree or disagree on using Dr. Burger in this case. Because Dr. Burger is currently discussing a new deadline for issuing his report, LGE respectfully requests that the Court re-set the deadline for LGE and Defendants to indicate to the Court whether or not we can agree to use Dr. Burger. In particular, LGE respectfully requests that the Court amend the Case Management Order to re-set the deadline for the parties to indicate whether or not they will agree to use Dr. Burger to 14 days from the date Dr. Burger issues his report.

The close of expert discovery and first deadline for claim construction briefing in this case is October 2009, which is sufficiently in the future to allow amendment of the deadline to accommodate Dr. Burger's issuance of his report without impacting the expert discovery or claim construction schedule in this case. Amending the Case Management Order provides the parties with the information which LGE believes the Court intended the parties to have in evaluating Dr. Burger,

-1-

REPORT RE. CANDIDATE FOR COURT-APPOINTED EXPERT PURSUANT TO CM ORDER OF APRIL 18, 2008
CASE NO. 4:07 CV 6511 CW

-2-

namely his report. Having the benefit of Dr. Burger's report will provide both parties with significant additional information to properly evaluate his candidacy, and the fact that Dr. Burger's original deadline passed without a report being filed was outside the control of the parties. In the interests of rational administration of this case, LGE believes that re-setting the deadline is a reasonable accommodation of Dr. Burger's schedule and ensures the parties will have a more complete record on which to evaluate him. LGE has met and conferred with Hitachi on this proposal.

For all the above reasons, LGE respectfully requests the Court to issue an Order amending the Case Management Order to re-set the deadline for choosing Dr. Burger or submitting separate proposals regarding a court-appointed expert, until 14 days after he issues his report in the LGE/Quanta case.

### DEFENDANTS' STATEMENT

In response to the Court's April 18, 2008 Minute Order and Case Management Order regarding the selection of Dr. Burger as Court-appointed expert, and in light of the amount of time Dr. Burger has already spent reviewing these patents, Defendants support the selection of Dr. Burger as the Court-appointed expert in this case. Due to the recent Supreme Court decision in Quanta Computer, Inc. v. LG Elec's, Inc., 553. U.S. ___, 86 U.S.P.Q.2d 1673 (2008), Defendants do not know if Dr. Burger will even issue his report in the LGE/Quanta case. Accordingly, Defendants do not believe it is reasonable to set a deadline for choosing Dr. Burger based on the issuance of a report in that case.

Dated: June 16, 2008 | Dated: June 16, 2008

By: /s/ Peter H. Kang
PETER H. KANG (SBN 158101)
pkang@sidley.com
MARC R. ASCOLESE (SBN 251397)
mascolese@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104-1715
Telephone:     415-772-1200
Facsimile:     415-772-7400

DAVID T. PRITIKIN (*pro hac vice*)
dpritikin@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Telephone:     312-853-7000
Facsimile:     312-853-7036

THOMAS N. TARNAY (*pro hac vice*)
ttarnay@sidley.com
SIDLEY AUSTIN LLP
717 N. Harwood, Suite 3400
Dallas, TX  75201
Telephone:     214-981-3300
Facsimile:     214-981-3400

*Counsel for Plaintiff LG Electronics, Inc.*

By: /s/
Perry R. Clark (SB No. 197101)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500


William A Streff, Jr., P.C.
wstreff@kirkland.com
William E. Devitt, P.C.
wdevitt@kirkland.com
Mark L. Varboncouer
mvarboncouer@kirkland.com
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, IL  60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

*Counsel for Defendants Hitachi, Ltd., Hitachi America, Ltd., Hitachi Data Systems Corporation, and Hitachi Computer Products (America), Inc.*

-3-

REPORT RE. CANDIDATE FOR COURT-APPOINTED EXPERT PURSUANT TO CM ORDER OF APRIL 18, 2008
CASE NO.  4:07 CV 6511 CW

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing **REPORT OF PARTIES REGARDING CANDIDATE FOR COURT-APPOINTED EXPERT PURSUANT TO CASE MANAGEMENT ORDER OF APRIL 18, 2008**. In compliance with General Order 45.X.B., I hereby attest that the other signatory has concurred in this filing.

Dated:  June 16, 2008                    SIDLEY AUSTIN LLP

                                        By: /s/ Peter H. Kang
                                            Peter H. Kang
                                            SIDLEY AUSTIN LLP
                                            555 California Street, Suite 2000
                                            San Francisco, CA  94104-1715
                                            Telephone:  415-772-1200
                                            Facsimile:  415-772-7400

                                        Attorneys for Plaintiff LG Electronics, Inc.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the **REPORT OF PARTIES REGARDING CANDIDATE FOR COURT-APPOINTED EXPERT PURSUANT TO CASE MANAGEMENT ORDER OF APRIL 18, 2008** was filed electronically, and pursuant to Civil L.R. 5-5 and 5-6, was served on all interested parties in this action (the above documents were served to registered ECF recipients via electronic service) on June 16, 2008.

Dated: June 16, 2008

SIDLEY AUSTIN LLP

By: /s/ Peter H. Kang
Peter H. Kang
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
Telephone: 415-772-1200
Facsimile: 415-772-7400

Attorneys for Plaintiff LG Electronics, Inc.

-5-
REPORT RE. CANDIDATE FOR COURT-APPOINTED EXPERT PURSUANT TO CM ORDER OF APRIL 18, 2008
CASE NO. 4:07 CV 6511 CW