IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LG ELECTRONICS, INC.,

    Plaintiff and
    Counterclaim Defendant,

   v.

HITACHI, LTD.; HITACHI AMERICA, LTD;
HITACHI DATA SYSTEMS CORPORATION; and
HITACHI COMPUTER PRODUCTS (AMERICA),
INC.,

    Defendants and
    Counterclaimants.
    _____/

No. C 07-6511 CW

SCHEDULING ORDER

    On June 16, 2008, the parties filed a joint report regarding the selection of a Court-appointed expert. Having considered the parties' papers and good cause appearing therefor, the Court hereby orders that, within one week of the date of this order, the parties shall notify each other and the Court whether they agree that the Court-appointed expert should be Dr. Burger. The parties should make this decision based on Dr. Burger's qualifications, experience and lack of conflict. They do not need to await his report. If they do not so agree, they shall meet and confer in an attempt to agree on another individual whom the Court could select as the Court-appointed expert.

    If the parties cannot agree on an individual to serve as the Court-appointed expert within two weeks of the date of this order,

1  Plaintiff shall provide Defendants with three nominees; Defendants
2  shall provide Plaintiff with three nominees.[1]  Within three weeks
3  of the date of this order, the parties will provide the Court with
4  commentary, no more than five pages per side, on why the Court
5  should select one of their nominees, and not one of the opposing
6  side's nominees.

7      A further case management conference will be held on August
8  21, 2008.  The parties shall file a joint case management statement
9  or separate statements one week before the conference.

10      IT IS SO ORDERED.

Dated: 6/25/08

                              CLAUDIA WILKEN
                              United States District Judge

---

[1] Consistent with their position in the June 16, 2008 report, Defendants may propose Dr. Burger as one of their nominees.

2