1  **Counsel Listed on Signature Page**

10                             UNITED STATES DISTRICT COURT

11                            NORTHERN DISTRICT OF CALIFORNIA

12                                      OAKLAND DIVISION

| | | |
|---|---|---|
| LG ELECTRONICS, INC., | ) | Case No:    4:07 CV 6511 CW |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | **REPORT OF PARTIES REGARDING** |
| | ) | **CANDIDATE FOR COURT-APPOINTED** |
| HITACHI, LTD., HITACHI AMERICA, LTD., | ) | **EXPERT PURSUANT TO SCHEDULING** |
| HITACHI DATA SYSTEMS CORPORATION, | ) | **ORDER OF JUNE 25, 2008** |
| and HITACHI COMPUTER PRODUCTS | ) | |
| (AMERICA), INC., | ) | |
| | ) | |
| Defendants and Counterclaimants. | ) | |
| | ) | |
| | ) | |

1  In its June 25, 2008 Scheduling Order [Docket No. 48], the Court ordered: "within one week of the date of this order, the parties shall notify each other and the Court whether they agree that the Court-appointed expert should be Dr. Burger. The parties should make this decision based on Dr. Burger's qualifications, experience and lack of conflict. They do not need to await his report."

Plaintiff LG Electronics Inc. ("LGE") and Defendants Hitachi, Ltd., Hitachi America, Ltd. ("HAL"), Hitachi Data Systems Corporation ("HDS"), and Hitachi Computer Products (America), Inc. ("HCPA") (collectively "Defendants") report that they agree to use Dr. Douglas Burger as the Court-appointed expert. The parties will meet and confer, and will submit a proposed order addressing both Dr. Burger's duties as Court-appointed expert and the parties' duties in assisting Dr. Burger.

-1-

REPORT RE CANDIDATE FOR COURT-APPOINTED EXPERT PURSUANT TO ORDER OF JUNE 25, 2008
CASE NO. 4:07 CV 6511 CW

Dated: July 2, 2008　　　　　　　　　　　　　Dated: July 2, 2008

By: /s/ Peter H. Kang　　　　　　　　　　　　By: /s/
PETER H. KANG (SBN 158101)　　　　　　　Perry R. Clark (SB No. 197101)
pkang@sidley.com　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
MARC R. ASCOLESE (SBN 251397)　　　　　555 California Street
mascolese@sidley.com　　　　　　　　　　　San Francisco, California 94104
SIDLEY AUSTIN LLP　　　　　　　　　　　　Telephone: (415) 439-1400
555 California Street, Suite 2000　　　　　　Facsimile: (415) 439-1500
San Francisco, CA 94104-1715
Telephone:　415-772-1200
Facsimile:　415-772-7400　　　　　　　　　William A Streff, Jr., P.C.
　　　　　　　　　　　　　　　　　　　　　wstreff@kirkland.com
DAVID T. PRITIKIN (*pro hac vice*)　　　　　William E. Devitt, P.C.
dpritikin@sidley.com　　　　　　　　　　　　wdevitt@kirkland.com
SIDLEY AUSTIN LLP　　　　　　　　　　　　Mark L. Varboncouer
One South Dearborn　　　　　　　　　　　　mvarboncouer@kirkland.com
Chicago, IL 60603　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
Telephone:　312-853-7000　　　　　　　　　200 E. Randolph Drive
Facsimile:　312-853-7036　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 861-2000
THOMAS N. TARNAY (*pro hac vice*)　　　　Facsimile: (312) 861-2200
ttarnay@sidley.com
SIDLEY AUSTIN LLP　　　　　　　　　　　　*Counsel for Defendants Hitachi, Ltd.,*
717 N. Harwood, Suite 3400　　　　　　　　*Hitachi America, Ltd., Hitachi Data*
Dallas, TX 75201　　　　　　　　　　　　　*Systems Corporation, and Hitachi Computer*
Telephone:　214-981-3300　　　　　　　　　*Products (America), Inc.*
Facsimile:　214-981-3400

*Counsel for Plaintiff LG Electronics, Inc.*

---

-2-

REPORT RE CANDIDATE FOR COURT-APPOINTED EXPERT PURSUANT TO ORDER OF JUNE 25, 2008
CASE NO. 4:07 CV 6511 CW

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing **REPORT OF PARTIES REGARDING CANDIDATE FOR COURT-APPOINTED EXPERT PURSUANT TO SCHEDULING ORDER OF JUNE 25, 2008**. In compliance with General Order 45.X.B., I hereby attest that the other signatory has concurred in this filing.

Dated: July 2, 2008

SIDLEY AUSTIN LLP

By: /s/ Peter H. Kang
Peter H. Kang
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104-1715
Telephone: 415-772-1200
Facsimile: 415-772-7400

Attorneys for Plaintiff LG Electronics, Inc.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the **REPORT OF PARTIES REGARDING CANDIDATE FOR COURT-APPOINTED EXPERT PURSUANT TO SCHEDULING ORDER OF JUNE 25, 2008** was filed electronically, and pursuant to Civil L.R. 5-5 and 5-6, was served on all interested parties in this action (the above documents were served to registered ECF recipients via electronic service) on July 2, 2008.

Dated: July 2, 2008                                    SIDLEY AUSTIN LLP

By: /s/ Peter H. Kang
    Peter H. Kang
    SIDLEY AUSTIN LLP
    555 California Street, Suite 2000
    San Francisco, CA  94104-1715
    Telephone:  415-772-1200
    Facsimile:  415-772-7400

Attorneys for Plaintiff LG Electronics, Inc.

-4-
REPORT RE CANDIDATE FOR COURT-APPOINTED EXPERT PURSUANT TO ORDER OF JUNE 25, 2008
CASE NO.  4:07 CV 6511 CW