| | |
|---|---|
| 1 | DAVID T. PRITIKIN (*PRO HAC VICE PENDING*) |
|   | dpritikin@sidley.com |
| 2 | PETER H. KANG (SBN 158101) |
|   | pkang@sidley.com |
| 3 | PAUL D. TRIPODI II (SBN 162380) |
|   | ptripodi@sidley.com |
| 4 | THEODORE W. CHANDLER (SBN 219456) |
|   | tchandler@sidley.com |
| 5 | SIDLEY AUSTIN LLP |
|   | 555 California Street, Suite 2000 |
| 6 | San Francisco, CA  94104-1715 |
|   | Telephone:   415-772-1200 |
| 7 | Facsimile:    415-772-7400 |

Attorneys for Plaintiff
LG Electronics, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | | |
|---|---|---|
| LG ELECTRONICS, INC., | ) | Case No:     4:07 CV 6511 CW |
| | ) | |
| Plaintiff, | ) | Proposed Related |
| | ) | |
| v. | ) | Case No:     3:08 CV 03407 JL |
| | ) | |
| HITACHI, LTD., HITACHI AMERICA, LTD., HITACHI DATA SYSTEMS CORPORATION, and HITACHI COMPUTER PRODUCTS (AMERICA), INC., | ) ) ) ) ) | **PLAINTIFF LGE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12** |
| | ) | |
| QUANTA COMPUTER, INC., and QUANTA COMPUTER USA, INC. | ) ) | |
| | ) | |
| Defendants. | ) | |

PLAINTIFF LGE'S ADMIN. MOTION RE RELATING CASES PURSUANT TO CIVIL L.R. 3-12
CASE NOS. 4:07 CV 6511 CW and 3:08 CV 03407

1    Pursuant to Civil L.R. 3-12 and Civil L.R. 7-11, Plaintiff LG Electronics, Inc. ("LGE"), files this administrative motion asking the Court to consider whether *LG Electronics, Inc. v. Quanta Computer, Inc., et al.*, No. 3:08-CV-03407 ("the recently-filed case") should be related to *LG Electronics, Inc. v. Hitachi, Ltd., et al.,* No. 4:07-CV-6511 ("the Hitachi case").

    The recently-filed case appears to be related to the Hitachi case under Civil L.R. 3-12. First, the two actions "concern substantially the same parties, property, transaction or event." Civil L.R. 3-12(a). In both matters, LGE is the plaintiff and alleges infringement of U.S. Patent No. 4,918,645 ("the '645 patent"). Also for both matters, the technology at issue with respect to the '645 patent is very similar, and involves integrated circuits conforming to the same industry specifications.

    Second, it "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a). The Court has already construed the claims of the '645 patent, and is familiar with at least some of the technology of the accused devices as it relates to the '645 patent. If the recently-filed case is conducted before a different Judge, that Judge will likely have to duplicate effort in understanding the '645 patent, construing its claims, and understanding the technology of the accused devices. Because allegations of infringement of the '645 patent were only recently added to the Hitachi case, both cases are still in their early stages, and largely on the same procedural footing. Whether through relation of the cases, or through formal consolidation of the cases, the Court has the opportunity to avoid duplication of labor, expense, and conflicting results.

    For the foregoing reasons, and pursuant to Civil L.R. 3-12, LGE respectfully requests that the Court find *LG Electronics, Inc. v. Quanta Computer, Inc., et al.*, No. 3:08-CV-03407 relates to *LG Electronics, Inc. v. Hitachi, Ltd., et al.,* No. 4:07-CV-6511.

-1-

PLAINTIFF LGE'S ADMIN. MOTION RE RELATING CASES PURSUANT TO CIVIL L.R. 3-12
CASE NOS. 4:07 CV 6511 CW and 3:08 CV 03407

-2-

Dated: July 17, 2008                                    SIDLEY AUSTIN LLP

/s/ Peter H. Kang
PETER H. KANG (SBN 158101)
pkang@sidley.com

DAVID T. PRITIKIN (*PRO HAC VICE PENDING*)
dpritikin@sidley.com
PETER H. KANG (SBN 158101)
pkang@sidley.com
PAUL D. TRIPODI (SBN 162380)
ptripodi@sidley.com
THEODORE W. CHANDLER (SBN 219456)
tchandler@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104-1715
Telephone:     415-772-1200
Facsimile:      415-772-7400

