**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

LG ELECTRONICS, INC.,

       Plaintiff,

  v.

HITACHI, LTD. ET AL,

       Defendant.

NO. 07-06511CW

**MINUTE ORDER**
Date: 8/21/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**    **Court Reporter:**  Raynee Mercado

**Appearances for Plaintiff:**
Russell Johnson; Marc Ascolese

**Appearances for Defendant:**
William Devitt; Matthew Hartko

**Further Case Management Conference Held?:**  Yes

Notes:   Parties to do discovery first re foreign sales and non-Intel products then bring motion. **Defendant to file motion for summary judgment by 11/6/08 and notice for hearing on 12/18/08 at 2:00 p.m.**; Plaintiff's opposition due 11/20/08; reply due 12/4/08.  Counsel to use same schedule for motion for leave to amend pleadings unless counsel gets stipulation.  Parties to submit protective order by end of next week or go with Court's protective order.   Parties to make joint call or send letter to Dr. Burger by next week and submit proposed order re De. Burger to Court.

Copies to:  Chambers