1  PETER H. KANG (SBN 158101)
   pkang@sidley.com
2  MARC R. ASCOLESE (SBN 251397)
   mascolese@sidley.com
3  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
4  San Francisco, CA  94104-1715
   Telephone:    415-772-1200
5  Facsimile:    415-772-7400

6  DAVID T. PRITIKIN (*pro hac vice*)
   dpritikin@sidley.com
7  SIDLEY AUSTIN LLP
   One South Dearborn
8  Chicago, IL  60603
   Telephone:    312-853-7000
9  Facsimile:    312-853-7036

10 THOMAS N. TARNAY (*pro hac vice*)
   ttarnay@sidley.com
11 SIDLEY AUSTIN LLP
   717 N. Harwood
12 Suite 3400
   Dallas, TX  75201
13 Telephone:    214-981-3300
   Facsimile:    214-981-3400
14
   Attorneys for Plaintiff
15 LG Electronics, Inc.

16             **UNITED STATES DISTRICT COURT**

17            **NORTHERN DISTRICT OF CALIFORNIA**

18                  **OAKLAND DIVISION**

19
   LG ELECTRONICS, INC.,                     )  Case No:        4:07 CV 6511 CW
20                                            )
           Plaintiff/Counterclaim Defendant, )
21                                            )
           v.                                )  **LG ELECTRONICS INC.'S FIRST**
22                                            )  **AMENDED ANSWER TO**
   HITACHI, LTD., HITACHI AMERICA, LTD.,     )  **DEFENDANTS' SECOND AMENDED**
23 HITACHI DATA SYSTEMS CORPORATION,         )  **COUNTERCLAIMS**
   and HITACHI COMPUTER PRODUCTS             )
24 (AMERICA), INC.,                           )  **DEMAND FOR JURY TRIAL**
                                             )
25         Defendants and Counterclaimants.  )
                                             )
26 _____ )

27

28

---

LGE'S FIRST AMENDED ANSWER TO DEFENDANTS' SECOND AMENDED COUNTERCLAIMS
CASE NO.  4:07 CV 6511 CW

1    Plaintiff LG Electronics, Inc. ("LGE") responds to Hitachi, Ltd. ("HTC"), Hitachi America,

2    Ltd. ("HAL"), Hitachi Data Systems Corp. ("HDS"), and Hitachi Computer Products (America),

3    Inc.'s ("HCPA") Second Amended Answer, Defenses and Counterclaims ("HTC, HAL, HDS, and

4    HCPA's Counterclaims") filed on August 15, 2008, [Docket No. 55] as follows:

5

6    **COUNTERCLAIMS**

7    1.    LGE admits that HTC, HAL, HDS, and HCPA purport to file these Counterclaims

8    against LGE under the Declaratory Judgment Act, 28 U.S.C. § 2201 *et seq.*, and the patent laws of

9    the United States, 35 U.S.C. § 1 *et seq.*  LGE, however, denies any other allegations of paragraph 1

10   of HTC, HAL, HDS, and HCPA's Counterclaims.

11

12   **JURISDICTION AND VENUE**

13   2.    LGE admits that LGE has accused HTC, HAL, HDS, and HCPA of infringing the

14   LGE patents-in-suit; that HTC, HAL, HDS, and HCPA purport to deny infringement and purport to

15   raise a defense that the claims of the LGE patents-in-suit are invalid; and that an actual case or

16   controversy exists between LGE on the one hand and HTC, HAL, HDS, and HCPA on the other

17   regarding claims of each of the LGE patents-in-suit.  LGE admits that this Court has subject matter

18   jurisdiction over the claims for declaratory judgment in accordance with the provisions of 28 U.S.C.

19   §§ 1331, 1338, 2201, and 2202.  LGE denies any other allegations of paragraph 2 of HTC, HAL,

20   HDS, and HCPA's Counterclaims.

21   3.    Admitted.

