1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:     (650) 849-6600
5  Facsimile:      (650) 849-6666

6  Vincent P. Kovalick (*Of Counsel*)
   vince.kovalick@finnegan.com
7  Christopher T. Blackford (*Of Counsel*)
   christopher.blackford@finnegan.com
8  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
9  901 New York Avenue
   Washington, D.C.  20001-4413
10 Telephone:     (202) 408-4000
   Facsimile:      (202) 408-4400
11 **Additional counsel listed on signature page.**

12 Attorneys for Plaintiff and Counterclaim-Defendant
   LG ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LG ELECTRONICS, INC.,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>v.<br><br>HITACHI, LTD., HITACHI AMERICA, LTD., HITACHI DATA SYSTEMS CORPORATION, and HITACHI COMPUTER PRODUCTS (AMERICA), INC.,<br><br>    Defendants and<br>    Counterclaim-Plaintiffs. | CASE NO. 4:07 CV 6511 CW<br><br>**NOTICE OF APPEARANCE** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that the following counsel hereby enters an appearance on behalf

3  of Plaintiff and Counterclaim-Defendant LG ELECTRONICS, INC..

>  Scott R. Mosko (State Bar No. 106070)
>  scott.mosko@finnegan.com
>  FINNEGAN, HENDERSON, FARABOW,
>    GARRETT & DUNNER, L.L.P.
>  Stanford Research Park
>  3300 Hillview Avenue
>  Palo Alto, California  94304
>  Telephone:  (650) 849-6600
>  Facsimile:   (650) 849-6666
>
>  Vincent P. Kovalick (*Of Counsel*)
>  vince.kovalick@finnegan.com
>  Christopher T. Blackford (*Of Counsel*)
>  christopher.blackford@finnegan.com
>  FINNEGAN, HENDERSON, FARABOW,
>    GARRETT & DUNNER, L.L.P.
>  901 New York Avenue
>  Washington, D.C.  20001-4413
>  Telephone:  (202) 408-4000
>  Facsimile:   (202) 408-4400
>
>  Andrew C. Sonu *(Of Counsel)*
>  andy.sonu@finnegan.com
>  FINNEGAN, HENDERSON, FARABOW,
>    GARRETT & DUNNER, L.L.P.
>  Two Freedom Square
>  11955 Freedom Drive
>  Reston, VA 20190
>  Telephone: (571) 203-2749
>  Facsimile: (202) 408-4400

Dated: September 5, 2008                FINNEGAN, HENDERSON, FARABOW,
                                          GARRETT & DUNNER, L.L.P.


                                        By:_____/s/_____
                                            Scott R. Mosko

                                        Attorneys for Plaintiff and Counterclaim-Defendant
                                        LG ELECTRONICS, INC.