**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| LG ELECTRONICS, INC.,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>    v.<br><br>HITACHI, LTD.,<br>HITACHI AMERICA, LTD.,<br>HITACHI DATA SYSTEMS CORPORATION,<br>and HITACHI COMPUTER PRODUCTS<br>(AMERICA), INC.,<br><br>    Defendants/Counterclaim Plaintiffs. | Case No. C 07-06511 CW<br>The Honorable Claudia Wilken<br>JURY TRIAL DEMANDED<br><br>ORDER GRANTING STIPULATION<br>FOR EXTENSION OF TIME FOR<br>BRIEFING ON MOTION FOR<br>SUMMARY JUDGMENT ON<br>PATENT EXHAUSTION |

---

[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR BRIEFING ON MOTION
FOR SUMMARY JUDGMENT ON PATENT EXHAUSTION
Case No. C 07-6511 CW

**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR BRIEFING ON MOTION FOR SUMMARY JUDGMENT ON PATENT EXHAUSTION**

Before the Court is the parties' Stipulation for Extension of Time for Briefing on Motion for Summary Judgment on Patent Exhaustion.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

(1) The Stipulation for Extension of Time for Briefing on Motion for Summary Judgment on Patent Exhaustion is GRANTED.

(2) Defendants shall file their Motion for Summary Judgment on Patent Exhaustion (and notice of hearing) by January 9, 2009; Plaintiff shall file its Response by January 23, 2009; and Defendants shall file their Reply by February 6, 2009.

(3) The hearing on Defendants' Motion for Summary Judgment on Patent Exhaustion shall be on **February 26, 2009, at 2:00 p.m.**

IT IS SO ORDERED.

10/31/08

DATED:_____

_Claudia Wilken_ (signature)

CLAUDIA WILKEN
United States District Judge