Perry R. Clark (SB No. 197101), pclark@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone:      (415) 439-1400
Facsimile:      (415) 439-1500

William A. Streff, Jr., P.C. (IL SB No. 2753979), wstreff@kirkland.com
William E. Devitt, P.C. (Admitted *Pro Hac Vice*), wdevitt@kirkland.com
Mark Varboncouer (Admitted *Pro Hac Vice*), mvarboncouer@kirkland.com
Matthew J. Hertko (Admitted *Pro Hac Vice)*, mhertko@kirkland.com
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
Telephone:      (312) 861-2000
Facsimile:      (312) 861-2200

*Attorneys for Hitachi, Ltd., Hitachi America, Ltd., Hitachi Data
Systems Corporation, and Hitachi Computer Products (America), Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| **LG ELECTRONICS, INC.,** | ) |
| | ) |
| **Plaintiff/Counterclaim Defendant,** | ) |
| | ) **Case No: C 07-06511 CW** |
| **v.** | ) **The Honorable Claudia Wilken** |
| | ) |
| **HITACHI, LTD.,** | ) **DEFENDANTS' MOTION FOR** |
| **HITACHI AMERICA, LTD.,** | ) **ADMINISTRATIVE RELIEF TO** |
| **HITACHI DATA SYSTEMS CORPORATION,** | ) **FILE CERTAIN DOCUMENTS** |
| **and HITACHI COMPUTER PRODUCTS** | ) **UNDER SEAL** |
| **(AMERICA), INC.,** | ) |
| | ) |
| **Defendants/Counterclaim Plaintiffs.** | ) |
| | ) **DEMAND FOR JURY TRIAL** |

MOTION FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL
Case No. C 07-06511 CW

Pursuant to Civil Local Rules 7-11 and 79-5, defendants/counterclaim plaintiffs Hitachi, Ltd., Hitachi America, Ltd., Hitachi Data Systems Corporation, and Hitachi Computer Products (America), Inc. (collectively "Defendants") hereby submit this Motion for Administrative Relief for permission to file the following documents under seal in their entirety:

- Exhibits E and F to the Declaration of Matthew J. Hertko in Support of Defendants' Motion for Partial Summary Judgment Based upon Patent Exhaustion.

In addition, Defendants request to file under seal a portion of the following document:

- Defendants' Motion for Partial Summary Judgment Based upon Patent Exhaustion.

The exhibits and the portions of the Motion Defendants seek to file under seal contain information designated by Plaintiff LG Electronics, Inc. as "Confidential Material." Defendants' request is narrowly tailored to seal only information that is designated by Plaintiff as confidential. A redacted version of the partially sealed Motion, which does not contain the confidential information, will be electronically filed and accessible to the public, and an unredacted version will be lodged with the Court and served on Defendants' counsel.

Accordingly, Defendants move for an order allowing it to file under seal Exhibits E and F to the Declaration of Matthew J. Hertko in Support of Defendants' Motion, and certain portions of its Motion. Defendants expect that, pursuant to Civil Local Rule 79-5(d), Plaintiff LG Electronics, Inc. will file with the Court a declaration establishing that the designated information is sealable, and a proposed sealing order.

Dated:  January 9, 2009

Respectfully submitted,
/s/ Matthew J. Hertko
Perry R. Clark
State Bar No. 197101
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone:  (415) 439-1400
Facsimile:  (415) 439-1500
E mail:  pclark@kirkland.com

William A Streff, Jr., P.C.
William E. Devitt, P.C.
Mark L. Varboncouer
Matthew J. Hertko
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, IL  60601
Telephone:  (312) 861 2000
Facsimile:  (312) 861 2200

*Attorneys for Hitachi, Ltd., Hitachi America, Ltd., Hitachi Data Systems Corporation, and Hitachi Computer Products (America), Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that pursuant to Civil L.R. 5-5 and 5-6, **DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL** was filed electronically and, accordingly, was served on the following pursuant to Fed. R. Civ. P. 5(b)(2)(E):

Scott R. Mosko
(scott.mosko@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94303
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Vincent P. Kovalick
(vince.kovalick@finnegan.com)
Christopher T. Blackford
(christopher.blackford@finnegan.com)
Lei Mei (lei.mei@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP

901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Andrew C. Sonu
(andy.sonu@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2749
Facsimile: (202) 408-4400

Peter H. Kang (pkang@sidley.com)
Marc R. Ascolese (mascolese@sidley.com)
SIDLEY AUSTIN LLP

555 California Street
Suite 2000
San Francisco, CA 94104-1715
Telephone: 415-772-1200
Facsimile: 415-772-7400

Thomas N. Tarnay (ttarnay@sidley.com)
SIDLEY AUSTIN LLP
717 N. Harwood
Suite 3400
Dallas, TX 75201
Telephone: 214-981-3300
Facsimile: 214-981-3400

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 9, 2009 in Chicago, Illinois.

/s/ Matthew J. Hertko

Matthew J. Hertko