Counsel and Contact Information on Signature Page

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **LG ELECTRONICS, INC.,** )<br>)<br>    **Plaintiff/Counterclaim Defendant,** )<br>)<br>        v. )<br>)<br>**HITACHI, LTD.,** )<br>**HITACHI AMERICA, LTD.,** )<br>**HITACHI DATA SYSTEMS CORPORATION,** )<br>**and HITACHI COMPUTER PRODUCTS** )<br>**(AMERICA), INC.,** )<br>)<br>    **Defendants/Counterclaim Plaintiffs.** )<br>) | **Case No. C 07-06511 CW**<br>**The Honorable Claudia Wilken**<br>**JURY TRIAL DEMANDED**<br><br>**STIPULATION AND ORDER FOR**<br>**EXTENSION OF TIME FOR ADR**<br>**PROCESS BY PRIVATE**<br>**MEDIATION** |

**STIPULATION FOR EXTENSION OF TIME FOR ADR PROCESS BY PRIVATE MEDIATION**

Pursuant to Civil L.R. 6-2, Plaintiff LG Electronics, Inc., ("LGE") and Defendants Hitachi, Ltd., Hitachi America, Ltd., Hitachi Data Systems Corporation, and Hitachi Computer Products (America), Inc., (collectively, "Defendants") stipulate to an extension of time for the ADR Process by private mediation, pending further discovery and a decision on Defendants' Motion for Summary Judgment on Patent Exhaustion, as per the attached Proposed Order and for the reasons referenced in the attached Declaration.  The trial date of April 19, 2010 will be unaffected by the stipulated extension, and the parties anticipate that the stipulated extension will have no effect on any other dates in the case schedule.

IT IS SO STIPULATED.


Dated:  December 31, 2008                                       Respectfully submitted,

By:*/s/ Scott R. Mosko*                                         By:*/s/ Perry R. Clark*
Scott R. Mosko                                                  Perry R. Clark
State Bar No. 106070                                            State Bar No. 197101
FINNEGAN, HENDERSON, FARABOW,                                   KIRKLAND & ELLIS LLP
GARRETT & DUNNER, LLP
Stanford Research Park                                          555 California Street
3300 Hillview Avenue                                            San Francisco, California 94104
Palo Alto, CA 94304                                             Telephone:  (415) 439-1400
Telephone:  (650) 849-6600                                      Facsimile:  (415) 439-1500
Facsimile:  (650) 849-6666                                      E mail:  pclark@kirkland.com
Email: scott.mosko@finnegan.com

*Attorney for Plaintiff LG Electronics Inc.*                    *Attorney for Hitachi, Ltd., Hitachi America, Ltd., Hitachi Data Systems Corporation, and Hitachi Computer Products (America), Inc.*

**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR ADR PROCESS BY PRIVATE MEDIATION**

The deadline for the parties to conduct private mediation is extended from January 30, 2009 to July 30, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/12/09

CLAUDIA WILKEN
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that pursuant to Civil L.R. 5-5 and 5-6, **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR ADR PROCESS BY PRIVATE MEDIATION** was filed electronically and was served on the following by electronic mail pursuant to Fed. R. Civ. P. 5(b)(2)(E):

| | |
|---|---|
| Perry R. Clark (pclark@kirkland.com)<br>SBN 197101<br>Kirkland & Ellis, LLP<br>555 California Street<br>San Francisco, California 94104 | **VIA EMAIL** |
| William A Streff, Jr., P.C. (wstreff@kirkland.com)<br>William E. Devitt, P.C. (wdevitt@kirkland.com)<br>Mark L. Varboncouer (mvarboncouer@kirkland.com)<br>Kirkland & Ellis, LLP<br>200 E. Randolph Dr.<br>Chicago, IL 60601 | **VIA EMAIL** |
| Peter H. Kang (pkang@sidley.com)<br>Marc R. Ascolese (mascolese@sidley.com)<br>Sidley Austin, LLP<br>555 California St., Suite 2000<br>San Francisco, CA 94104 | |
| Thomas N. Tarnay (ttarnay@sidley.com)<br>Sidley Austin LLP<br>717 North Harwood, Suite 3400<br>Dallas, TX 75201 | **VIA EMAIL** |

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 31, 2008 in Washington, D.C.

*/s/ Jennifer Hibner-Spencer*
Jennifer Hibner-Spencer