Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone:   (650) 849-6600
Facsimile:   (650) 849-6666

Vincent P. Kovalick (*pro hac vice*)
vince.kovalick@finnegan.com
Christopher T. Blackford (*pro hac vice*)
christopher.blackford@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Andrew C. Sonu (*pro hac vice*)
andy.sonu@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2749
Facsimile: (202) 408-4400

Attorneys for Plaintiffs
LG Electronics, Inc.

**CHAMBERS COPY**

**FILED**

MAY 2 0 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| LG ELECTRONICS, INC., | Case No.:  **07-cv-06511-CW** |
| Plaintiff/Counterclaim Defendant, | |
| v. | **DECLARATION OF SCOTT R. MOSKO IN SUPPORT OF DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL [DOCKET NO. 83]** |
| HITACHI, LTD., HITACHI AMERICA, LTD., HITACHI DATA SYSTEMS CORPORATION, and HITACHI COMPUTER PRODUCTS (AMERICA), INC., | |
| Defendants. | [~~PROPOSED~~] ORDER |

I, Scott R. Mosko, declare as follows:

I am a partner with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., counsel of record for Plaintiffs in the above captioned matter. This declaration is based on my personal knowledge and, if called as a witness, could and would competently testify thereto.

**1.    Papers Submitted for Partial Filing Under Seal**

Defendants' brief, identified more particularly below contains and/or refers to "sealable" information as defined in Civil L.R. 79-5(a), that has been designated as Confidential or Highly Confidential - Attorneys' Eyes Only by Plaintiffs under the Protective Order in this action. Accordingly, as provided in Civil L.R. 79-5(c), Plaintiffs respectfully request that the following HIGHLIGHTED briefs be filed under seal:

- Defendants' Motion for Partial Summary Judgment Based upon Patent Exhaustion (Dkt. 81)

**2.    Papers Submitted For Filing Under Seal in Their Entireties**

Because the following documents have been designated as Confidential or Highly Confidential - Attorneys' Eyes Only by Plaintiffs under the Protective Order in this action, and are "sealable" as defined in Civil L.R. 79-5(a), Plaintiffs respectfully request that following documents be filed under seal in their entirety:

- **Exhibits E and F** to the Declaration of Matthew J. Hertko in Support of Defendants' Motion for Partial Summary Judgment Based upon Patent Exhaustion (Dkt. 82)

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on January 21, 2009, at Palo Alto, California.

/s/ *Scott R. Mosko*
Scott R. Mosko

DEC. OF S. MOSKO ISO DEFENDANTS' ADMINISTRATIVE
MOTION FOR FILING UNDER SEAL
CASE NO.: 07-cv-06511-CW

## [~~PROPOSED~~] ORDER

Upon good cause shown, **IT IS HEREBY ORDERED** that the following documents shall be received and filed under seal by the Clerk:

1.      The Highlighted and Unredacted version of Defendants' Motion for Partial Summary Judgment Based upon Patent Exhaustion (Dkt. 81) lodged with the Clerk on January 9, 2009.

2.      Exhibits E and F to the Declaration of Matthew J. Hertko in Support of Defendants' Motion for Partial Summary Judgment Based upon Patent Exhaustion (Dkt. 82) lodged with the clerk on January 9, 2009.

Dated: MAY 2 0 2009, 2009

_____
United States District Judge

DEC. OF S. MOSKO ISO DEFENDANTS' ADMINISTRATIVE
MOTION FOR FILING UNDER SEAL
CASE NO.: 07-cv-06511-CW