| | |
|---|---|
| 1 | Scott R. Mosko (State Bar No. 106070) |
| | scott.mosko@finnegan.com |
| 2 | FINNEGAN, HENDERSON, FARABOW, |
| |   GARRETT & DUNNER, L.L.P. |
| 3 | Stanford Research Park |
| | 3300 Hillview Avenue |
| 4 | Palo Alto, California  94304-1203 |
| | Telephone:   (650) 849-6600 |
| 5 | Facsimile:    (650) 849-6666 |
| 6 | Attorneys for Plaintiff |
| | LG ELECTRONICS, INC. |
| 7 | |
| 8 | Perry R. Clark (State Bar No. 197101) |
| | pclark@kirkland.com |
| 9 | KIRKLAND & ELLIS LLP |
| | 555 California Street |
| 10 | San Francisco, California  94104 |
| | Telephone:   (415) 439-1400 |
| 11 | Facsimile:    (415) 439-1500 |
| 12 | Attorneys for Defendants |
| | HITACHI, LTD., HITACHI AMERICA, LTD., |
| 13 | HITACHI DATA SYSTEMS CORPORATION, and |
| | HITACHI COMPUTER PRODUCTS (AMERICA), INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| 18 | LG ELECTRONICS, INC., | Case No. 07-cv-06511-CW |
| 19 | Plaintiff/Counterclaim Defendant, | **ORDER GRANTING JULY 9, 2009, STIPULATION TO STAY THE CASE, INCLUDING JULY 16, 2009, HEARING ON DEFENDANTS' MOTION SEEKING LEAVE TO FILE THEIR FOURTH AMENDED ANSWER, DEFENSES, AND COUNTERCLAIMS AS MODIFIED** |
| 20 | v. | |
| 21 | HITACHI, LTD., HITACHI AMERICA, LTD., HITACHI DATA SYSTEMS CORPORATION, and HITACHI COMPUTER PRODUCTS (AMERICA), INC., | |
| 22 | | |
| 23 | Defendants. | |

[PROPOSED] ORDER GRANTING STIPULATION
TO STAY THE CASE, INCLUDING HEARING ON
DEFS.' MOT. TO AMEND ANSWER
Case No. 07-cv-06511-CW

**ORDER GRANTING STIPULATION TO STAY THE CASE**

Before the Court is the Parties' Stipulation to Stay the Case.

After careful consideration of the matters presented to the Court, IT IS HEREBY ORDERED THAT:

(1) The parties' July 9, 2009, stipulation is GRANTED.

(2) The case is stayed for sixty days, and all pending deadlines are vacated, including the hearing date on Defendants' Motion Seeking Leave to File Their Fourth Amended Answer, Defenses, and Counterclaims, which is scheduled for July 16, 2009, at 2:00 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.  **A Case Management Conference will be held on September 15, 2009, at 2:00 p.m.**

DATED: 7/15/09

CLAUDIA WILKEN
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION
TO STAY THE CASE, INCLUDING HEARING ON
DEFS.' MOT. TO AMEND ANSWER
Case No. 07-cv-06511-CW