UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LG ELECTRONICS, INC.,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>HITACHI, LTD., HITACHI AMERICA, LTD., HITACHI DATA SYSTEMS CORPORATION, and HITACHI COMPUTER PRODUCTS (AMERICA), INC.,<br><br>    Defendants. | Case No. 07-cv-06511-CW<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE STAY OF THE CASE AND VACATE THE SEPTEMBER 15, 2009 CASE MANAGEMENT CONFERENCE** |

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND THE STAY OF THE CASE**

Before the Court is the Parties' Stipulation to Extend the Stay of the Case.

After careful consideration of the matters presented to the Court, IT IS HEREBY ORDERED THAT:

(1) The parties' stipulation is GRANTED.

(2) The case is stayed for an additional sixty days (through November 15, 2009), and all pending deadlines are vacated, including the Case Management Conference which is scheduled for September 15, 2009, at 2:00 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.  **THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO NOVEMBER 17, 2009, AT 2:00 P.M.**

DATED: 8/24/09

*[signature: Claudia Wilken]*

CLAUDIA WILKEN
United States District Judge