UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LG ELECTRONICS, INC.,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>    v.<br><br>HITACHI, LTD., HITACHI AMERICA, LTD., HITACHI DATA SYSTEMS CORPORATION, and HITACHI COMPUTER PRODUCTS (AMERICA), INC.,<br><br>    Defendants. | Case No. 07-cv-06511-CW<br><br>**ORDER GRANTING STIPULATED DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS** |

**ORDER GRANTING STIPULATED DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS**

Before the Court is the Parties' Stipulated Dismissal of All Claims and Counterclaims.

After careful consideration of the matters presented to the Court, IT IS HEREBY ORDERED THAT:

(1) The parties' stipulation is GRANTED.

(2) All claims and counterclaims asserted in this action are hereby dismissed with prejudice and with each party bearing its own costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/27/09

CLAUDIA WILKEN
United States District Judge