*Counsel for Plaintiff LG Electronics, Inc.*

-2-

PLAINTIFF LGE'S ADMIN. MOTION RE RELATING CASES PURSUANT TO CIVIL L.R. 3-12
CASE NOS. 4:07 CV 6511 CW and 3:08 CV 03407

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

The undersigned certifies that **PLAINTIFF LGE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12** was filed electronically, and pursuant to Civil L.R. 5-5 and 5-6, was served on all interested parties in this action. The above document was served to registered ECF recipients via electronic service on July 17, 2008. The above document was also served to other interested parties as follows:

Alan Pak-Lim Lam
QUANTA COMPUTER USA, Inc.
45630 Northport Loop East
Fremont, California, 94538

☒ (VIA HAND DELIVERY) I caused the foregoing document(s) to be delivered by hand to the addressee shown above at the address shown above on July 17, 2008.

Barry Lam
QUANTA COMPUTER, Inc.
No. 211 Wen Hwa 2nd Rd.
Kuei Shan Hsiang, Tao Yuan Shien
Taiwan, R.O.C.

☒ (VIA FEDERAL EXPRESS) I caused the foregoing document(s) to be sent by Federal Express for priority overnight delivery. The above-mentioned document(s) would have been deposited with Federal Express on July 17, 2008 with all charges paid.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 17, 2008

SIDLEY AUSTIN LLP

By: /s/ Peter H. Kang
Peter H. Kang
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
Telephone: 415-772-1200
Facsimile: 415-772-7400

-3-

PLAINTIFF LGE'S ADMIN. MOTION RE RELATING CASES PURSUANT TO CIVIL L.R. 3-12
CASE NOS. 4:07 CV 6511 CW and 3:08 CV 03407

|   |   |
|---|---|
| 1 | DAVID T. PRITIKIN (*PRO HAC VICE PENDING*) |
|   | dpritikin@sidley.com |
| 2 | PETER H. KANG (SBN 158101) |
|   | pkang@sidley.com |
| 3 | PAUL D. TRIPODI II (SBN 162380) |
|   | ptripodi@sidley.com |
| 4 | THEODORE W. CHANDLER (SBN 219456) |
|   | tchandler@sidley.com |
| 5 | SIDLEY AUSTIN LLP |
|   | 555 California Street, Suite 2000 |
| 6 | San Francisco, CA  94104-1715 |
|   | Telephone:     415-772-1200 |
| 7 | Facsimile:      415-772-7400 |

Attorneys for Plaintiff
LG Electronics, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| LG ELECTRONICS, INC., | ) | Case No: | 4:07 CV 6511 CW |
|---|---|---|---|
| Plaintiff, | ) | Proposed | |
| | ) | Related | |
| v. | ) | Case No: | 3:08 CV 03407 JL |
| | ) | | |
| HITACHI, LTD., HITACHI AMERICA, LTD., | ) | | |
| HITACHI DATA SYSTEMS CORPORATION, | ) | | |
| and HITACHI COMPUTER PRODUCTS | ) | **[PROPOSED] ORDER RELATING** | |
| (AMERICA), INC., | ) | **CASES** | |
| | ) | | |
| | ) | | |
| QUANTA COMPUTER, INC., and | ) | | |
| QUANTA COMPUTER USA, INC. | ) | | |
| | ) | | |
| Defendants. | ) | | |

[PROPOSED] ORDER RELATING CASES
CASE NOS. 4:07 CV 6511 CW and 3:08 CV 03407 JL

1 **[PROPOSED] ORDER RELATING CASES**

IT IS HEREBY ORDERED THAT:

1. The above-captioned cases are related pursuant to Civil L.R. 3-12.

2. Pursuant to Civil L.R. 3-12(f)(3), the Clerk of the Court is Ordered to reassign this action to the undersigned for all further proceedings. Counsel are instructed that all future filings are to bear the initials CW immediately after the case number. All matters presently scheduled for hearing in the reassigned case are vacated and must be renoticed for hearing before the undersigned.

Dated: _____

The Honorable Claudia Wilken
United States District Judge