22

23   **PARTIES**

24   4.    On information and belief, LGE admits the allegations in paragraph 4 of HTC, HAL,

25   HDS, and HCPA's Counterclaims.

26   5.    On information and belief, LGE admits the allegations in paragraph 5 of HTC, HAL,

27   HDS, and HCPA's Counterclaims.

28

-1-

LGE'S FIRST AMENDED ANSWER TO DEFENDANTS' SECOND AMENDED COUNTERCLAIMS
CASE NO.  4:07 CV 6511 CW

1    6.    On information and belief, LGE admits the allegations in paragraph 6 of HTC, HAL,

2   HDS, and HCPA's Counterclaims.

3    7.    On information and belief, LGE admits the allegations in paragraph 7 of HTC, HAL,

4   HDS, and HCPA's Counterclaims.

5    8.    Admitted.

6    9.    Admitted.

7

8   **COUNT I: NON-INFRINGEMENT AND INVALIDITY OF U.S. PATENT NO. 4,939,641**

9    10.    LGE repeats and re-alleges its answers to paragraphs 1-9 above.

10    11.    LGE denies the allegations in paragraph 11 of HTC, HAL, HDS, and HCPA's

11   Counterclaims.

12    12.    LGE denies the allegations in paragraph 12 of HTC, HAL, HDS, and HCPA's

13   Counterclaims.

14    13.    LGE denies the allegations in paragraph 13 of HTC, HAL, HDS, and HCPA's

15   Counterclaims.

16    14.    LGE denies the allegations in paragraph 14 of HTC, HAL, HDS, and HCPA's

17   Counterclaims.

18

19   **COUNT II: NON-INFRINGEMENT AND INVALIDITY OF U.S. PATENT NO. 5,077,733**

20    15.    LGE repeats and re-alleges its answers to paragraphs 1-9 above.

21    16.    LGE denies the allegations in paragraph 16 of HTC, HAL, HDS, and HCPA's

22   Counterclaims.

23    17.    LGE denies the allegations in paragraph 17 of HTC, HAL, HDS, and HCPA's

24   Counterclaims.

25    18.    LGE denies the allegations in paragraph 18 of HTC, HAL, HDS, and HCPA's

26   Counterclaims.

27    19.    LGE denies the allegations in paragraph 19 of HTC, HAL, HDS, and HCPA's

28   Counterclaims.

-2-

1

2    **COUNT III: NON-INFRINGEMENT AND INVALIDITY OF U.S. PATENT NO. 5,379,379**

3        20.    LGE repeats and re-alleges its answers to paragraphs 1-9 above.

4        21.    LGE denies the allegations in paragraph 21 of HTC, HAL, HDS, and HCPA's

5    Counterclaims.

6        22.    LGE denies the allegations in paragraph 22 of HTC, HAL, HDS, and HCPA's

7    Counterclaims.

8        23.    LGE denies the allegations in paragraph 23 of HTC, HAL, HDS, and HCPA's

9    Counterclaims.

10       24.    LGE denies the allegations in paragraph 24 of HTC, HAL, HDS, and HCPA's

11   Counterclaims.

12

13   **COUNT IV: NON-INFRINGEMENT AND INVALIDITY OF U.S. PATENT NO. 4,918,645**

14       25.    LGE repeats and re-alleges its answers to paragraphs 1-9 above.

15       26.    LGE denies the allegations in paragraph 26 of HTC, HAL, HDS, and HCPA's

16   Counterclaims.

17       27.    LGE denies the allegations in paragraph 27 of HTC, HAL, HDS, and HCPA's

18   Counterclaims.

19       28.    LGE denies the allegations in paragraph 28 of HTC, HAL, HDS, and HCPA's

20   Counterclaims.

21       29.    LGE denies the allegations in paragraph 29 of HTC, HAL, HDS, and HCPA's

22   Counterclaims.

23

24                  **RESPONSE TO PLAINTIFF'S PRAYER FOR RELIEF**

25        LGE denies that HTC, HAL, HDS, and HCPA are entitled to any judgment or other relief

26   whatsoever in this action, either as prayed for in their HTC, HAL, HDS, and HCPA's Counterclaims

27   or otherwise.

28

-3-

LGE'S FIRST AMENDED ANSWER TO DEFENDANTS' SECOND AMENDED COUNTERCLAIMS
CASE NO.  4:07 CV 6511 CW

1

**PRAYER FOR RELIEF**

2    LGE, reserving its right to amend this pleading if warranted by discovery in this case, prays

3    for the following relief:

4    A.    A judgment that denies HTC, HAL, HDS, and HCPA any relief with respect to its

5    allegations against LGE;

6    B.    A judgment that each and every claim of the patents-in-suit is valid and enforceable;

7    C.    A judgment that HTC, HAL, HDS, and HCPA have been and/or are currently

8    infringing, contributorily infringing and/or inducing others to infringe the LGE patents-in-suit;

9    D.    A judgment and order denying HTC, HAL, HDS, and HCPA's request for attorneys

10   fees, costs and expenses;

11   E.    A judgment and order that HTC, HAL, HDS, and HCPA pay LGE's costs, expenses,

12   and attorney fees in accordance with 35 U.S.C. §§ 284 and 285 and Rule 54(d) of the Federal Rules

13   of Civil Procedure; and

14   F.    LGE be granted such other further relief as the Court deems just and proper.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

LGE'S FIRST AMENDED ANSWER TO DEFENDANTS' SECOND AMENDED COUNTERCLAIMS
CASE NO.  4:07 CV 6511 CW

1

2

Dated: August 29, 2008

SIDLEY AUSTIN LLP

3

/s/ Peter H. Kang

PETER H. KANG (SBN 158101)

pkang@sidley.com

4

MARC R. ASCOLESE (SBN 251397)

mascolese@sidley.com

5

SIDLEY AUSTIN LLP

6

555 California Street, Suite 2000

San Francisco, CA  94104-1715

7

Telephone:    415-772-1200

Facsimile:    415-772-7400

8

9

DAVID T. PRITIKIN (*pro hac vice*)

dpritikin@sidley.com

10

SIDLEY AUSTIN LLP

One South Dearborn

11

Chicago, IL  60603

Telephone:    312-853-7000

12

Facsimile:    312-853-7036

13

THOMAS N. TARNAY (*pro hac vice*)

ttarnay@sidley.com

14

SIDLEY AUSTIN LLP

717 N. Harwood, Suite 3400

15

Dallas, TX  75201

Telephone:    214-981-3300

16

Facsimile:    214-981-3400

17

18

***Counsel for Plaintiff LG Electronics, Inc.***

19

20

21

22

23

24

25

26

27

28

-5-

1

**CERTIFICATE OF SERVICE**

2

3          The undersigned certifies that the **LG ELECTRONICS INC.'S FIRST AMENDED**

4    **ANSWER TO DEFENDANTS' SECOND AMENDED COUNTERCLAIMS** was filed

5    electronically, and pursuant to Civil L.R. 5-5 and 5-6, was served on all interested parties in this

6    action (the above documents were served to registered ECF recipients via electronic service) on

7    August 29, 2008.

8

9    Dated: August 29, 2008                          SIDLEY AUSTIN LLP

10                                                    By:  /s/ Peter H. Kang
                                                          Peter H. Kang
11                                                        SIDLEY AUSTIN LLP
                                                          555 California Street, Suite 2000
12                                                        San Francisco, CA  94104-1715
                                                          Telephone:  415-772-1200
13                                                        Facsimile:  415-772-7400

14                                                    Attorneys for Plaintiff LG Electronics, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

LGE'S FIRST AMENDED ANSWER TO DEFENDANTS' SECOND AMENDED COUNTERCLAIMS
CASE NO.  4:07 CV 6511 CW